# EXHIBIT B

**Page 1**

1        IN THE UNITED STATES DISTRICT COURT

2      FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

3  JOANNA VARGAS     )

4             )

5   - vs -     ) No. 1:16-CV-01657YK

6             )

7  PENN STATE HERSHEY )

8  MILTON S. HERSHEY  )

9  MEDICAL CENTER    )

10

11

12     Videotaped deposition of JOANNA VARGAS, held

13  at 1125 Walnut Street, Philadelphia, Pennsylvania,

14  on July 7, 2017, at 10:55 a.m., before Dolores M.

15  Horne, Professional Reporter and Notary Public, in

16  and for the Commonwealth of Pennsylvania.

17

18

19

20

21

22

23

24

**Page 2**

1  APPEARANCES:

2

3       THE BEASLEY FIRM

4       BY:  JAMES E. BEASLEY, JR., ESQUIRE

5       1125 Walnut Street

6       Philadelphia, Pennsylvania  19107

7       (215) 458-5642

8       Attorneys for the Plaintiff

9

10

11

12       BECKMAN & MARION

13       BY:  ALISA P. MARION, ESQUIRE

14       One Liberty Place

15       1650 Market Street

16       Suite 5500

17       Philadelphia, Pennsylvania  19103

18       (215) 569-8215

19       amarion@beckmanlaw.com

20       Attorneys for the Plaintiff

21

22

23

24

**Page 3**

1  APPEARANCES:  (Continued)

2

3

4       MCQUAIDE BLASKO

5       BY:  JONATHAN B. STEPANIAN, ESQUIRE

6       1249 Cocoa Avenue

7       Suite 210

8       Hershey, Pennsylvania  17033

9       (717) 533-4444

10      jstepanian@mqblaw.com

11      Attorneys for the Defendant

12

13

14  ALSO PRESENT:

15      JUSTIN VARGAS

16

17

18

19

20

21

22

23

24

**Page 4**

1          I N D E X

2  WITNESS    EXAMINATION     PAGE

3  JOANNA VARGAS

4

5      By:  Mr. Stepanian  7

6

7

8        E X H I B I T S

9  NO.       DESCRIPTION     PAGE

10  J. Vargas 1   Notice        93

11

12

13

14

15

16

17

18

19

20

21

22

23

24



Page 5

1          DEPOSITION SUPPORT INDEX

2

3   Direction to Witness Not to Answer

4   Page    Line    Page    Line    Page    Line

5

6

7

8   Request for Production of Documents

9   Page    Line    Page    Line    Page    Line

10

11

12

13  Stipulations

14  Page    Line    Page    Line    Page    Line

15

16

17

18

19  Question Marked

20  Page    Line    Page    Line    Page    Line

21

22

23

24

Page 6

1          THE VIDEO TECHNICIAN:  We're on the
2   record.  This is DVD No. 1 in the videotaped
3   deposition of Joanna Vargas.  Today's case is
4   Vargas versus Penn State Hershey.  This is being
5   heard before the United States District Court for
6   the Middle District of Pennsylvania, Docket No.
7   1:16-CV-01657-YK.
8          This is being held at 1125 Walnut
9   Street in Philadelphia, Pennsylvania.  Today's
10  date is Friday, July 7, 2017.  The time is 10:52
11  a.m.  My name is Rick Kensinger, Jr.  The court
12  reporter is Dolores Horne.  Will counsel please
13  state your names.
14          MR. STEPANIAN:  John Stepanian on
15  behalf of the Milton S. Hershey Medical Center.
16          MR. BEASLEY:  Jim Beasley on
17  behalf of the plaintiffs.
18          MS. MARION:  Alisa Marion on
19  behalf of the plaintiffs.
20          JOANNA VARGAS, After having been
21  first duly sworn, was examined and testified as
22  follows:
23          THE VIDEO TECHNICIAN:  You may
24  begin the questioning.

Page 7

1   BY MR. STEPANIAN:
2   Q.     Ms. Vargas, we met just a minute ago.
3   But, again, my name is John Stepanian.  I'm an
4   attorney at the McQuaide Blasko law firm in
5   Hershey, Pennsylvania.  And we represent the
6   Milton S. Hershey Medical Center in connection
7   with a lawsuit that you filed against it.  We're
8   here today to conduct your deposition in
9   connection with that lawsuit.
10         Do you understand that?
11  A.     Yes.
12  Q.     Have you ever been deposed before?
13  A.     No.
14  Q.     Just some ground rules and to give you
15  some sense of what is going to go on here.  I'm
16  just going to ask you questions.  I'm going to ask
17  that you answer them to the best that you can and
18  to the best of your recollection.  If I ask you a
19  question today and you don't understand what I'm
20  asking you, just tell me you didn't understand the
21  question and I'll be more than happy to rephrase
22  it.  Will you do that?
23  A.     Yes.
24  Q.     Similarly, if you don't hear a question

Page 8

1   that I ask you today, just tell me you didn't hear
2   the question, and I'll be more than happy to
3   repeat it.  Will you do that?
4   A.     Sure, yes.
5   Q.     Having agreed to do those things, ma'am,
6   when you answer a question, I'm going to assume
7   that you both heard it and you understood it.  Is
8   that fair?
9   A.     Yes.
10  Q.     Where do you currently reside?
11  A.     In Florida.
12  Q.     Where in Florida, your home address?
13  A.     Elkton -- okay.  It's 4917 Coquina
14  Crossing Drive.
15  Q.     How long have you lived there?
16  A.     Since January.
17  Q.     Of 2017?
18  A.     Yes.
19  Q.     What -- what city is that?
20  A.     Elkton, E L K T O N.
21  Q.     Does anybody else live there with you?
22  A.     Yes, my son.
23  Q.     Can you tell me your son's name?
24  A.     Justin Vargas.



Page 9

1  Q.     Is Justin here today?
2  A.     Yes.
3  Q.     Okay.  I haven't met him yet but we will
4  be speaking here soon.  You have other sons; do
5  you not?
6  A.     Yes.
7  Q.     Who are your other sons?
8  A.     Three, three sons, three more.
9  Q.     What -- what are their names?
10  A.     The next one is David Vargas.  Then
11  there's Adam Vargas and then there's Edward
12  Vargas.
13  Q.     Do you have any daughters?
14  A.     No.
15  Q.     Where did you live before moving to the
16  Coquina Drive address?
17  A.     I lived at 152 Casa Bella Lane, St.
18  Augustine, Florida 32086.
19  Q.     You moved from there in -- in January
20  2017?
21  A.     Correct.
22  Q.     What -- how long had you lived at that
23  address, the Casa --
24  A.     Approximately three years.

Page 10

1  Q.     Why did you move from Casa Bella Lane to
2  Coquina Drive?
3  A.     I moved because I needed to lower my
4  rent.  That's basically what it was.
5  Q.     Did you own the Casa Bella Drive home?
6  A.     No.
7  Q.     You rented it?
8  A.     (The witness indicates.)
9  Q.     You rented that with Mr. Vargas; is that
10  right?
11  A.     Yes.
12  Q.     When I say Mr. Vargas, I'm going to
13  refer to your husband who has passed away.  Okay?
14  A.     Yes, that's fine.
15  Q.     All right.  What was your rent at the
16  Casa Bella Lane?
17  A.     Casa Bella was 1550 going up to another
18  amount.
19  Q.     Living with your son Justin, do you pay
20  rent?
21  A.     Yes.
22  Q.     What do you pay in rent now?
23  A.     Right now 1275.
24  Q.     Does Justin pay any rent?

Page 11

1  A.     Yes.
2  Q.     What does he pay?
3  A.     Six -- half of it, six something.
4  Q.     Okay.  So, 1275 is the total rent?
5  A.     Correct, yes.
6  Q.     And you each pay half?
7  A.     Yes.
8  Q.     All right.  Is that how it works, you
9  contribute half and Justin contributes half?
10  A.     Yes.
11  Q.     Does anyone else live there with you?
12  A.     No.
13  Q.     Tell me about your education.  I just
14  want to learn a little bit about you first here.
15  A.     Regular school, high school.  I went
16  into what we call Global University, which is a
17  ministry school, more like a college, higher
18  education to obtain my ordination as a minister.
19  Q.     Any other schooling?
20  A.     No.
21  Q.     What was the name of the ministry
22  school?
23  A.     Global University.
24  Q.     That was its name?

Page 12

1  A.     Yes.
2  Q.     Okay.  Where was that located?
3  A.     That was an -- on-line.
4  Q.     Completely on-line program?
5  A.     Yes.
6  Q.     When did you complete that?
7  A.     I'm not sure.
8  Q.     Was it like more than ten years ago?
9  A.     No, no, not -- not too long ago, maybe
10  two years.  I'm not sure, though.
11  Q.     Okay.  So, sometime after you completed
12  high school?
13  A.     Yes.
14  Q.     When -- when did you complete high
15  school, just roughly?
16  A.     '65.
17  Q.     So, you -- you worked obviously in
18  between high school and attending Global
19  University?
20  A.     Yes.
21  Q.     What -- what did you do for a living?
22  A.     Actually, I worked -- I opened up an
23  insurance business.
24  Q.     What was the name of the business?



Page 13

1   A.      Service Brokerage.

2   Q.      I'm sorry?

3   A.      Service Brokerage.

4   Q.      How long did you work in that position?

5   A.      I believe five or six years.

6   I'm not exactly, though.

7   Q.      When did you open the business?

8   A.      Just a second.  I'm not sure when we

9   opened the business.  It was several years ago.

10  Q.      Okay.  Why don't we approach it this

11  way.  Did you and your husband at some point moved

12  to Florida, correct?

13  A.      Yes.

14  Q.      Because I've seen that he was a New York

15  police officer?

16  A.      Yes.

17  Q.      So, were you living in the New York

18  area?

19  A.      Yes.

20  Q.      And at some point then you moved down to

21  Florida.  When -- when was that?

22  A.      That was in '88.

23  Q.      He retired at that point?

24  A.      Yes.

Page 14

1   Q.      From being a police officer?

2   A.      Yes.

3   Q.      Did you retire at that time?

4   A.      Yes.

5   Q.      What did you -- what was your job when

6   you retired?

7   A.      I worked in a hospital, South Side

8   Hospital.

9   Q.      What did you do in the hospital?

10  A.      I was part-time in the cafeteria,

11  kitchen, food service.

12  Q.      And when you moved down to Florida in

13  1988, you and your husband, did you -- this is

14  your retirement now; is that right?

15  A.      Correct.

16  Q.      Did you have any jobs, like part-time

17  jobs or anything or were you just enjoying retired

18  life?

19  A.      Yes, enjoying retired life.

20  Q.      And then you at some point attended

21  Global University and became an ordained

22  minister?

23  A.      Yes.

24  Q.      Is it -- is it -- where were you acting

Page 15

1   as a minister after you obtained that?

2   A.      In -- well, my husband was an associate

3   pastor shortly after we retired.

4   Q.      So, it was something that he was -- he

5   was doing for some time?

6   A.      Yes.

7   Q.      And then you became ordained yourself?

8   A.      Yes.

9   Q.      Did he -- was -- where was your husband

10  working as an associate pastor?

11  A.      He was working at what it was known as

12  Brooksville Assembly of God.

13  Q.      That's in St. Augustine?

14  A.      That's in Brooksville, Florida.

15  Q.      He was an associate pastor there?

16  A.      Yes.

17  Q.      Is that where he was working as pastor

18  at the time he passed away?

19  A.      No.

20  Q.      Where was he working as a pastor?

21  A.      In St. Augustine, Florida.

22  Q.      What was the church that he was working

23  at there?

24  A.      It was -- the name of it was Greater

Page 16

1   Love Ministries.

2   Q.      When did Mr. Vargas become ordained?

3   A.      Early nineties.

4   Q.      Did he then immediately become an

5   associate pastor at Brooksville Assembly of God?

6   A.      Yes.

7   Q.      And did he continue to be a pastor there

8   until going to Greater Love Ministries?

9   A.      Yes.

10  Q.      When did he go to Greater Love

11  Ministries?

12  A.      In '96.

13  Q.      Was that -- was that a church that he

14  opened?

15  A.      Yes.

16  Q.      After you became ordained, did you also

17  work at that church?

18  A.      I was ordained when he passed away.

19  Q.      Did the church no longer function after

20  he passed away?

21  A.      No.  It did function.

22  Q.      Okay.  It continued.  So, do you -- do

23  you work for that group?

24  A.      Yes.  I took -- I was asked to take his



Page 17

1 place.
2 Q.    Your son, Justin, is a minister as well;
3 is that correct --
4 A.    Yes, correct.
5 Q.    -- at Greater Love Ministries?
6 A.    Yes.
7 Q.    When Mr. Vargas passed away, he was a
8 pastor at Greater Love Ministries, right?
9 A.    Yes.
10 Q.    Was he paid in that position?
11 A.    Yes.
12 Q.    How much was he paid?
13 A.    We were both paid.  I believe it was
14 $750 per week.
15 Q.    Did you get a W-2?
16 A.    Yes.
17 Q.    You said you were both paid.  What was
18 your position at the church?
19 A.    Assistant co-pastor, what we would call
20 a co-pastor.
21 Q.    So explain that to me because I thought
22 you said that you weren't ordained until after he
23 passed away?
24 A.    Right, immediately after.

Page 18

1 Q.    So, while your husband was the pastor
2 there and obviously was alive --
3 A.    Okay.  I was holding credentials, what
4 they call credentials, which is before an
5 ordination.
6 Q.    I understand.  Okay.  Forgive me --
7 A.    That's fine.
8 Q.    What did Mr. Vargas' duties involve as a
9 pastor at the church?
10 A.    There's a list, baptisms, visitations,
11 hospital, funerals, ceremony preparation,
12 availability 24/7, teaching classes.
13 Q.    In addition to you assisting him having
14 credentials, as you said, were there other pastors
15 or assistants there at the church in the time
16 period immediately before Mr. Vargas had passed
17 away?
18 A.    Can you repeat that question?
19 Q.    Yes.  I'm trying to take the time period
20 around when Mr. Vargas passed away but before,
21 certainly, he passed.  You and he are working
22 there at the church.  Were there any other pastors
23 or assistants who had credentials such as
24 yourself?

Page 19

1 A.    There was one unpaid administrative
2 pastor.
3 Q.    So, Justin was not working there at that
4 time --
5 A.    No, sir.
6 Q.    -- at that point?
7    Was -- was that like a 40-hour job,
8 40-hour a week job for Mr. Vargas?
9 A.    More than that.
10 Q.    More than that?
11 A.    Sure.
12 Q.    How about for you, what -- what did it
13 work out to in terms of the amount of hours you
14 would have to work as a pastor?
15 A.    There's no definite hours to say to that
16 position.
17 Q.    It's just whatever it took?
18 A.    Whatever it took.
19 Q.    I want to talk about Mr. Vargas' medical
20 history leading up to December 2014.  What was
21 your husband's overall health?  How -- how would
22 you describe his overall health leading up to that
23 point?
24 A.    Good.

Page 20

1 Q.    There -- there were some references in
2 the records that he had had at least one prior
3 episode of gastrointestinal bleeding?
4 A.    Yes.
5 Q.    Tell me about that, when that had
6 happened?
7 A.    That was in 2008.
8 Q.    What happened?
9 A.    He woke up and found -- used the -- used
10 the bathroom and found blood in the bowl, so we
11 went to the emergency room.
12 Q.    Which emergency room?
13 A.    St. Augustine Flagler Hospital.
14 Q.    Mr. Vargas at one point had his
15 gallbladder removed at that hospital?
16 A.    Yes.
17 Q.    So, this is the same hospital --
18 A.    Yes.
19 Q.    -- that he went to in 2008 because of
20 his -- this episode of having blood in the
21 toilet?
22 A.    Yes.
23 Q.    How much blood was there at that point
24 in 2008 in the toilet?  Was it a fair amount?  Was



Page 21

1  it a little, a lot?  How would you characterize
2  it?
3  A.    A lot, I would say very much blood.
4  Q.    What was Mr. Vargas' condition when he
5  found the blood in the toilet at that time?  Was
6  he, for example, light headed?  Was he weak?
7  A.    Weak.
8  Q.    What happened after you went to the ER
9  in terms of evaluation of the cause of his
10  bleeding?
11  A.    He was -- it was determined that he had
12  diverticulitis or losis.  I'm not sure which one
13  is the bleeder.
14  Q.    What did you understand that to mean?
15  A.    It meant that he had pockets in the
16  colon that were bleeding.
17  Q.    Was he admitted to the hospital in
18  2008?
19  A.    Yes.
20  Q.    Did he receive treatment for the
21  bleeding from his colon?
22  A.    Yes.
23  Q.    What was the treatment?
24  A.    They -- first they had to determine

Page 22

1  where the blood was coming from.  So that was part
2  of what was going on there.  And the treatment was
3  to cauterize the open bleeding areas, wherever
4  that was, and put him on a diet.
5  Q.    So, he had a colonoscopy?
6  A.    Correct.
7  Q.    And in connection with that colonoscopy
8  there was cauterization of the bleeding area in
9  his colon?
10  A.    Yes.
11  Q.    Do you know who the physician was who
12  had performed that colonoscopy?
13  A.    No.
14  Q.    Did Mr. Vargas have any followup with
15  that physician after getting this treatment at
16  Flagler --
17  A.    Yes.
18  Q.    -- Flagler Hospital in 2008?
19  A.    He began to see a GI specialist.
20  Q.    Who was that?
21  A.    That -- that was Dr. Rosato from GI
22  Associates.
23  Q.    Is that in St. Augustine?
24  A.    Yes.

Page 23

1  Q.    After 2008 and going through December
2  2014, did Mr. Vargas have any other episodes of
3  bleeding?
4  A.    None, no.
5  Q.    Did you -- how long was he admitted at
6  Flagler Hospital in 2008?
7  A.    I don't remember.
8  Q.    Were you there periodically throughout
9  the hospitalization at that time?
10  A.    Uh-huh.
11  Q.    Yes?
12  A.    Yes.
13  Q.    Were you there when Mr. Vargas was
14  discharged from the hospital?
15  A.    Yes.
16  Q.    Do you remember being told at that point
17  in 2008 that because Mr. Vargas had this
18  diverticular disease that resulted in bleeding at
19  that point that he may develop other bleeding
20  episodes?
21  A.    Not to my recollection.
22  Q.    Do you -- did you have any understanding
23  before December 2014 that because your husband had
24  diverticular disease that he was at risk of having

Page 24

1  bleeding from his colon?
2  A.    Depending on the diet.
3  Q.    So, you understood that because
4  Mr. Vargas had diverticular disease before 2014 he
5  was at risk of potential bleeding?
6  A.    Can you repeat that?
7  Q.    You -- you were aware before December
8  2014 that because your husband had diverticular
9  disease he was at risk of having episodes of
10  bleeding?
11  A.    I wasn't really aware of that.
12  Q.    Well, when you told me earlier that you
13  were aware that he may have episodes of bleeding
14  depending on diet, what did you mean by that?
15  A.    I meant if he continued to -- not -- or
16  continued to eat improperly things that he should
17  not have.  He was given a specific list of things
18  not to have.  And then he would -- if he refrained
19  from that, he would be fine.
20  Q.    Okay.  So that if he complied with these
21  dietary recommendations that were given to you --
22  A.    Yes.
23  Q.    -- your understanding was that he would
24  not be at risk for bleeding again as a result of



JOANNA VARGAS
VARGAS vs PENN STATE HERSHEY

July 07, 2017
25–28

Page 25

1 this diverticular disease?
2 A.    Yes.
3 Q.    What were the dietary recommendations?
4 A.    No seeds, no corn, no peanuts, things of
5 that nature.
6 Q.    Did Mr. Vargas comply with those dietary
7 recommendations?
8 A.    As far as I know, yes.  When I wasn't
9 looking I don't know.  Okay.
10 Q.    Was he the kind of person who would
11 comply with the physician's instructions?
12 A.    Yes, definitely.
13 Q.    Was -- was he complying with the
14 physician's dietary instructions so far as you
15 knew --
16 A.    Yes.
17 Q.    -- immediately before coming to Hershey
18 Medical Center in December 2014?
19 A.    Yes.
20 Q.    I -- I've seen reference in a record
21 that suggested that Mr. Vargas when he had this
22 bleeding episode in 2008 may have nearly bled out
23 at that time.  Do -- do you have any understanding
24 what that means?

Page 26

1 A.    No.
2 Q.    Did you have an understanding that when
3 Mr. Vargas had his bleeding episode in 2008 that
4 he lost a large amount of blood?
5 A.    Yes.
6 Q.    Do -- do you recall if he had to have a
7 blood transfusion?
8 A.    Yes.
9 Q.    Do you know how many blood transfusions
10 he had to have after that bleeding episode?
11 A.    None, none, no, he had none.  After
12 that -- after that initial?
13 Q.    He got one blood transfusion and then no
14 additional transfusions?
15 A.    Yes.
16 Q.    Aside from recurrent bleeding if
17 Mr. Vargas wasn't compliant with the dietary
18 recommendations, were you aware of what other
19 risks were presented to him because of having this
20 diverticular disease?
21 A.    Repeat that, please.
22 Q.    Were you aware whether there were other
23 risks aside from recurrent bleeding because of Mr.
24 Vargas' diverticular disease?

Page 27

1 A.    No, no.
2 Q.    In other words, were you aware of
3 whether there was a risk that he could develop a
4 hole in his bowel called a perforation?
5 A.    No, no.
6 Q.    Did you go with your husband to his
7 gastroenterology appointments?
8 A.    Yes.
9 Q.    Did you go to all of them?
10 A.    I'm not sure.
11 Q.    How often did he followup with
12 Dr. Rosato?
13 A.    I'm not sure.
14 Q.    He started seeing Dr. Rosato in 2008?
15 A.    Yes.
16 Q.    After the --
17 A.    Yes.
18 Q.    -- bleeding episode that he had?
19 A.    Yes, uh-huh.
20 Q.    In December 2014 obviously you were in
21 the Hershey area?
22 A.    Yes.
23 Q.    This is when Mr. Vargas unfortunately
24 came to Hershey Medical Center?

Page 28

1 A.    Yes.
2 Q.    Where were -- where were you
3 specifically staying, you and he at that point?
4 A.    We were staying with a friend of the
5 family.
6 Q.    Who was that?
7 A.    That was Dr. J.  I'm not sure -- she has
8 more -- more of a name than that but that's all I
9 remember is Dr. J.
10 Q.    Was Dr. J a medical doctor?
11 A.    Yes, psychiatrist.
12 Q.    Was she a friend of your husband's?
13 A.    No.
14 Q.    How -- how did you come to stay at her
15 place?
16 A.    Our grandson lived in Hershey and he
17 knew her and she offered to put us up for our
18 stay.
19 Q.    Who -- who was this grandson?
20 A.    This is Justin Phillip Vargas.
21 Q.    This is going to get really confusing.
22 A.    Yes.  I'll try and help.
23 Q.    Your grandson --
24 A.    Yes.



Page 29

1   Q.      -- Justin --
2   A.      Correct.
3   Q.      Did he live in Hershey?
4   A.      Yes.
5   Q.      Does he still live in Hershey?
6   A.      Yes.
7   Q.      Where does he live?
8   A.      It's not exactly Hershey.  It's another
9   name.  It's --
10  Q.      Somewhere around Hershey?
11  A.      Yes.
12  Q.      Was it just you and your husband staying
13  at -- at Dr. J's?
14  A.      Yes.
15  Q.      Was Dr. J there?
16  A.      Yes.
17  Q.      Do you recall the address?
18  A.      No.
19  Q.      If I wanted to find out who Dr. J really
20  was or is, how would I find that out?
21  A.      I would -- I would get her exact
22  information for you.
23  Q.      From your grandson Justin?
24  A.      Yes.

Page 30

1   Q.      What had brought you and your husband to
2   the Hershey area in December 2014?
3   A.      Our first great granddaughter was being
4   dedicated or baptized at a church.
5   Q.      Was this Justin Phillip's daughter?
6   A.      Yes.
7   Q.      How long were you in the Hershey area?
8   A.      I'm not exactly sure, maybe seven, eight
9   days.
10  Q.      Was that the reason you and your husband
11  had traveled to the area was for her -- her
12  baptism?
13  A.      Yes.
14  Q.      I guess I'll call her -- it her baptism.
15  A.      Okay.  I choose dedication.
16  Q.      Dedication?
17  A.      Yes, that's the correct word.
18  Q.      All right.  Let's see.  Mr. Vargas came
19  to the Hershey Medical Center emergency room on
20  December 2, 2014.  So this -- this would have been
21  not -- not long after Thanksgiving.  Were -- were
22  you in the Hershey area for Thanksgiving?
23  A.      No.
24  Q.      All right.  So, you came up after

Page 31

1   Thanksgiving?
2   A.      Yes.
3   Q.      And -- and the plan was then that you
4   would be traveling home on December 3rd?
5   A.      Yes.
6   Q.      According to the records that I've seen,
7   about a week before coming to Hershey your husband
8   started a medication called naproxen?
9   A.      Yes.
10  Q.      Why -- what was your understanding as to
11  why he had started that medication?
12  A.      He had pain in his hip.
13  Q.      Was this a prescription medicine or
14  over-the-counter?
15  A.      Prescription.
16  Q.      Who had prescribed it to him?
17  A.      Dr. Northrop.
18  Q.      What kind of doctor was he?
19  A.      I believe he's a sports medicine
20  doctor.
21  Q.      When did your husband first start taking
22  that medication, naproxen?
23  A.      I'm really not sure.
24  Q.      Is it consistent with your memory that

Page 32

1   it was a week before he came to Hershey Medical
2   Center?
3   A.      Possibly.  It wasn't too long.
4   Q.      So, around the end of November he
5   started that medication?
6   A.      Yes.
7   Q.      I presume he started taking that
8   medication before the two of you traveled up to
9   the Hershey area --
10  A.      Yes.
11  Q.      -- for the dedication?
12  A.      Yes.
13  Q.      Did you understand how often he was
14  taking that medication?
15  A.      No.
16  Q.      Did you have any understanding that that
17  particular medication, naproxen, could cause
18  stomach ulcers?
19  A.      No.
20  Q.      Do you -- do you know whether your
21  husband had any understanding about that?
22  A.      I don't think he did, no.
23  Q.      Were you -- did you go with your husband
24  to the appointment with Dr. Northrop?



Page 33

1   A.      Yes.
2   Q.      Do you remember Dr. Northrop ever
3   talking about the potential that this kind of
4   medication could cause any kind of stomach
5   problems?
6   A.      No.
7   Q.      Before Mr. Vargas started taking the
8   naproxen prescribed by Dr. Northrop, had he been
9   taking any other pain relievers?
10  A.      Yes.
11  Q.      What was he taking?
12  A.      Exactly I don't know.
13  Q.      Do you know if it was prescription or
14  over-the-counter?
15  A.      Over-the-counter.
16  Q.      So, I kind of have like a picture in my
17  mind that your husband had some hip pain, he
18  started taking over-the-counter medication that he
19  could buy himself.  He was still having the pain
20  and so Dr. Northrop gave him a prescription for
21  something stronger?
22  A.      Yes.
23  Q.      Do you know, was your husband ever
24  diagnosed with stomach ulcers --

Page 34

1   A.      No.
2   Q.      -- or gastric ulcers?
3   A.      No.
4   Q.      So, on December 2nd, according to the
5   records, that's the day Mr. Vargas came to the
6   Hershey Medical Center emergency room?
7   A.      Yes.
8   Q.      Tell me what happened?
9   A.      From what point?
10  Q.      Why -- why did he come to the emergency
11  room?
12  A.      He had woken up in the middle of the
13  night and gone to use the bathroom and found that
14  he was bleeding.
15  Q.      The two of you were at Dr. J's home?
16  A.      Yes.
17  Q.      How -- how -- were you sleeping when
18  this happened?
19  A.      Yes.
20  Q.      So how -- how did you get woken up?
21  What happened?
22  A.      He woke me up.  He came back and he said
23  I'm bleeding in -- in the bathroom.  So I went in
24  and looked and it was full of his blood.

Page 35

1   Q.      The toilet was?
2   A.      Yes.
3   Q.      What -- tell me what you remember about
4   what the blood looked like?
5   A.      It was -- it was a lot of it, almost
6   filled the bowl and it was bright red.
7   Q.      Did you then immediately take your
8   husband to the hospital?
9   A.      I called -- I -- we were going to take
10  him.  He said to call his son and his grandson.
11  That's -- he sat on the bed and said call the
12  boys.  I called the boys because I thought we
13  would just run him to the hospital.  However, we
14  realized that we needed professional help and an
15  ambulance immediately because there was a
16  staircase that we probably would not be able to --
17  to navigate with him and so we called
18  immediately.
19  Q.      Do you know if Mr. Vargas had had an
20  earlier -- earlier episode of bleeding that night?
21  In other words, did he get up earlier in the
22  night, go and use the bathroom and have some blood
23  but just come back to bed?
24  A.      No, I don't know.

Page 36

1   Q.      He never told you that that happened?
2   A.      No.
3   Q.      When he woke you up and you had gone in
4   to see this toilet was full of blood, was Mr.
5   Vargas having any other symptoms?  For example,
6   did he seem weak?  Did he seem lightheaded?
7   A.      Yes, to both.
8   Q.      Any -- any other symptoms?
9   A.      No.
10  Q.      Was he having any pain in his stomach or
11  abdomen?
12  A.      Not that he said.
13  Q.      Was he having difficulty walking?
14  A.      Yes.
15  Q.      Is that what led you to be concerned
16  about the stairs?
17  A.      Yes.
18  Q.      Your -- your husband was a bigger man;
19  is that fair to say?
20  A.      Yes.
21  Q.      Do you know about how much he weighed at
22  that time?
23  A.      No.
24  Q.      Did -- did your husband appear pale when



Page 37

1  he woke you up?
2  A.     It was dark, so I didn't -- I didn't see
3  pale.
4  Q.     Did you -- did he appear pale at any
5  point?
6  A.     When we got him into the light, yes,
7  when we got him out into the hospital, yes.
8  Q.     Did you wake Dr. J up?
9  A.     Yes.
10  Q.     And you said that you called your
11  boys?
12  A.     Yes.
13  Q.     Who did you call?
14  A.     Justin Phillip and my son Justin.  They
15  were -- Justin was staying with Phillip, Justin
16  Phillip.
17  Q.     Is that -- is Justin Phillip Justin's
18  son?
19  A.     Yes.
20  Q.     We're going to have to do like a family
21  tree here.  I'm getting the picture, though.  So,
22  did Justin Phillip and Justin then come to Dr. J's
23  home?
24  A.     Yes.

Page 38

1  Q.     And what happened after they came?
2  A.     They came to see him upstairs.
3  Q.     What was the purpose for them coming to
4  the home?
5  A.     We were going -- they were going to
6  drive him to the hospital.
7  Q.     Did -- did you have a car?
8  A.     No.
9  Q.     So, did you call them because basically
10  you needed a ride to the hospital?
11  A.     Yes.
12  Q.     Was there a reason that Dr. J couldn't
13  have taken you to the hospital?
14  A.     She was sound asleep.
15  Q.     You didn't want to inconvenience her,
16  you're staying in her home, is that --
17  A.     Well, it just made sense to call his
18  sons because he -- he needed help right away.
19  Q.     So, after -- after they arrived at the
20  home, a decision was made to instead call an
21  ambulance?
22  A.     Yes.
23  Q.     Who called for the ambulance?
24  A.     I don't know.

Page 39

1  Q.     The ambulance came?
2  A.     Yes.
3  Q.     Took him to the hospital?
4  A.     Yes.
5  Q.     And did -- did you ride in the ambulance
6  with him?
7  A.     No.
8  Q.     But you went to the hospital?
9  A.     Yes.
10  Q.     How did you get to the hospital?
11  A.     In Justin Phillip's car.
12  Q.     Tell me what happened after you arrived
13  at the hospital?  And just before you do that,
14  what time of day is this now?
15  A.     In the middle of the night.  I have no
16  idea.
17  Q.     Early, very early morning hours?
18  A.     Yes.
19  Q.     Tell me what happened after you arrived
20  at the hospital?
21  A.     We immediately found him in -- he was
22  taken into ER, into the ER.  And immediately
23  they -- they had the machine on him to check his
24  blood pressure and it was extremely low.  There

Page 40

1  was an ER doctor there and there was someone
2  trying to put the machines on him and put an IV,
3  get him ready for an IV.
4  Q.     What did you understand the plan was?
5  A.     To get his blood pressure out of a
6  dangerous area that was happening right there.
7  Q.     Were you given an explanation at that
8  point as to why he had had this bleeding?
9  A.     No.
10  Q.     So, initially the response was that they
11  needed to get his blood pressure up?
12  A.     Yes.
13  Q.     Do you have any understanding as to
14  whether your husband ever received a blood
15  transfusion at Hershey?
16  A.     Can you repeat that?  Do I have --
17  Q.     Did you -- did you ever learn whether
18  your husband received a blood transfusion at
19  Hershey?
20  A.     No.
21  Q.     You never learned that or you just don't
22  remember?
23  A.     He never received a blood transfusion.
24  Q.     Is it fair to say that they were -- the



Page 41

1  hospital staff were initially stabilizing your
2  husband's condition?
3  A.      The blood pressure.
4  Q.      Yes?
5  A.      Yes.
6  Q.      Was your husband on any blood pressure
7  medication at that point?
8  A.      I'm not sure.
9  Q.      Did there come a point when they got his
10  blood pressure stabilized?
11  A.      Yes, thank God.
12  Q.      Did you understand that there was then
13  an investigation as to why he was having this
14  bleeding?
15  A.      Yes.
16  Q.      Tell me what you learned about that?
17  A.      The -- it was determined that they were
18  going to find where the bleeding was coming
19  from.
20  Q.      You understood -- what did you
21  understand as to how they were going to do that?
22  A.      They were going to do that by going and
23  giving him a colonoscopy and an endoscopy.
24  Q.      Was your husband in agreement with that

Page 42

1  plan?
2  A.      Yes.
3  Q.      The two of you had a flight to catch the
4  next day, right, December 3rd?
5  A.      Yes.
6  Q.      What was your husband's view in terms of
7  investigating the source of the bleeding?  Was he,
8  to your understanding, agreeable to staying in the
9  hospital however long it took to investigate the
10  bleeding or did he have any concern about the two
11  of you being able to make that flight on December
12  3rd?
13  A.      He had -- he -- he didn't really care
14  about making a plane.
15  Q.      After you arrived at Hershey Medical
16  Center shortly after your husband was -- was taken
17  there, did you stay continuously in the hospital
18  until he was discharged?
19  A.      No.
20  Q.      At some point you left the hospital?
21  A.      Yes.
22  Q.      When did you leave?
23  A.      I remember being there all night with
24  him, all day.  And some time in -- the following

Page 43

1  evening I was taken to Dr. J's home.
2  Q.      So, he got there in the very early
3  morning hours on December 2nd.  You were there
4  shortly after he arrived, right?
5  A.      Immediately after.
6  Q.      And then you stayed that entire day
7  until the evening of December 2nd?
8  A.      Correct, yes.
9  Q.      And you were taken back to Dr. J's.  Who
10  took you back to her home?
11  A.      I don't remember.
12  Q.      Were Justin and Justin Phillip also
13  present for that entire time?
14  A.      No.
15  Q.      Had they left earlier?
16  A.      Yes.
17  Q.      About what time did they leave?
18  A.      I don't know.
19  Q.      So, you understood at some point that
20  they were going to take your husband for the --
21  for an endoscopy and colonoscopy to find out the
22  source of his bleeding?
23  A.      After the preparation was administered
24  to him --

Page 44

1  Q.      He had to --
2  A.      -- yes.
3  Q.      -- drink something?
4  A.      Yes.
5  Q.      Do you remember any discussion, any
6  specific discussion with doctors that day before
7  the endoscopy and colonoscopy were performed?
8  A.      Yes.
9  Q.      What do you remember?
10  A.      We were taken from the ER into another
11  area, a very small room.  And I remember there
12  were three doctors just outside the doorway that
13  were looking over his chart and determining to do
14  an endoscopy and -- and a colonoscopy.  And that's
15  what they told me they were going to do.
16  Q.      Do you remember any other discussions
17  with those physicians?
18  A.      No.
19  Q.      Do you recall the names of any of those
20  physicians?
21  A.      No.
22  Q.      Did you ever see any of those physicians
23  again?
24  A.      No.



Page 45

1  Q.    At some point your husband was then
2  taken for the endoscopy and colonoscopy?
3  A.    Yes.
4  Q.    And obviously you weren't -- you weren't
5  present; were you, for those procedures when they
6  were performed?
7  A.    No.
8  Q.    Do you know if you had left the hospital
9  by that point?
10 A.    No.
11 Q.    You were still there?
12 A.    Yes.
13 Q.    And were you still in the hospital after
14 those procedures had been completed?
15 A.    Yes.
16 Q.    Did somebody tell you what they found?
17 A.    Yes.
18 Q.    What did they tell you?
19 A.    They told me that it was his stomach and
20 showed me a picture.
21 Q.    Who was it that told you that and showed
22 you a picture?
23 A.    I don't know.  It was a woman.  A female
24 came out to talk to me.  I don't know who it

Page 46

1  was.
2  Q.    Was it -- was it your understanding that
3  this person was a physician?
4  A.    I don't know.
5  Q.    You said that this female person came
6  out and told you this.  Where -- where did they
7  come out from?
8  A.    Wherever they did this -- this
9  procedure.  I was waiting in a waiting room, so I
10 have no idea where they came from.
11 Q.    So, it was immediately after the
12 endoscopy and colonoscopy had been performed?
13 A.    No.
14 Q.    It wasn't?
15 A.    I waited a while for them to appear.
16 Q.    Were you with your husband when they --
17 A.    No.
18 Q.    -- came and told you?
19 A.    No.  I was by myself in the waiting
20 room.
21 Q.    Where -- where was your husband?
22 A.    I don't know where he was.
23 Q.    Did -- did you have any questions for
24 this person who came out and told you it was from

Page 47

1  stomach ulcers?
2  A.    No.
3  Q.    That's what they told you, right, that
4  the bleeding was from --
5  A.    Yes.
6  Q.    -- stomach ulcers?
7  A.    Yes.
8  Q.    You said you didn't -- you didn't have
9  any questions for that person?
10 A.    Only where was he and if I -- can I go
11 see him.
12 Q.    Of course.  You wanted to get back with
13 him?
14 A.    Yes.
15 Q.    Did you -- did you feel that if you had
16 questions you could ask those person questions?
17 A.    Yes.
18 Q.    When you said that they showed you a
19 picture, was it like -- what was it a picture
20 of?
21 A.    The stomach.
22 Q.    Your husband's stomach?
23 A.    Yes, his stomach.
24 Q.    It was a picture that they had taken

Page 48

1  during the performance of the procedure?
2  A.    Apparently, yes.
3  Q.    Did they -- did they give you this
4  picture or did they just show it to you?
5  A.    They just showed it to me.
6  Q.    Can you -- can you describe what you saw
7  on it?
8  A.    I saw something that had little dots and
9  that's about it.  That's all I could describe
10 it.
11 Q.    Did you see any blood in the picture?
12 A.    No.
13 Q.    After that -- that conversation with
14 this person, did you have a chance to then go and
15 see your husband?
16 A.    Yes.
17 Q.    And how was he doing?
18 A.    He was back in that room where he had
19 the preparation given to him and he was -- he was
20 resting.
21 Q.    He was resting?
22 A.    Yes.
23 Q.    How long were you in the hospital then
24 after kind of being reunited with him there before



Page 49

1  you left for the evening?
2  A.    I don't know.
3  Q.    Did you talk with any other doctors that
4  evening?
5  A.    No.
6  Q.    What was it that made you decide to
7  leave the hospital?
8  A.    I was really tired.  It was cold.  But I
9  saw that he was going to sleep.  And I'm not sure
10  who came to get me, but they suggested that I just
11  can go now and -- get some rest.
12  Q.    Who -- who had suggested that?
13  A.    I believe it might have been my grandson
14  but I'm not 100 percent sure.
15  Q.    You felt comfortable leaving your
16  husband at that point?
17  A.    Yes.
18  Q.    And did he -- he was resting, like you
19  said?
20  A.    Yes.
21  Q.    You had described earlier that he
22  appeared pale after he had first discovered this
23  bleeding.  Did -- did he still appear pale when
24  you left him?

Page 50

1  A.    I don't recall.
2  Q.    Just so that I -- I understand.  You --
3  you don't recall any other discussions with any
4  other Hershey Medical Center staff between the
5  time this person came out and told you what --
6  what they found in terms of the colonoscopy and
7  endoscopy and when you left the hospital that
8  evening; is that right?
9  A.    Yes.
10  Q.    Did you -- did you report to your family
11  what -- what they found at the hospital?
12  A.    Yes, I would believe so.
13  Q.    To -- to Justin and Justin Phillip?
14  A.    Yes.
15  Q.    So what -- what happened next?
16  You went back to Dr. J's home?
17  A.    Yes.
18  Q.    What did -- what did you do then?
19  A.    I went to sleep.
20  Q.    You came back to Hershey Medical Center
21  the next day?
22  A.    Early that morning my husband texted
23  me.
24  Q.    What did he text you?

Page 51

1  A.    He said that there was a possibility --
2  I'm not -- not exact words but there was a
3  possibility that he would not be released from the
4  hospital because his blood count was very low.  I
5  have copies of those texts.
6  Q.    Do you have them with you?
7  A.    No.
8  Q.    Where are those copies, at home?
9  A.    My attorney has some, Alisa.
10        MR. STEPANIAN:  I'd ask that
11  those be produced.  I don't know that I've seen
12  those.
13        MR. BEASLEY:  Sure.
14  BY MR. STEPANIAN:
15  Q.    Were you -- were you already awake when
16  your husband had texted you?
17  A.    I don't remember.
18  Q.    What was your -- what was your response
19  to the text?
20  A.    I wasn't surprised.
21  Q.    Did you text him back?
22  A.    I don't know.  I don't think so.
23  Q.    You ultimately went to the hospital?
24  A.    Yes.

Page 52

1  Q.    Do you recall what time you arrived at
2  the hospital?  This would be on December 3rd.
3  A.    When he texted me, I think I -- I don't
4  remember but somehow we did communicate some more.
5  Whether I called him or not, I don't remember.  I
6  don't recall seeing any texting from me, although
7  there might be.  But I said that I would check
8  with the airline and let them know what was
9  occurring and see what would happen for us.  I did
10  that.  The airline said that if we didn't catch
11  that flight, we need to get new tickets, which was
12  fine.  Dr. J overheard me and she said not to
13  worry about any of that, that that would be taken
14  care of by her if we had to get new tickets.
15  Shortly after he texted, he texted again and he
16  said they re-checked or something like that, my
17  blood count and it's up and we're good to go.
18  Q.    Okay.  So, you were -- after this -- you
19  get this first text, you were kind of working on
20  your end to try and figure out what would happen
21  if you didn't make your flight, right?
22  A.    Yes.
23  Q.    Do you remember what time your flight
24  was that day?



Page 53

1  A.      No.  It was around approximately -- I
2  don't remember the exact time.
3  Q.      Were you were flying out of
4  Harrisburg?
5  A.      Yes.
6  Q.      According to the records I've seen, it
7  looked like that flight was leaving Harrisburg at
8  2:27 p.m., mid -- mid afternoon.  Is that -- is
9  that consistent with your memory that it was --
10 A.      It was in the afternoon.  It wasn't
11 early.
12 Q.      So, you were -- you were at Dr. J's
13 house working on your end to try and figure out
14 what the implications were if you missed the
15 flight, right?
16 A.      Yes.
17 Q.      And the airline told you you would have
18 to get a new ticket if you missed the flight?
19 A.      Yes.
20 Q.      What were -- what did that mean in terms
21 of would you -- would you have to pay for a whole
22 new ticket?
23 A.      Yes.
24 Q.      Or -- or was it just like a change fee,

Page 54

1  you would just have to change the reservation, if
2  you know?
3  A.      Airlines aren't very cooperative, so.
4  Q.      They're not.
5  A.      No.
6  Q.      Right.
7  A.      From what I understood, I would just
8  have to get new tickets.
9  Q.      And Dr. J, she overhears this and she
10 told you don't worry about it, she'll cover it?
11 A.      That's right.
12 Q.      Why -- why would she cover it; did you
13 know, just kind of generosity thing?
14 A.      She's a saint.
15 Q.      Yes.
16 A.      She's just a very generous person.  I
17 mean, she -- she gave us her home.
18 Q.      Sure.
19 A.      That's Dr. J.  Although there was really
20 no need for her to do that but that's what she
21 thinks.
22 Q.      How did you feel about her saying that,
23 that she's -- she -- she would go ahead and pay
24 for these -- these new tickets?  Did you -- were

Page 55

1  you willing -- was that something you were willing
2  to accept?
3  A.      I wasn't even thinking about that,
4  really.  We would have worked it out some way.
5  Q.      But then it all -- it all became moot
6  because while you were still at her home you got
7  another text from your husband that said his blood
8  counts are better and he's good to go?
9  A.      Yes.
10 Q.      So, what did you do after that text?
11 A.      I went with the plan that we had.  It
12 was a plan to call my grandson's uncle who would
13 take us to the airport.
14 Q.      You're killing me now.  So, who is
15 the -- who is -- your grandson.  So this is
16 Justin --
17 A.      Justin --
18 Q.      -- Phillip's uncle.
19 A.      -- Uncle Phillip.  We're a close family.
20 Q.      I can tell.  At least there's only like
21 three or four names, though, that I have to
22 remember.  So, this is Phillip.  What is -- what
23 is his last name?
24 A.      Cappiccio, C A P P I C C I O.

Page 56

1  Q.      So, the plan was for Mr. Cappiccio to
2  take you and your husband to the airport?
3  A.      Correct, yes.
4  Q.      So, you called Mr. Cappiccio?
5  A.      Yes.
6  Q.      So what happened then?  I mean, your
7  husband is at the hospital, you're at Dr. J's.
8  A.      He's a pastor as well.
9  Q.      Mr. Cappiccio?
10 A.      Yes.  He came and picked me up and our
11 luggage and took me to the hospital to pick up my
12 husband.
13 Q.      Where was your husband when you arrived
14 at the hospital to pick him up?
15 A.      He was in that room that he had -- I had
16 left him in.
17 Q.      So what happened after you got to the
18 hospital?
19 A.      I got to the hospital and he was being
20 prepared to leave.
21 Q.      What does that mean?
22 A.      There was someone in the room, a nurse,
23 I believe.  She was putting together his discharge
24 package and giving us final instructions.



Page 57

1   Q.      And then what happened?
2   A.      I washed his hair and we left.
3   Q.      How did you wash his hair?
4   A.      In a -- in a little tiny sink.
5   Q.      How long were you at the hospital before
6   you left with him?
7   A.      I'm not sure.
8   Q.      Was it longer than an hour?
9   A.      I don't know.
10  Q.      Where was Mr. Cappiccio?
11  A.      He was there just out -- there was a
12  little waiting -- not even -- there was a little
13  area before you entered the room itself.  He was
14  in that doorway waiting for us.  I believe he was
15  giving us a little privacy.
16  Q.      Did you -- did you talk to the nurse who
17  was --
18  A.      Yes.
19  Q.      Tell me what you remember about that
20  discussion?
21  A.      She told me that as soon as we got back
22  home that I was to contact our doctors and
23  followup with them and let them know what had
24  happened.

Page 58

1   Q.      Do you remember anything else about
2   talking with her?
3   A.      She said that he was -- she was -- she
4   was -- she was putting in a prescription for him
5   to take for the pain and that he was to no longer
6   take any other type of pain medication, especially
7   over-the-counter.
8   Q.      Anything else that you remember?
9   A.      She was happy that we were going to be
10  able to -- to leave and make our flight.
11  Q.      Anything else?
12  A.      That's it.
13  Q.      So, this nurse knew that the two of you
14  were trying to make a flight?
15  A.      Yes.
16  Q.      Had you told her that or -- or did she
17  seem to already know that when you came into the
18  room?
19  A.      I don't know.  I don't remember.  You
20  know, everybody pretty much knew, can I just say
21  that, you know, that we were from out of town.
22  Q.      Did everyone seem to know that you had a
23  flight scheduled for that day, December 3rd?
24  A.      I don't know who knew and who didn't but

Page 59

1   it just was something that was out there.
2   Q.      It was out there because the two of you,
3   either you or your husband had told staff that
4   were caring for him, you guys had a flight on
5   December 3rd, the next day?
6   A.      Yes.
7   Q.      It was out there because either you or
8   your husband told the staff that you would like to
9   make that flight?
10  A.      No.
11  Q.      You just -- you just told them that you
12  had a flight?
13  A.      We just told them that we were from
14  Florida and we were going to go home but this
15  happened.  That's it.
16  Q.      Did you -- by the way, do you remember
17  the name of the nurse?
18  A.      No.  I'm sorry.
19  Q.      Did -- did you talk with any -- any
20  physicians that day, December 3rd?
21  A.      No.
22  Q.      Did you ask to talk with any of the
23  physicians?
24  A.      No.

Page 60

1   Q.      Did Mr. Vargas at any point tell you
2   about his discussions with hospital staff that
3   morning, December 3rd, before you arrived?
4   A.      No.
5   Q.      Did you ever ask him?
6   A.      No.
7   Q.      Why not?
8   A.      I honestly don't know.
9   Q.      So, ultimately obviously you and your
10  husband left the hospital and Mr. Cappiccio took
11  you straight to the airport?
12  A.      No.  Our flight -- our flight was
13  delayed and they had notified us via cell phones.
14  So we went to lunch.
15  Q.      Where did you -- where did you go to
16  lunch?
17  A.      Goodness, I've just drawn a blank --
18  Panera's.
19  Q.      In Hershey?
20  A.      Yes -- well, I don't know where it
21  was.
22  Q.      Okay.  You and your husband and Mr.
23  Cappiccio went?
24  A.      Yes.



JOANNA VARGAS
VARGAS vs PENN STATE HERSHEY

July 07, 2017
61–64

Page 61

1  Q.    Did anybody else go to lunch?
2  A.    No.
3  Q.    Did your husband eat?
4  A.    Yes.
5  Q.    It's going to seem like a weird question
6  but what -- what did he have?
7  A.    I believe it was a soup.
8  Q.    Do you remember what kind?
9  A.    No.
10  Q.    What happened after lunch at Panera's?
11  A.    It's hard to remember.  We realized the
12  flight was still going to be delayed, and we
13  didn't want to take up much more of -- of Phillip
14  Cappiccio's time.  So we just asked him to take us
15  to the airport, and we just would wait there.
16  Q.    That's what happened?
17  A.    That's what happened.
18  Q.    How long was the flight delayed?
19  A.    Goodness, I don't remember.  It was
20  twice delayed.  And while we were there it was
21  again delayed.
22  Q.    So, if you were supposed to leave around
23  mid afternoon Harrisburg, did you ultimately
24  leave -- was it after dinner time?

Page 62

1  A.    I -- I don't remember.
2  Q.    Did you end up eating at the airport?
3  A.    No.
4  Q.    Tell me about how your husband was doing
5  while you were at lunch and then later that
6  afternoon waiting at the airport?
7  A.    He looked okay.
8  Q.    Was he weak at all?
9  A.    Not that I could see.  He -- he looked
10  like he had been, you know, through something but
11  I wasn't concerned.
12  Q.    Did you understand that -- that after
13  your husband came to the Hershey Medical Center he
14  didn't have any other bleeding episodes?
15  A.    I'm sorry.  Repeat that.
16  Q.    After your husband came to the Hershey
17  Medical Center, he didn't have any bleeding
18  episodes while he was in the hospital.  Did you
19  understand that?
20  A.    Other than the colonoscopy, no.
21  Q.    Okay.  Did -- did he have any -- any
22  bleeding after he left the hospital, obviously
23  before you got on the flight?
24  A.    No.

Page 63

1  Q.    Do you -- do you know whether your --
2  your husband had used the bathroom between the
3  time after you left the hospital and you got on
4  the plane in Harrisburg?
5  A.    No, I don't know.
6  Q.    He never reported back to you, though,
7  that he had another episode of bleeding?
8  A.    No.
9  Q.    So, the two of you are waiting at the
10  airport in Harrisburg.  He's doing okay?
11  A.    Yes.
12  Q.    Seems to be in good condition?
13  A.    Yes.
14  Q.    You get on that plane in Harrisburg.
15  And what was it, like one of those little
16  propeller --
17  A.    It was a smaller plane.
18  Q.    Right.  You fly to Philadelphia?
19  A.    Yes.
20  Q.    And it's in Philadelphia then you get on
21  a plane and you're flying to where?
22  A.    To Jacksonville.
23  Q.    How is your husband during the flight to
24  Philadelphia?

Page 64

1  A.    He was okay.
2  Q.    When you got to Philadelphia, did you
3  have to wait in the airport there?
4  A.    Yes.
5  Q.    About for how long?
6  A.    I don't know.  It was -- he was in a
7  wheelchair because he -- I figured it would be
8  best.  They didn't really check to see -- he was
9  in a wheelchair.  So thank God we were because the
10  place was mobbed and there was no seats, so.  But
11  it was a while we waited.
12  Q.    Did you have to go from one terminal to
13  a different terminal in Philly?
14  A.    Yes.
15  Q.    And did your husband go in a
16  wheelchair?
17  A.    Yes.
18  Q.    By the way, when you were on the phone
19  with the airlines on the morning of December 3rd
20  trying to find out what would happen if you missed
21  your flight, did you tell the person you're
22  talking to at the airline that your husband had
23  just had this bleeding episode?
24  A.    No.



Page 65

1 Q.    Did you when you were on the phone with
2 the airline ask them, the airline, whether there
3 were any concerns about your husband getting on a
4 plane in view of the fact that he had just had
5 this bleeding episode?
6 A.    No.
7 Q.    Did you ever -- not just limiting it to
8 that phone conversation that you had with the
9 airline in the morning of December 3rd, did you
10 ever ask anyone, for example, while you were
11 waiting at the airport whether it was okay for
12 your husband to fly in view of this bleeding that
13 he had just had?
14 A.    No.
15 Q.    Was there a reason why you didn't ask
16 that?
17 A.    I simply didn't think there was any --
18 going to be any problem with it.
19 Q.    And, similarly, you know, to your
20 knowledge, your husband didn't ask anybody at the
21 airport --
22 A.    No.
23 Q.    -- those questions?
24 A.    No.

Page 66

1 Q.    So, you and your husband then get on the
2 plane to head to Jacksonville, right?
3 A.    Yes.
4 Q.    Where -- where were you seated on the
5 plane?
6 A.    Towards the end, the back of the
7 plane.
8 Q.    Did -- did the two of you check
9 luggage?
10 A.    Yes.
11 Q.    Did you have any carry-on luggage?
12 A.    Yes.
13 Q.    Who handled the carry-on luggage?
14 A.    I did.
15 Q.    What kind of carry-on did you -- did you
16 have?
17 A.    Two small rolling -- rolling luggage
18 pieces.
19 Q.    Did your -- did you and your husband
20 board the plane early?  A lot of times they say if
21 you require extra time and often people in
22 wheelchairs, they -- they let them board the plane
23 first?
24 A.    Yes.

Page 67

1 Q.    You did that?
2 A.    Yes.
3 Q.    So then tell -- tell me what happened
4 after -- after you boarded the plane?
5 A.    We -- he sat by the window.  I believe
6 there were just two seats.  We were up in the air
7 and there was turbulence.  And I looked over at
8 him to make sure he was okay.  And I saw he was
9 getting uncomfortable by him -- just the way he
10 was moving.  And I asked him, honey, are you all
11 right.  And he didn't answer.  And I must have
12 asked him a few times.  But he had this look that
13 he just was not there.  Something had happened.
14 And I said, do you have to go to the bathroom.
15 And he again didn't respond.  So I stood up out of
16 my seat and tried to -- to ask him, to -- to touch
17 him and ask him what was wrong.  And I remember
18 having to hold onto the seats because it was
19 turbulent.
20       He just never talked to me again.
21 Finally I ran for the attendant, who was right
22 behind us pretty much, I believe two or three
23 rows.  And I said, I can't -- something is wrong.
24 My husband doesn't talk and he's -- I can't get

Page 68

1 him up.  I think he has to go to the bathroom.
2 And I stayed in the -- in that -- because the
3 plane was moving and he went over to my husband
4 and it took him a few minutes to -- I don't know
5 what he said.  I didn't hear.  But somehow my
6 husband got up.  He got up and he started to walk
7 towards the back where the bathroom was.  But I
8 saw that he was leaving a trail of blood, a lot of
9 blood, a lot of blood.
10       And he finally went into the -- to the
11 bathroom area and just about collapsed on the
12 commode with the door opened and -- with his head
13 down.  The attendant didn't know what to do.  He
14 was not really much help.  He was disgusted with
15 what was going on on the floor.  There was a lot
16 of things there.  It was actually -- it wasn't
17 only blood.  It was pieces of my husband, pieces.
18 And I kept calling his name saying, honey, honey,
19 look up, look at me.
20       And then the call -- I started screaming
21 if there's anybody that could help us.  And they
22 got two people.  And they pulled out this -- this
23 backpack.  And these two people, one was a
24 pediatrician, I remember, and one was an ER nurse.



Page 69

1  And they were looking through that bag.  And that
2  bag was a mess.  It had the hoses and syringes and
3  who knows what else was in there.  But they were
4  looking to see if they could put an IV in him
5  because they checked his pressure again and they
6  said his pressure was dropping.
7  Q.     I know it's hard to talk about, ma'am.
8  And I ask you these questions because I have to.
9  A.     I don't mind telling you what
10 happened.
11 Q.     Just take your time.  And if you need to
12 take a break, certainly at any point we can do
13 that.
14 A.     Can I have some of those tissues,
15 please.  Thank you.
16 Q.     Do you -- do you want to take a
17 second?
18 A.     Okay.  All right.
19 Q.     Are you okay to continue?
20 A.     Yes.
21 Q.     Do you remember how long it was into the
22 flight that you looked over at your husband and
23 you started to have some concern?
24 A.     It wasn't long after.

Page 70

1  Q.     Was it -- was it a half hour?
2  A.     I don't know.  I don't know, honestly.
3  Q.     Sure.  It's hard to judge time in that
4  kind of a situation.
5  A.     Yes.
6  Q.     And I'm going to ask you some -- some
7  time questions.
8  A.     Okay.
9  Q.     And I just ask if you -- do your best.
10 And if you -- if you don't know, just tell me you
11 don't know.  How long was it that your husband was
12 in -- in the bathroom there?
13 A.     A long time.  He was -- like I said,
14 they were trying to find the vein.  They -- they
15 kept putting those -- that needle in his -- his
16 vein -- there was no veins.  His veins were dry.
17 They were -- I could see myself that his veins was
18 just so thin and shriveled almost.  Now looking
19 back, I see that he had no blood in his body,
20 really.  Whatever was let go there was it.  So
21 naturally there was -- you need blood in a vein.
22 Q.     How -- how long was it after your
23 husband was taken to -- to the bathroom back there
24 until the plane was on the ground?

Page 71

1  A.     An eternity.
2  Q.     It seemed, I'm sure.
3  A.     An eternity.  They were trying to figure
4  out if -- if the plane really needed to be landed,
5  how bad he was.  And of course all the time I'm
6  crying and screaming.  We need to get this plane
7  down.  He's got to get -- he's got to get to a
8  hospital.  And there was talk between the
9  attendant and the pilot for a long time.  And
10 finally they decided to land the plane.  And that
11 was a long time.
12 Q.     Is it -- I'm sure in that situation any
13 time seems like a long time.  Is it fair to say
14 that it's -- you just can't tell us with any
15 certainty how long it was?
16 A.     No, no, I really can't.
17 Q.     If we -- if we wanted to know about the
18 timing of how long things took, probably the best
19 source of that would be the airline records?
20 A.     Yes, yes.
21 Q.     I hate to have to ask you these
22 questions.  But the blood that you saw from your
23 husband, do you recall the color of it?  In other
24 words, was it -- was it bright red, like what you

Page 72

1  had seen before?
2  A.     There was -- I believe so.
3  Q.     It was bright red?
4  A.     There was -- there was so much in the
5  blood that it was hard to determine what was blood
6  and what wasn't.
7  Q.     Was -- when your husband was taken to
8  the bathroom, was the door ever closed?
9  A.     No.
10 Q.     When -- when you were still sitting next
11 to your husband before he had gotten up to use the
12 bathroom, you said that he just wasn't responding
13 to your questions.  Were his eyes opened?
14 A.     Yes.
15 Q.     He was -- he was still supporting
16 himself in the -- in the seat?
17 A.     His eyes were open but they were in a
18 stare.  Like he didn't see -- he didn't see me.
19 He just was locked is the only word I could think
20 about.  He was locked in a stare.  And I kept
21 trying to -- to make eye contact, to talk to
22 him.
23 Q.     After you got up and were able to get
24 the flight attendant to come over and your husband



Page 73
1  got up, did the flight attendant have to help him
2  get up?
3  A.     Yes.
4  Q.     Then he helped him to the bathroom, is
5  what you said?
6  A.     I saw my husband stumbling towards the
7  back.  He was -- because the plane was still
8  rocking.  And I don't even know if he was aware
9  that he was moving from -- from the expression on
10  his face.  I don't even know how he moved.
11  Q.     The plane obviously landed.  What
12  happened after the plane landed?
13  A.     After the plane landed, the back door
14  opened and the paramedics came up on the plane.
15  And the next thing I knew I was kneeling on one of
16  the seats by him because he was in the aisle
17  laying -- they laid him in the aisle.  And they
18  opened up his shirt with scissors or something and
19  began to put the paddles on him.  And then I saw
20  his face.  His face was -- his head -- his hair
21  was towards me.  And I just saw his face upside
22  down.  And I think I saw him blow out his last
23  breath.  I don't know.  But I know that the shock
24  paddles didn't do anything except move him.  I

Page 74
1  kept calling him.  And I started screaming for
2  people to come and help me pray, to come help me
3  pray -- pray for him here --
4  Q.     They took --
5  A.     And they took him off the plane.  And
6  the next thing I knew they were coming to get me
7  and my carry-ons and -- and escorted me out the
8  same doors.  And there was a really treacherous
9  staircase.  I don't know even know -- it was metal
10  and shaking.  And I got down that and he was
11  obviously put in an ambulance.
12  Q.     You went to the hospital that he was
13  taken to?
14  A.     Yes.
15  Q.     I think I had read that you went in a
16  separate ambulance?
17  A.     Yes.  I started -- I started feeling my
18  chest hurting.  And I told them I -- I have two
19  stents in my heart.  And I started feeling that
20  sensation, so I just asked them for a little
21  nitro.  I find it funny now because I'm like what
22  are you kidding.  Of course everything --
23  everybody jumped up and said what, you know, you
24  need what.  And they said get another ambulance.

Page 75
1  So they threw me in there and started feeding me
2  nitro until the pain stopped.
3  Q.     You were okay ultimately?
4  A.     Ultimately, yes.
5  Q.     Medically?
6  A.     Yes.
7  Q.     What -- what happened then?  Just tell
8  me briefly what happened in the hospital?
9  A.     I found myself being wheeled in.  I
10  passed these curtains.  And they said your husband
11  is in there.  They're trying to do what they can
12  for him.  And I started to cry out to him and tell
13  him I was there because they didn't bring me near
14  him.  They put me somewhere else.  It's like
15  another curtain over.  But I kept calling out.
16  They didn't like that but that's what I did.
17  Honey, I'm -- I'm here.  Open your eyes and --
18  Q.     Did you -- your husband unfortunately
19  couldn't be resuscitated there.  Did you -- did
20  you talk with the hospital staff about why it had
21  happened?
22  A.     All -- all I remember is they came -- my
23  bars were up.
24  Q.     You were in a hospital bed?

Page 76
1  A.     I was in a hospital bed, yes.
2  My bars were up.  And I was taken to another room,
3  another area with a curtain.  And so I don't know
4  how long that was either.  But someone came by my
5  side there and said -- I thought she was going to
6  tell me that -- you know, she -- she started off,
7  like he lost a lot of blood but then at the end
8  she said, well, we couldn't bring him back.  I
9  thought she was going to say but, you know, we got
10  him or something.  But that was like not what I
11  heard.  I was looking for that.  And she said
12  we -- we couldn't -- we couldn't do anything for
13  him.  He's gone.  And at that moment my son -- one
14  of my sons was on the phone with me and he heard
15  her.
16  Q.     Which -- which son was that?
17  A.     That was Adam.
18  Q.     At any point while you were there at the
19  hospital -- how long were you at the hospital, by
20  the way?
21  A.     I was there until the next day.
22  Q.     Were you admitted yourself to the
23  hospital?
24  A.     Yes, yes.



Page 77

1  Q.      At any point during your hospitalization
2  did you talk with any of the hospital staff and
3  ask basically what had happened?
4  A.      No.  They simply told me that they were
5  waiting for the medical examiner.  I did not get
6  to the body at all.
7  Q.      I'm sorry?
8  A.      I did not get to his body at all during
9  that time.  So, they said they were waiting for
10 the medical examiner and that I probably did not
11 want to see him because when they were working on
12 him, there was a lot of things put on him, I
13 guess, and it might not be a good idea to see him
14 until they could remove those things on him.
15 But I never got to see him.
16 Q.      Aside from being told that he had lost a
17 lot of blood, did anybody at the hospital tell you
18 why he had lost blood?
19 A.      No.
20 Q.      Did -- this is -- do you recall the name
21 of the hospital?
22 A.      It was North Carolina, the Carolinas.
23 Q.      Carolinas Medical Center?
24 A.      Yes.

Page 78

1  Q.      Did anyone at the Carolinas Medical
2  Center tell you anything about -- let me rephrase
3  it.  Did anyone at Carolinas Medical Center ever
4  comment on the fact that your husband had just
5  been discharged from the Hershey Medical Center
6  that day?
7  A.      Not that I recall.
8  Q.      Did anybody at the Carolinas Medical
9  Center tell you or suggest to you that your
10 husband shouldn't have been discharged from the
11 hospital that day?
12 A.      No.
13 Q.      I know that -- and, again, I know that
14 this is hard to talk about, and I wouldn't ask you
15 these things certainly if I didn't have to.  But I
16 know that there was an autopsy done after your
17 husband passed.
18 A.      Yes.
19 Q.      Did -- did you ask that an autopsy be
20 done?
21 A.      No.
22 Q.      They, I presume, asked you if it was
23 okay to do an autopsy?
24 A.      I -- I -- we had our associate from the

Page 79

1  church, he drove to come and find and get -- and
2  get me along with sons that came immediately.
3  That person asked me, I believe, if I would want
4  an autopsy and he arranged everything.
5  Q.      Who was that?
6  A.      This was Gerry Ray.
7  Q.      He's with your -- your church?
8  A.      Yes, the administrator.
9  Q.      I understand that -- I don't know to
10 what extent you're aware of this or not.  But I
11 understand that your husband's autopsy was done by
12 a pathologist in South Carolina.  Were you aware
13 of that?
14 A.      No.
15 Q.      Do you have any knowledge or
16 understanding why an autopsy was done by a South
17 Carolina person as opposed to there at the
18 Carolinas Medical Center?
19 A.      No.
20 Q.      Mr. Ray might have some information
21 about that?
22 A.      He might.
23 Q.      Did you ever speak with the pathologist
24 who did the autopsy?

Page 80

1  A.      No.
2  Q.      Did you ever -- and aside from anything
3  that you discussed with counsel at any point, I
4  don't want to know what you discussed with
5  counsel, but outside of those discussions, did you
6  ever learn what the findings were of the
7  autopsy?
8  A.      Yes.
9  Q.      What did you -- what did you learn?
10 A.      I learned that it was not his stomach
11 that was the cause of the bleeding.  I learned
12 that it was the colon.
13 Q.      Where did you learn that information?
14 A.      I learned -- I believe the papers --
15 Gerry Ray was in touch with this pathologist.  So
16 I believe it must have been him.  I did not speak
17 to the pathologist.  It must have been through
18 Gerry.
19 Q.      And when you say that you learned the
20 bleeding was from the colon not the stomach,
21 you're referring to the bleeding that he had
22 experienced on the plane?
23 A.      The bleeding in Hershey and the plane.
24 Q.      So, you were -- you were told that



Page 81

1   according to the autopsy, the bleeding that your
2   husband experienced before coming to Hershey
3   Medical Center came from the colon, not the
4   stomach?
5   A.      That was what I believed -- that's what
6   I believe after the reports that it wasn't the
7   stomach at all.
8   Q.      And this information came to you from
9   Mr. Ray?
10  A.      Yes.  I believe that he's the only one
11  that was talking to the pathologist.
12  Q.      Can you -- I'm going to shift gears.
13  A.      Can I take a break?
14  Q.      Yes.
15          THE VIDEO TECHNICIAN:  This
16  completes DVD No. 1.  The time is 12:35.  We're
17  now going off the record.
18          (Whereupon a break was taken.)
19          THE VIDEO TECHNICIAN:  We're on
20  the record.  This is the beginning of DVD No. 2.
21  The time is 12:45.  You may begin the questioning.
22  BY MR. STEPANIAN:
23  Q.      I just -- I just have a few more
24  questions for you, ma'am, a few more minutes here

Page 82

1   and then we'll be done.  I want to just make sure
2   I'm clear about something.  December 2nd, that was
3   the day that your husband woke you up in the early
4   morning and he had the blood in the toilet.  Am I
5   correct that so far as you understand, the
6   bleeding that your husband experienced that
7   morning was the first time he had experienced
8   bleeding since 2008?
9   A.      Yes.
10  Q.      Was your husband the kind of person who
11  would share medical information with you?
12  A.      Yes.
13  Q.      If he had something like rectal
14  bleeding, which he had, would -- was he the kind
15  of person who would be forthcoming with that with
16  you?
17  A.      Yes, something like that, absolutely.
18  Q.      On December 2 before you left the
19  hospital that evening, do you remember being told
20  by a physician that your husband might have
21  bleeding again?
22  A.      No.
23  Q.      Do you -- do you just not have a
24  recollection or do you deny that that occurred?

Page 83

1   A.      That never occurred.
2   Q.      Do you recall having a discussion with a
3   physician in the evening of December 2 before you
4   left where the physician told you that he
5   couldn't -- he couldn't tell you what the risk was
6   of repeat bleeding in getting on an airplane?
7   A.      Can you repeat the question.
8   Q.      Sure, sure.  Do you remember a physician
9   telling you in the evening of December 2nd that he
10  didn't know what the risk was for repeat bleeding
11  with someone traveling on an airplane?
12  A.      No, I was not told.
13  Q.      I want to understand how you're
14  currently supporting yourself.  Your -- are you
15  still earning the 750 a week from Greater Love
16  Ministries?
17  A.      No.
18  Q.      What are you -- what are you earning?
19  A.      Right now I have decided not to
20  continue.  So right now I have -- I am on Social
21  Security.
22  Q.      What -- what is your is Social
23  Security?
24  A.      My Social Security is $1595.

Page 84

1   Q.      A month?
2   A.      A month.
3   Q.      Why -- you've -- you've decided not to
4   continue being a pastor?
5   A.      Yes.
6   Q.      Why?
7   A.      Over the last two and one-half years,
8   especially now, I feel that I'm not doing the job
9   that I needed to do because of emotional and
10  distress.  It's a lot to do.
11  Q.      What -- when you say because of
12  emotional distress, what do you mean by that?
13  A.      I'm not able to concentrate.  I don't
14  sleep well any more.  I believe that it's just
15  part of the grieving, which conflicts with what I
16  really needed to do.
17  Q.      Have you seen any kind of mental health
18  person because of this emotional distress?
19  A.      I've -- I've seen a grief counselor.
20  Q.      Who is that?
21  A.      That was somebody through hospice.  I'm
22  not sure of her name right now.
23  Q.      What --
24  A.      I'm sorry.  What?



Page 85

1  Q.      I'm sorry.  Go ahead.  I interrupted
2  you.  Go ahead.
3  A.      Just -- I went to see her once just to
4  make sure that I wasn't -- I don't even know the
5  term but just to make sure that I -- I wasn't in
6  any danger to myself or to anything.  And she
7  assured me that what I was going through was all
8  part of a normal, if you could say normal,
9  grieving.  My faith has continued to uphold me and
10  uplift me.
11  Q.      When did you see this grief counselor?
12  A.      Probably about a year ago.  I'm not
13  exactly sure.
14  Q.      You said it was through hospice.
15  What -- what was the name of the hospice
16  provider?
17  A.      I don't remember.
18  Q.      How did you get in touch with this
19  hospice group?
20  A.      I made a phone call.
21  Q.      If I wanted to know or find out who this
22  grief counselor was that you saw, how would I go
23  about finding that out?
24  A.      I'd go look back through what I have.

Page 86

1  Q.      What -- what would you look through that
2  you have?  What are you referring to?
3  A.      She gave me a folder with -- it's put
4  together with different -- seven steps of grief
5  and there's a group, you know, there are groups
6  meeting, information.
7  Q.      The folder included information about
8  grief support groups?
9  A.      Correct.
10  Q.      I would ask if you could, locate that
11  and I'd ask that that person be identified.  Have
12  you ever gone to any of those support groups?
13  A.      No.
14  Q.      Why not?
15  A.      Basically I have a very busy schedule
16  before.  That's why I'm feeling that I need to
17  step away from this.
18  Q.      Well, when did you choose to step away
19  from being --
20  A.      Recently.
21  Q.      When?
22  A.      Probably within the last two or three
23  weeks.
24  Q.      Was there something that occurred in the

Page 87

1  past two or three weeks that has led you to make
2  that decision?
3  A.      No.
4  Q.      Well, how -- how much have you been
5  earning from Greater Love Ministries up to the
6  past two or three weeks?
7  A.      Up to the past two or three weeks.
8  I had -- my salary when he came on to help --
9  Q.      Justin, you're referring to Justin?
10  A.      When my some came on to help was
11  transferred over to him in parts.  So, my answer
12  would be recently maybe $250 was my salary.
13  Q.      Who makes that decision in terms of how
14  much you're paid and how much is transferred
15  over?
16  A.      There's a board.
17  Q.      Okay.  Who is -- are you on the board?
18  A.      No.
19  Q.      Is Justin on that board?
20  A.      Yes.
21  Q.      Aside from the grief counselor that you
22  saw one time, did -- did you see any other mental
23  health professional about the emotional distress
24  that you have been experiencing?

Page 88

1  A.      I've been speaking with my family
2  doctor.
3  Q.      Who is that?
4  A.      Dr. Farhat, F A R H A T.
5  Q.      That was your husband's doctor as
6  well?
7  A.      Correct, yes.
8  Q.      What -- what have you told your family
9  doctor in terms of the distress you've been --
10  you've experienced?
11  A.      I would tell him that it's -- during
12  this time I also had a whole full knee
13  replacement, which was hard.
14  Q.      Sure.
15  A.      In addition to that, I broke a kneecap
16  on that same knee.  So that kind of tells you I've
17  been through things going on.  I would speak to my
18  doctor about those things in addition to the
19  grieving.  He gave me something to help when I
20  needed to -- when I needed to just get a little
21  bit of the anxiety away from myself.  And then
22  just recently I spoke to him.  And I said I think
23  I need to talk to someone and he gave me a name.
24  Q.      Whose -- whose name did he give you?



JOANNA VARGAS
VARGAS vs PENN STATE HERSHEY

July 07, 2017
89—92

Page 89

1  A.     I don't recall.  It's -- I have the card
2  at home.  I haven't really contacted them and so I
3  will.
4  Q.     How long ago did he give you that --
5  that name?
6  A.     A week ago.
7  Q.     I would ask that that person --
8  A.     Sure.
9  Q.     -- be identified as well.
10  A.     I will.
11  Q.     The medication that he gave you for your
12  anxiety, do you take that every day?
13  A.     No.
14  Q.     How often do you take it?
15  A.     He gave that to me for the funeral
16  reluctantly.  He's not the type to give you
17  anything but he gave me that for the funeral.  And
18  not very often -- I had to take that today.
19  Q.     You did?
20  A.     Yes.
21  Q.     Do -- do you remember the date of your
22  husband's funeral?
23  A.     No.
24  Q.     Was the funeral down in St. Augustine?

Page 90

1  A.     Yes.
2  Q.     Aside from the 1595 that you get a month
3  in Social Security, do you have any other sources
4  of income?
5  A.     No.
6  Q.     What -- what happens with respect to --
7  your husband had a pension, right?
8  A.     Right.
9  Q.     Do you receive any part of that after he
10  passed away?
11  A.     No.
12  Q.     Those payments just stop?
13  A.     Yes.
14  Q.     What -- what was he receiving in terms
15  of a pension?
16  A.     I'm not exactly but $2500 a month maybe,
17  twenty-six.
18  Q.     What kind of police officer was he in
19  New York?
20  A.     He was a police sergeant.
21  Q.     Okay.  So he was like on the street, on
22  patrols and stuff?
23  A.     Yes.
24  Q.     In New York City?

Page 91

1  A.     Yes.
2  Q.     I bet that was a rough job at times?
3  A.     Yes.
4  Q.     What is your plan -- I know you said you
5  moved in with your son in January.  By the way,
6  who -- who owns the property to which you pay
7  rent?
8  A.     I am renting it from someone that put it
9  through an agency, so to speak, to rent it for
10  them.  So I don't know the name.
11  Q.     Greater Love Ministries doesn't own the
12  property?
13  A.     No, no.
14  Q.     What is your plan in terms of living
15  with your son?  Is that just kind of -- for the
16  foreseeable future, that's what you're going to
17  do?
18  A.     Temporarily.
19  Q.     All right.  Well, what is the plan after
20  that long term?
21  A.     Well, he's -- they're getting ready
22  to -- to find a place, he and his wife, his
23  family.  He's just staying with me because
24  that's -- it's working out for us.

Page 92

1  Q.     But ultimately he'll move out with his
2  family?
3  A.     Yes.
4  Q.     And you don't foresee any problems
5  paying the monthly rent?
6  A.     Oh, yes, I do.
7  Q.     You do?
8  A.     Uh-huh.
9  Q.     How -- how are you going to deal with
10  that?
11  A.     Hopefully God will bring me a roomate
12  somewhere, someone to help me and share the
13  place.
14  Q.     Are there -- do you have a memory of any
15  discussions with Hershey Medical Center staff that
16  we haven't discussed here today?
17  A.     No.
18  Q.     Do you -- do you have any recollection
19  about your husband's hospitalization that we
20  haven't discussed here today?
21  A.     No.
22  Q.     Just one thing, kind of a housekeeping
23  thing.
24        MR. STEPANIAN:  Mark that as J.



Page 93

1   Vargas 1.
2           (Document marked Exhibit J.
3   Vargas 1 for identification.)
4   BY MR. STEPANIAN:
5   Q.      Ms. Vargas, the court reporter -- we
6   just marked as Exhibit 1 and she just handed you
7   the deposition notice, which is like the paper
8   that schedules us to be here today.  It asks that
9   you bring with you to the deposition any
10  calendars, notes, diaries, journals or other
11  documents relevant to the incident in question.
12  And I know you told me about the text messages,
13  which -- which you're going to provide.  And I've
14  asked for the cards of the grief counselor and the
15  person to whom you've been referred by your family
16  physician.
17  A.      Yes.
18  Q.      Do you have any -- aside from those
19  things, do you have any notes or journals in
20  particular that -- where you wrote down
21  information about your husband's treatment?
22          MR. BEASLEY:  I'll just place an
23  objection.  Other than what you've prepared for
24  purposes of this lawsuit.

Page 94

1           THE WITNESS:  I don't understand.
2   BY MR. STEPANIAN:
3   Q.      Okay.
4   A.      Other than what I've prepared?
5   Q.      Well, let's -- let's take it this way.
6   Aside from information that you've prepared for
7   your attorneys, do you have any journals or notes
8   where you've written down information about your
9   husband's treatment?
10  A.      Personally I journaled about the whole
11  thing.
12  Q.      When -- when did you journal this
13  information or write this information?
14  A.      I started to immediately after he passed
15  or shortly after he passed, and then I did not
16  finish that.
17  Q.      Why -- why did you start --
18  A.      It was too hard.
19  Q.      Why did you even start writing?
20  A.      Why did I start writing it, I felt it
21  would help me remember things that I would
22  probably forget later.
23  Q.      And why did you foresee it important to
24  remember these things?

Page 95

1   A.      Because I knew that I needed to remember
2   for this type of situation probably.
3   Q.      So, you -- you -- I mean, in all candor,
4   I mean, you prepared it expecting that you might
5   be filing a lawsuit and you would want to
6   remember?
7   A.      Not really, no.  I just wanted -- I
8   don't mind writing down my feelings and my
9   prayers.  So that was part of it.
10  Q.      I'm going to ask that -- have you
11  provide that to -- to your lawyers?
12  A.      No.
13  Q.      I'm going to ask if you could produce
14  that.  How -- how many pages is that?
15  A.      It's -- it's a few pages.  It's a book
16  with -- about this size.  It's got to be like
17  eight.
18  Q.      Eight pages?
19  A.      Eight pages, somewhere.  And it was
20  from -- from when we -- when we went to the baby's
21  dedication.  It was the entire trip.
22  Q.      Okay.  So, it was something you had
23  started before your husband passed away?
24  A.      No, no, no, shortly after.

Page 96

1   Q.      So, you started writing about events
2   that happened starting with your -- your great
3   granddaughter's dedication?
4   A.      Right, yes.
5   Q.      And you wrote those things after your
6   husband passed away to help you remember them
7   later?
8   A.      If anybody wanted to read about it we --
9   we -- my husband and I both wrote.
10  Q.      Have you shown those -- those notes to
11  anyone?
12  A.      No.
13  Q.      In -- in addition to those notes, you
14  also prepared a written summary at the request of
15  your lawyers?
16  A.      That was part of that, if they ever
17  wanted to see it.  I don't know.
18  Q.      But you never have given it to them?
19  A.      No.
20  Q.      Were you aware that someone from Hershey
21  Medical Center had called or called for you
22  after your husband passed away?
23  A.      I don't recall that.
24  Q.      You weren't aware that this person



**Page 97**

1  called, someone from Hershey Medical Center called
2  to speak with you to express their condolences for
3  the passing of your husband?
4  A.    I don't recall that.
5         MR. STEPANIAN:  I don't have any
6  other questions.  Thank you, ma'am.
7         THE VIDEO TECHNICIAN:  This
8  completes the videotaped deposition.  The time is
9  1:07.  We're now going off the record.
10        (Witness excused.)
11        (Deposition concluded at 1:07
12  p.m.)
13
14
15
16
17
18
19
20
21
22
23
24

**Page 99**

1         DEPOSITION ERRATA SHEET
2  NO.  J0604043
3  JOANNA VARGAS
4    - VS -
5  PENN STATE HERSHEY
6  MILTON S. HERSHEY MEDICAL CENTER
7
8      DECLARATION UNDER PENALTY OF PERJURY
9     I declare under penalty of perjury that I have
10 read the entire transcript of my Deposition taken
11 in the captioned matter or the same has been read
12 to me, and the same is true and accurate, save and
13 except for changes and/or corrections, if any, as
14 indicated by me on the DEPOSITION ERRATA SHEET
15 hereof, with the understanding that I offer these
16 changes as if still under oath.
17
18     Signed on the _____ day of
19 _____, 20 --.
20
21
22 _____
23     JOANNA VARGAS
24

**Page 98**

1      C E R T I F I C A T E
2
3         I hereby certify that the witness
4  was duly sworn by me and that the deposition is a
5  true record of the testimony given by the witness.
6
7
8         _Dolores M. Horne_
9         ------------------------
10        Dolores M. Horne
11        Dated:  July 11, 2017
12
13
14
15 (The foregoing certification of this transcript
16 does not apply to any reproduction of the same by
17 any means, unless under the direct control and/or
18 supervision of the certifying shorthand reporter.)
19
20
21
22
23
24

**Page 100**

1        DEPOSITION ERRATA SHEET
2  Page No. __ Line No. __ Change to: _____
3  _____
4  Reason for change:_____
5  Page No. __ Line No. __ Change to: _____
6  _____
7  Reason for change:_____
8  Page No. __ Line No. __ Change to: _____
9  _____
10 Reason for change:_____
11 Page No. __ Line No. __ Change to: _____
12 _____
13 Reason for change:_____
14 Page No. __ Line No. __ Change to: _____
15 _____
16 Reason for change:_____
17 Page No. __ Line No. __ Change to: _____
18 _____
19 Reason for change:_____
20 Page No. __ Line No. __ Change to: _____
21 _____
22 Reason for change: _____
23 SIGNATURE:_____DATE:_____
24        JOANNA VARGAS



Page 101

```
 1          DEPOSITION ERRATA SHEET
 2     Page No. __ Line No. __ Change to: _____
 3     _____
 4     Reason for change:_____
 5     Page No. __ Line No. __ Change to: _____
 6     _____
 7     Reason for change:_____
 8     Page No. __ Line No. __ Change to: _____
 9     _____
10     Reason for change:_____
11     Page No. __ Line No. __ Change to:_____
12     _____
13     Reason for change:_____
14     Page No. __ Line No. __ Change to: _____
15     _____
16     Reason for change:_____
17     Page No. __ Line No. __ Change to: _____
18     _____
19     Reason for change:_____
20     Page No. __ Line No. __ Change to: _____
21     _____
22     Reason for change: _____
23     SIGNATURE:_____DATE:_____
24               JOANNA VARGAS
```

