IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANNA VARGAS, | : | |
| Plaintiff | : | No. 1:16-cv-01657 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| PENN STATE HERSHEY MILTON S. HERSHEY MEDICAL CENTER, | : | |
| Defendant | : | |

## ORDER

**AND SO**, on this 18th day of May 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant Penn State Hershey Milton S. Hershey Medical Center's motion for partial summary judgment (Doc. No. 27), is **GRANTED**;

2. Entry of judgment in favor of Defendant and against Plaintiff on Plaintiff's negligent infliction of emotional distress claim will be deferred until the conclusion of this case; and

3. Defendant's Unopposed Motion to Reschedule Pretrial Conference (Doc. No. 32), is **GRANTED**, and the pretrial conference in this matter, currently scheduled for June 19, 2018, is **RESCHEDULED** to June 1, 2018 at 2:00 PM. Pretrial memoranda shall be filed at least seven days prior to the pretrial conference, in accordance with Local Rule 16.6.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania