# VARGAS DEFENDANT'S PRETRIAL MEMO

# EXHIBIT A

# Yale SCHOOL OF MEDICINE

## *Department of Internal Medicine*

**Section of Digestive Diseases**

LOREN LAINE, MD
*Professor of Medicine*
*Director, Clinical Research*
*Interim Chief, Section of Digestive Diseases*

PO Box 208019
New Haven CT 06520-8019
T 203 785-7312
F 203 785-7273
loren.laine@yale.edu

*courier*
The Anlyan Center (TAC)
Room S241
One Gilbert Street
New Haven CT 06519

Jonathan B. Stepanian
McQuaide Blasko, Attorneys at Law
1249 Cocoa Avenue   Suite 210
Hershey, PA 17033-2903

Re: Vargas v. Penn State Hershey

Dear Mr. Stepanian:

At your request I have reviewed the following materials related to this case:
1.     Plaintiff's Complaint;
2.     Records from Hershey Medical Center, including photographs taken during the patient's upper endoscopy and colonoscopy;
3.     Autopsy Report and Death Certificate;
4.     US Airways Incident Report;
5.     Medical records of Carolinas Medical Center;
6.     Medical records of Mecklenberg EMS;
7.     Records of York Pathology Associates;
8.     Deposition transcript of Charles Dye, MD;
9.     Deposition transcript of Daniel Lotner, MD;
10.    Deposition transcript of Simon Mucha, MD;
11.    Deposition transcript of Isabel Brea, MD;
12.    Deposition transcript of Amy Welch, MD;
13.    Deposition transcript of Robert Thomas, MD;
14.    Deposition transcript of Joanna Vargas;
15.    Deposition transcript of Pastor Philip Cappucio;
16.    Deposition transcript of Jerry Ray;
17.    Deposition transcript of Adam Vargas;
18.    Deposition transcript of David Vargas;
19.    Deposition transcript of Justin Vargas, Jr;.
20.    Deposition transcript of Justin Philip Vargas;
21.    Report and Supplemental Report of Neil Julie, MD.

Briefly, Mr. Vargas was a 68 year-old man who was visiting Pennsylvania from Florida when he began passing blood from his rectum early on the morning of December 2, 2014. He also became lightheaded. He presented to the Hershey Medical Center Emergency Department where he was found to be hypotensive (his blood pressure was decreased). He received intravenous fluids which normalized his blood pressure within approximately an hour. The Hershey Medical Center records indicate that Mr. Vargas had a history of diverticular



bleeding approximately 6-8 years earlier.  In addition, he had been taking large doses of nonsteroidal anti-inflammatory drugs for hip pain in the week before he developed bleeding.

Mr. Vargas was admitted to the hospital the morning of December 2, 2014 and was seen in consultation by the gastroenterology service.  He underwent upper gastrointestinal endoscopy and colonoscopy the afternoon of December 2, 2014. Clean-based stomach ulcers were seen on the upper endoscopy and diverticula were seen on the colonoscopy.  No blood or stigmata of hemorrhage were seen on either examination.  The patient had no symptoms or signs of bleeding after presentation to the hospital and his vital signs remained normal after admission. His hemoglobin equilibrated after admission, with the last value of 8.5 g/dl prior to discharge demonstrating stabilization.  The patient was discharged just after noon on December 3, 2014.  The discharge summary, signed on the afternoon of December 3, 2014, states that the patient had a flight to catch and despite the medical team's concern for rebleeding the patient insisted on leaving.  The gastroenterology note from December 3, 2014 indicates that gastric ulcers were the likely source of bleeding, but also mentions diverticula and hemorrhoids as other findings that were identified but not bleeding at colonoscopy.  This note also indicated there was low likelihood for rebleeding.

That night, while on a plane flight from Philadelphia to Florida, Mr. Vargas developed rectal bleeding, weakness, and dizziness. The plane was diverted to Charlotte and paramedics met the plane on arrival.  The paramedic report indicates that Mr. Vargas was found to have decreased breathing with a weak and slow pulse. He subsequently lost his pulses and resuscitation efforts were performed by paramedics.  With these efforts he had recovery of spontaneous circulation and was transported to Carolinas Medical Center. On presentation he was unresponsive with occasional spontaneous breathing and faint pulses. However, he again arrested and resuscitation efforts were unsuccessful. An autopsy report indicates that the colon was the site of bleeding and concluded the bleeding was diverticular in origin.

Dr. Julie, the plaintiff's gastroenterology expert, stated that since the gastrointestinal procedures did not render a clear diagnosis, Mr. Vargas should have been kept in the hospital for a period of several days for observation. In addition, he stated that if Mr. Vargas insisted on leaving the Medical Center the physicians had an obligation to explain to Mr. Vargas, especially since they were aware of his plans to fly, that his risks were so serious that he could only leave with the understanding that it must be Against Medical Advice. Further, Dr. Julie states that the autopsy findings confirm that gastric ulcers were a complete

misdiagnosis, and that the absence of stigmata of recent hemorrhage was overlooked evidence that informed the treaters that bleeding gastric ulcer was an incorrect diagnosis.  In his addendum Dr. Julie indicates the misdiagnosis resulted in an incorrect assumption as to the risk of rebleeding.  Further he suggests that expansion of intestinal gas by 25% at 8000 feet logically can increase bleeding risk in patients with intestinal weakness like diverticulitis or ulcers.  He states that it was not within standard of care to prematurely discharge Mr. Vargas, particularly when providers knew boarding a flight greatly enhanced the risk.

My review leads me to the conclusion that the care provided at Hershey Medical Center was appropriate and within the standard of care. Below, I summarize the general areas in which Dr. Julie was critical of the care at Hershey Medical Center and the reasons I believe the care was within the standard of care.

***Treaters should have known bleeding gastric ulcer was an incorrect diagnosis.***
Concluding that gastric ulcers were a likely source of bleeding was within the standard of care.  Patients such as Mr. Vargas who present with blood from the rectum along with hypotension may be bleeding from anywhere along the length of the gastrointestinal tract, from the esophagus or stomach down to the colon. Mr. Vargas' report of a recent upset stomach mentioned in the December 2nd gastroenterology consult note also can be consistent with ulcer disease.  Dr. Julie states that the absence of stigmata of hemorrhage should have informed the treaters that bleeding gastric ulcer was an incorrect diagnosis.  However, this is not correct.  A clean-based ulcer is the most common finding among patients hospitalized with bleeding ulcers.

Diverticular bleeding also would be considered in Mr. Vargas, and the medical records indicate it was in the differential diagnosis.  Diverticula are an extremely common finding in anyone of Mr. Vargas' age who undergoes a colonoscopy for any reason--expected in approximately half of such patients.  No stigmata of hemorrhage were associated with Mr. Vargas' diverticula.  The lack of stigmata of hemorrhage or blood does not rule out diverticula as a cause of bleeding and is common in patients with diverticular bleeding. But the lack of stigmata or bleeding also would prevent providers from making a definitive diagnosis of diverticular bleeding during the hospitalization.

At the time of Mr. Vargas' discharge, based on his presentation and hospital course, no one could be certain whether ulcers or diverticula were the cause of his gastrointestinal bleeding.  Providers would be within the standard of care

whether they concluded that ulcers or diverticula were the likely cause of Mr. Vargas' bleeding.

***The misdiagnosis resulted in an incorrect assumption as to the risk of rebleeding and Mr. Vargas should have been kept in the hospital for a period of several days for observation.***

The standard of care for patients with clean-based gastric ulcers who have stopped bleeding and are otherwise stable is to discharge them home due to the very low likelihood of serious recurrent bleeding.  Dr. Julie indicates Mr. Vargas should have remained in the hospital for several more days. Given that diverticular bleeding was the other possible diagnosis, this implies that Dr. Julie believes that there is a high risk of rebleeding from diverticula.  However, this is not correct.  Virtually no patients whose diverticular bleeding has stopped have recurrent bleeding within several days.  Even at one year, rebleeding rates are low:  e.g., 4-5%.  Thus, whether due to a clean-based gastric ulcer or diverticula without stigmata of hemorrhage, the risk of serious recurrent bleeding in the next several days was very low.  At the time of discharge, I would have estimated the risk of serious recurrent bleeding within the next day or two at probably less than 1%, with the risk of a rapidly exsanguinating hemorrhage being much less.

***Taking a plane flight increased the rebleeding risk for Mr. Vargas due to expansion of intestinal gas by 25%.***

Dr. Julie cites a 2003 Aerospace Medical Association guideline to support his contention that the bleeding risk was increased for Mr. Vargas due to the plane flight.  That document indicates that cabin altitude on most flights is between 5000 and 8000 feet.  In the section on Surgical Conditions, the document states that intestinal gas will expand by 25% at 8000 feet and that air travel should be discouraged for 1-2 weeks after abdominal surgery due to post-operative ileus and the potential risk of tearing of sutures and post-operative bleeding from ulcers or suture sites.  The document also suggests delaying flight for 24 hours after colonoscopy with polypectomy due to the large amount of gas that may be present immediately after colonoscopy.  Neither of these situations applies to Mr. Vargas.  He did not have abdominal surgery and he did not have a polypectomy-- and in any event his colonoscopy was more than 24 hours before his flight.

Furthermore, proper guidelines base their recommendations on evidence, but no reference is provided to support these statements in the guideline.  I know of no good evidence and no evidence-based recommendations that indicate that flying will increase the risk of recurrent bleeding. When we perform endoscopy on patients with gastrointestinal bleeding we rapidly expand the volume of air within the stomach (on upper endoscopy) or colon (on colonoscopy) by more than 25%

and I have no experience or knowledge that this increases the risk of bleeding. Furthermore, I performed a MEDLINE literature search using the medical subject heading terms of "air travel" and "gastrointestinal hemorrhage" and found no articles.

When discussing the risk of air travel in his report, Dr. Julie also mentions diverticulitis, presumably because diverticulitis is mentioned in the last paragraph of the final summary of the autopsy report. However, it is quite clear that the patient did not have diverticulitis, which is a disorder with acute inflammation around a diverticulum (diverticula are outpouchings in the intestinal wall). Mr. Vargas had no symptoms, signs, or laboratory findings consistent with diverticulitis during hospitalization. In addition, he had an abdominal CT scan (the most sensitive test for diverticulitis) which did not show evidence of diverticulitis. Finally, the autopsy did not report any gross or microscopic findings indicative of diverticulitis. The final pathologic diagnosis of the autopsy report mentions only diverticulosis and diverticular hemorrhage, the internal gross examination does not identify evidence of diverticulitis, and the microscopic examination does not mention evidence of inflammation. At his deposition, Dr. Thomas, the pathologist who performed the autopsy, confirmed that he could not recall any gross evidence of diverticulitis (no photographs were taken), and no microscopic evidence of acute inflammation was seen. Mild chronic inflammation, mentioned in the deposition but not the autopsy report, is not evidence of an episode of diverticulitis.

***Mr. Vargas should only have been allowed to leave with the understanding that is was against medical advice.***
It is widely accepted in medicine today that shared decision making should be incorporated in clinical practice to improve the quality of care. High-quality evidence is usually not available to inform medical decisions and in most cases, there is no one appropriate course of management. Rather, by providing patients information about the various options, including the benefits and risks of each option, providers and patients can work together to develop a management plan. An important point in development and implementation of guideline recommendations is that consideration of patient preferences is key in decisions on care. Thus, the standard of care would not require the providers to make the patient sign out against medical advice. Much more appropriate is discussion with the patient about issues, such as bleeding risk, timing of discharge, and desire to catch a flight, to allow the patient and his providers to consider the relevant factors and share in the decision. I felt the medical record and the deposition testimony gave evidence that such shared decision making occurred and met the standard of care.

The discharge summary, written at the time of hospitalization and before the patient's rebleeding episode, clearly indicate that factors such as the patient's desire to return home and the possibility of rebleeding were considered in reaching the decision that the patient would leave the hospital on December 3, 2014.

The deposition testimony of Dr. Simon Mucha (a hospitalist caring for Mr. Vargas on December 2, 2014) further illustrates the fact that issues of rebleeding were discussed by providers and Mr. Vargas when decisions about discharge were being made.  Dr. Mucha testified he told Mr. and Mrs. Vargas that the fact that he had a low likelihood of rebleeding doesn't mean a zero percent chance.  Dr. Mucha also testified that he told them he didn't know how a plane ride would affect the risk of bleeding and wasn't aware of any data regarding how much more or less likely it is that gastrointestinal bleeding occurs on a plane. He also testified that he told them that while he believed Mr. Vargas would be stable to leave the hospital assuming everything overnight remained stable, he would feel more comfortable if Mr. Vargas was in an environment where if the low chance that anything bad would happen that they could seek medical attention in a more expedited fashion.

Dr. Lotner (a hospitalist caring for Mr. Vargas on December 3, 2014) testified that Mr. Vargas was asking to be discharged on December 3rd.  When he spoke to Mr. Vargas that morning he did not want Mr. Vargas to leave but agreed that he could recheck his hemoglobin level and if it was stable or improved Mr. Vargas could potentially leave.  The repeat hemoglobin testing showed that the hemoglobin had stopped decreasing and the repeat hemoglobin was somewhat higher than the prior value.

Thus, the providers appropriately discussed the issues of rebleeding and considered the patient's preferences in reaching a shared decision regarding the time of discharge. I believe they acted reasonably in considering Mr. Vargas' diagnosis and his discharge from the hospital on December 3, 2014.

I hold all of the opinions to a reasonable degree of medical certainty.

Sincerely,

*Loren Laine*

Loren Laine, M.D

1

**CURRICULUM VITAE**                     December, 2016

**Personal Information**:

| | |
|---|---|
| Name: | Loren Laine, M.D. |

Business Address:    Section of Digestive Diseases
                     Yale School of Medicine
                     P.O. Box 208019
                     New Haven, CT 06520-8019
                     (Location: 15 York St. LMP 1080
                     New Haven, CT 06510)

Telephone:           203-937-3462
FAX:                 203-785-7273 (Yale)
email:               LOREN.LAINE@YALE.EDU

Date of Birth:             December 1, 1954
Place of Birth:            Los Angeles, California
Citizenship:               U.S.A.
Gender:                    Male

**Education/Training**:

College:             Pomona College, Claremont, California
                     B.A.  Chemistry-Zoology (Magna cum laude) 1975

Medical School:      UCLA School of Medicine, Los Angeles, CA
                     M.D.   1979

Internship:          UCLA - Los Angeles, California
                     Medicine  1979 to 1980

Residency:           UCLA  - Los Angeles, California
                     Medicine  1980 to 1982

Fellowship:          UCSD - San Diego, California
                     Gastroenterology  1982 to 1984

**Professional Positions**:

Chair, Fecal Microbiota Transplantation National Registry Steering
Committee (NIAID R24 AI118629) August 2016 to July 2021

Associate Director, Clinical-Translational Core
Yale Digestive Disease Center (NIDDK P30 DK34989)
2013 to present

Professor of Medicine (Digestive Diseases)
Director of Clinical Research

2

Yale University School of Medicine
2011 to present

Chief of Staff/President of Medical Staff Association
L.A. County + U.S.C. Healthcare Network
2010 to 2011

Associate Chair, Department of Medicine
USC School of Medicine, Los Angeles, California
2009 to 2011

Professor of Medicine
USC School of Medicine, Los Angeles, California
1994 to 2011

Chief, Gastroenterology Section
L.A. County + USC Medical Center, Los Angeles, California
1994 to 2011

Associate Director
Division of Gastrointestinal and Liver Diseases
USC School of Medicine
1992 to 2011

Director of Endoscopy
Division of Gastrointestinal and Liver Diseases
USC School of Medicine
1990 to 2011

Associate Professor of Medicine
USC School of Medicine
1991 to 1994

Assistant Professor of Medicine
USC School of Medicine
1985 to 1991

Assistant Professor of Clinical Medicine
USC School of Medicine
1984 to 1985

**Certification**:      National Board of Medical Examiners  1980
Internal Medicine (American Board of Internal Medicine 1982)
Gastroenterology (American Board of Internal Medicine 1985)

**Honors and Awards**:Alpha Omega Alpha
Phi Beta Kappa
Crozier Lectureship, Lahey Clinic, Dept. of Medicine and GI Division,
    September 17-18,1998

3

      Dr. Norman Frankel Visiting Scholar Award.  University of Chicago. GI
         Division. November 30, 2000
      American College of Gastroenterology Governors Award for Excellence in
         Clinical Research, 2000
      Frederick F. Paustian, M.D. Lectureship. University of Nebraska Dept. of
         Medicine and GI Division. April 4-5, 2002
      AGA Fitterman Foundation Clinical Research in Gastroenterology Award,
         2002
      American College of Gastroenterolgy Baker Presidential Lectureship
         2003
      American Gastroenterological Association John Walsh Memorial
         Lectureship, 2004
      South African Gastroenterology Society Solly Marks Lectureship 2008
      American Journal of Gastroenterology Lectureship, 2009
      American Gastoenterological Association Don Powell Lectureship, 2011
      Canadian Association of Gastroenterology R.D. McKenna Memorial
         Lectureship, 2011
      Goyal Family Visiting Professorship, Boston VA Healthcare System,
         Harvard Medical School.  April 12-13, 2011
      Charles A. Flood Memorial Lectureship.  Columbia and Cornell
         Universities.  December 1, 2012.
      Ken and Louise Rosenberg Visiting Professorship, GI Division, Brigham &
         Women's Hospital, Harvard Medical School, April 25, 2013
      Barbara Frank Visiting Professorship, Dept. of Medicine.  Drexel
         University School of Medicine.  October 30, 2013
      Frederick and Irene Stare Visiting Professorship.  Dept. of Medicine.
         Newton-Wellesley Hospital, Harvard and Tufts Medical School,
         November 12-13, 2013
      Fellow, Royal College of Physicians, 2013
      Howard Spiro Teaching Award, Yale School of Medicine, 2014

**Membership -- Medical and Scientific Societies**:
      American Gastroenterological Association Fellow
      American Society for Gastrointestinal Endoscopy
      Fellow of the American College of Gastroenterology
      Fellow of the American College of Physicians
      Fellow of the Royal College of Physicians

**Service to Professional Organizations:**
      **American Gastroenterological Association**
      *Officer*
      Chair of Nominating Committee 2014
      Chair 2013-2014
      President 2012-2013
      President-Elect 2011-2012
      Vice-President 2010-2011
      Governing Board 2000-2002, 2003-2006, 2010-14
      Leadership Cabinet, 2004-2006, 2010-2014
      Digestive Disease Week Council, 2003-2006, 2011-2013
      Chair, American Gastroenterological Association Council, 2003-2006

4

Chair-Elect, American Gastroenterological Association Council, 2002-2003
American Gastroenterological Association Council 1995-2006
Vice-Chairman (1999-2000) and Chairman (2000-2002) Clinical Practice Section
Chair (2001) of Nominating Committee, Esophageal, Gastric, and Duodenal Disorders
    Section
Vice-Chairman (1995-97) and Chairman (1997-99), Esophageal, Gastric, and Duodenal
    Disorders Section

*Other Service*
AGA Research Advocacy Subcommittee, 2015-
Chair, AGA Annual Clinical Congress, January 22-24, 2015
Executive Board, Center for Diagnostics and Therapeutics 2014-
Scientific Advisory Board, Center for Gut Microbiome Research and Education 2012-
Audit Committee 2014-2015
Nominating Committee, 2013, 2014
Appointments Committee, 2012-13
Finance Committee 2010-14
Registry Executive Management Board 2010-11
Abstract Reviewer:  Esophageal, Gastric, and Duodenal Disorders Section (NSAIDs)
    2009-12
Foundation for Digestive Health and Nutrition, Regional Board Member, 2009 - 2011
Task Force on AGA Council, 2007-08, 2010-11
Guideline Development Task Force 2006-7, 2011
Education and Training Committee, 2003-6
Nominating Committee, Esophageal, Gastric, and Duodenal Disorders Section, 2001-3
American Digestive Health Foundation, Development Committee 1999-2001
Clinical Practice Committee 1996-99
Research Task Force   1998
Nominating Committee 1996-97
American Digestive Health Foundation Digestive Health Initiative Scientific Advisor
    1994-97
Undergraduate Teaching Project, Helicobacter Pylori Section Author. 1995-96
Director, American Gastroenterological Association Annual Postgraduate Course
    May 13-14, 1995
Chairman, Helicobacter pylori Section, Annual Scientific Meeting   May 1994
American Gastroenterological Association Fellow

**American Board of Internal Medicine**
Gastroenterology Subspecialty Board  1997-2003

**Accreditation Council for Graduate Medical Education**
Reviewer of Gastroenterology Training Programs  1994-99

**American Federation of Clinical Research (Western Section)**
GI Section Abstract Reviewer, Annual Meeting, Carmel, CA   February 1995
President, Western Gut Club (American Federation of Clinical Research (Western
    Section)) 1994
Steering Committee, Western Gut Club, 1992-1994
GI Section Abstract Reviewer, Annual Meeting, Carmel, CA   February 1993
GI Section Moderator and Abstract Reviewer, Annual Meeting, Carmel, CA.  February,

5

1991

***American Society for Gastrointestinal Endoscopy***
Co-Director, 3rd National Gastroenterology Program Directors Workshop, February 1991
Budget & Financial Planning Committee. 1993 to 1995
Scientific Program Committee.  1992 to 1993
Technology Assessment Committee.  1989 to 1992

***American College of Gastroenterology***
American College of Cardiology Foundation/American College of
    Gastroenterology/American Heart Association Expert Panel and Writing Group,
    Proton Pump Inhibitors and Thienopyridines, 2010
Research Committee, American College of Gastroenterology   1991 to 1993
Agency for Health Care Policy and Research American College of Gastroenterology
    Representative 1992
Editor, American College of Gastroenterology Educational Audio Tape Program
    (Stomach and Duodenum)  1990
Fellow American College of Gastroenterology

***American College of Radiology***
Expert Panel on Gastrointestinal Imaging.  1997 to 2005

***Southern California Society of Gastrointestinal Endoscopy***
Program Chairman, 1988-1989
Treasurer, 1989-1990
President-elect, 1991
President, 1992


**Federal Government or Foundation Service:  Grant Review, Advisor**:
National Commission on Digestive Diseases (NIDDK) 2006-2007
External Advisory Board:  NIH Digestive Disease Center—University of Virginia, 2004-2008
Chair, DSMB for NIH-DK R01-Grant 49527
NIDDK Ad Hoc Grant Reviewer
Veteran's Administration Ad Hoc Grant Reviewer
Bill and Melinda Gates Foundation Ad Hoc Grant Reviewer
Hong Kong Research Grants Council Ad Hoc Grant Reviewer
Agency for Healthcare Research and Quality Effective Healthcare Program:  Technical Expert
    Panel for Comparative Effectiveness Review "Comparative Effectiveness and Safety of
    Analgesics for Osteoarthritis".  2010-2011
Food and Drug Administration:  Gastrointestinal Drugs Advisory Committee, 1996-2001;
    Anti-Infective Division Advisor (H. pylori), 1995-2000;
    Advisor (Special Government Employee): 1995-present
Chinese University of Hong Kong Doctoral Board of Examiners (Ad hoc: Dr. Francis Chan,
    Dr. Joseph Sung)


**Editorial Staff -- Scientific Journals**:
Associate Editor, Gastroenterology, 2002 - 2006
Associate Editor, Gastrointestinal Endoscopy, 1992 to 1997

6

Editorial Board, Clinical Gastroenterology and Hepatology, 2003 to 2006
Editorial Board, Evidence-Based Gastroenterology, 2000 to 2009
Editorial Board, American Journal of Medicine, 1996 to 2009
Editorial Board, American Journal of Gastroenterology, 1997 to 2004
Editorial Board, Digestive Diseases, 1993 to 2003
Editorial Board, Alimentary Pharmacology and Therapeutics, 1994 to 2002, 2004 to present
Editorial Board, Journal of Clinical Gastroenterology, 2014 to present
Guest Editor, Alimentary Pharmacology & Therapeutics. Management of Helicobacter pylori
    infection.  1997;11 (Suppl 1):1-116.
Gastroenterology, "Selected Summaries" Section, 1990 - 1993

**Reviewer -- Scientific Journals**:
New England Journal of Medicine
Annals of Internal Medicine
JAMA
Lancet
American College of Physicians Journal Club
American Journal of Medicine
Gastroenterology
Clinical Gastroenterology and Hepatology
Digestive Diseases and Sciences
Gastrointestinal Endoscopy
Hepatology
Gut
American Journal of Gastroenterology
Alimentary Pharmacology and Therapeutics
Endoscopy
Journal of Clinical Gastroenterology
Digestive Diseases
Journal of Clinical Oncology
Journal of Intensive Care Medicine
Quarterly Journal of Medicine
United European Gastroenterology Journal

**Visiting Professorships and Invited Lectures -- Medical Schools/Institutions**:
UCSF School of Medicine, Division of Gastroenterology. June 29, 1988
UCSD School of Medicine, Division of Gastroenterology. July 26-27, 1988
University of Arizona, Division of Gastroenterology.  December 14, 1988
Indiana University, Division of Gastroenterology.   March 28, 1989
UCSD School of Medicine, Division of Gastroenterology.  June 14, 1989
UCSF School of Medicine, Division of Gastroenterology.  June 21, 1989
Loma Linda University School of Medicine (Riverside General Hospital).  May 10, 1989
Harbor-UCLA Medical Center, Department of Medicine.  August 15, 1989
UC Irvine (Long Beach VA), Department of Medicine.  September 15, 1989
North Shore University Medical Center (Cornell University), GI Division. November 2, 1989
Kansas University, Division of Gastroenterology.  January 11, 1990
University of Missouri at Kansas City, Division of Gastroenterology.   January 12, 1990
Baylor College of Medicine, Division of Gastroenterology.  January 25, 1990
National Hospital of Uruguay, Division of Gastroenterology.  March 19, 1990

7

University of Argentina Medical School, Buenos Aires, GI Division.   March 21, 1990
Vanderbilt University, Department of Surgery.   June 2, 1990
UCSF School of Medicine, Dept. of Medicine and GI Division.   August 22-23, 1990
Oregon Health Sciences University, Division of Gastroenterology.   November 20, 1990
University of Pittsburgh School of Medicine, Division of Gastroenterology.  June 14, 1991
University of Colorado School of Medicine, Division of Gastroenterology. August 23,1991
Johns Hopkins School of Medicine, Division of Gastroenterology.  October 11, 1991
Columbia University School of Medicine, Division of Gastroenterology.  December 2,1991
Mt. Sinai School of Medicine, Dept. of Medicine and GI Division. December 3, 1991
SUNY (Downstate) School of Medicine, Division of Digestive Diseases.   March 4, 1992
University of Washington, Division of Gastroenterology.   September 11, 1992
Stanford Univ. School of Medicine, Dept. of Medicine and GI Division.  October 8-9, 1992
Walter Reed Hospital.  Department of Medicine.   October 16, 1992
Medical College of Virginia, Dept. of Medicine and GI Division.   October 22, 1992.
McMaster University School of Medicine, Dept. of Medicine.  November 10-12, 1992
UCSF School of Medicine, Division of Gastroenterology.   December 8-9, 1992
Oregon Health Sciences University, Dept. of Medicine and GI Division.  January 26, 1993
Univ. of Alabama, Birmingham, Dept. of Medicine and GI Division. February 17-18, 1993
University of Michigan, Division of Gastroenterology.    March 23, 1993
Henry Ford Hospital, Division of Gastroenterology.    March 22-23, 1993
Albert Einstein College of Medicine, Division of Gastroenterology.    March 25, 1993
SUNY (Downstate) School of Medicine, Division of Digestive Diseases.     April 23, 1993
Mt. Sinai School of Medicine, Division of Gastroenterology.     April 23, 1993
Robert Wood Johnson Medical School, Division of Gastroenterology.    April 24, 1993
UC Davis School of Medicine, Dept. of Medicine and GI Division.    November 11, 1993
UCSF School of Medicine, Division of Gastroenterology.   October 1-2, 1993
University of Connecticut School of Medicine, GI Division.   October 6-7, 1993
Cleveland Clinic, Department of Medicine and GI Division.     November 17-18, 1993
University of Texas, San Antonio, Division of Gastroenterology.  December 9, 1993
Cornell University School of Medicine, Department of Medicine.     January 13, 1994
University of Arizona School of Medicine, Division of Gastroenterology.     April 23, 1994
Kansas University School of Medicine, Division of Gastroenterology.     April 26, 1994
Univ. of Minnesota School of Medicine, GI Division and Dept. of Surgery. June 17-18, 1994
Wayne State University School of Medicine, GI Division.   September 9-11, 1994
Phoenix V.A.M.C., Division of Gastroenterology.     November 8, 1994
University of Virginia, Department of Medicine and GI Division.    January 11-12, 1995
Utrecht University, Department of Gastroenterology.     November 8, 1994.
University of Florida, Jacksonville, Dept. of Medicine and GI Division.   February 28, 1995
Columbia University School of Medicine, Division of Gastroenterology.     May 1, 1995
University of Washington, Division of Gastroenterology.     July 14, 1995
Mayo Clinic, Division of Gastroenterology.   October 11-12, 1995
Yale and Affiliated Gastroenterology Programs.  October 30-31, 1995
University of Utah, Division of Gastroenterology.     January 11-12, 1996
University of Calgary, Division of Gastroenterology.   January 27, 1996
Tulane School of Medicine, Division of Gastroenterology.    May 31, 1996
University of Chicago School of Medicine, Division of Gastroenterology.   June 12, 1996
University of Illinois at Chicago, Section of Digestive and Liver Diseases. June 12-13,1996.
University of Missouri, Department of Medicine and GI Division.     September 5, 1996
University of New Mexico, Division of Gastroenterology.     October 11, 1996

8

Oregon Health Sciences University, Dept. of Medicine and GI Division. October 15, 1996
University of North Carolina, Dept. of Medicine and GI Division.  January 15-16, 1996
Albert Einstein College of Medicine, Division of Gastroenterology.    April 3, 1997
University of Michigan School of Medicine, Dept. of Medicine.  May 21-23, 1997
University of Cincinnati School of Medicine, Division of Digestive Diseases. June 3-4, 1997
Johns Hopkins School of Medicine, Division of Gastroenterology.  September 4, 1997.
UCSF School of Medicine, Division of Gastroenterology.  January 6-7, 1998
University of Michigan School of Medicine, Division of Gastroenterology.  March 28, 1998.
Harbor-UCLA Medical Center, Dept. of Medicine, Division of Gastroenterology.  July 28, 1998
UCSF School of Medicine, Divisions of Gastroenterology, Rheumatology.  August 11-12, 1998
Lahey Clinic, Dept. of Medicine (Crozier Lectureship) and GI Division, September 17-18,1998
University of Arizona, Division of Gastroenterology, December 15-16, 1998
University of Pittsburgh, Dept. of Medicine, GI, Rheumatology Divisions.   January 21-22, 1999
University of Arkansas, Dept. of Medicine, GI Division, March 11, 1999
Oregon Health Sciences University, GI Division, April 7-8, 1999
University of Manitoba GI Forum, June 4, 1999
University of Washington.  GI Division.  October 1, 1999
Vanderbilt University.  Dept of Medicine and GI Division.  January 19-20, 2000.
Bethesda Naval Medical Center.  Dept. of Medicine and GI Division.  April 26-27, 2000
University of Minnesota.  Dept. of Medicine and GI Division.  May 31-June 1, 2000.
Jefferson Medical College.  GI Division.  September 13, 2000.
Brigham and Women's Hospital.  GI Division.  October 4, 2000.
Massachusetts General Hospital.  Dept. of Medicine (Grand Rounds). October 5, 2000
University of Chicago. GI Division (Dr. Norman Frankel Visiting Scholar).  November 30, 2000
University of Tennessee, Memphis.  GI Division.  January 8, 2001
University of Virginia.  Dept. of Medicine and GI Division.  March 5-6, 2001
University of Miami.  Division of Hepatology.  March 29-31, 2001
University of Nebraska Dept. of Medicine and GI Division (Paustian Lectureship) April 4-5, 2002
University of California, Davis.  GI Division.  September 10, 2002
St. Louis University.  GI/Liver Division.  October 10-11, 2002
Northwestern University.  GI Division, Dept. of Medicine (Grand Rounds).  November 7-9, 2002
University of North Carolina.  GI Division.  February 25-26, 2003.
Brooke Army Medical Center.  GI Division.  March 25, 2003.
Kansas University.  Dept. of Medicine (Grand Rounds) and GI Division.  June 10-11, 2003.
Pittsburgh University.  Dept. of Medicine (Grand Rounds) and GI Division. November 1-2, 2003.
Duke University.  GI Division.  April 28-29, 2004.
University of North Carolina.  April 30, 2004
Oregon Health Sciences University.  GI Division.  May 28, 2004
UCSD.  GI Division.  June 1, 2004
University of Florida.  Dept. of Medicine (Grand Rounds) and GI Division.  June 16-17, 2004
University of Connecticut.  GI Division.  March 9, 2005
Mayo Clinic Florida.  GI Division.  June 1-2, 2005
Columbia University.  GI Division.  June 6, 2005
Cornell University.  GI Division.  June 7, 2005.
University of Pennsylvania Dept. of Medicine (Grand Rounds); GI Division.  Sept. 13-14, 2005
University of Washington.  GI Division.  September 29-30, 2005
Washington University, GI Division.  January 23-24, 2006.
UMDNJ, Dept. of Medicine (Grand Rounds) and GI Division.  June 6, 2006
University of Colorado GI Division.  November 2-3, 2006

9

Einstein Medical Center, Philadelphia. Dept. of Medicine (Gr Rds), GI Division. March 28, 2007
Rochester University School of Medicine.  GI Division, September 18-19, 2007
University Texas San Antonio, GI Division, November 1, 2007
Brooke Army Medical Center, GI Division, November 1-2, 2007
UCSD, GI Division, January 15, 2008
University of Chicago, Dept. of Medicine (Grand Rounds), GI Division, March 24-25, 2008
University of Illinois, Chicago, GI Division, March 26, 2008
State University of New York, Downstate, GI Division, April 23, 2008
Cedars-Sinai Medical Center, GI Division, September 25, 2008
Mt. Sinai School of Medicine, GI Division, May 1, 2009.
UCLA David Geffen School of Medicine, GI Division, September 17-18, 2009.
University of Manitoba GI Forum, GI Division.  June 11, 2010
Northwestern University.  GI Division.  March 16-17, 2011
Boston VA Healthcare System (Harvard Medical School). April 12-13, 2011
University of Connecticut. GI Division. May 25, 2011.
University of Pennsylvania, GI Division.  January 4-5, 2012.
Mayo Scottsdale.  GI Division and Dept. of Medicine.  February 2-3, 2012.
U.S.C. Medicine Review Course. Maui.  March 12-15, 2012.
Dartmouth, GI Division and Dept. of Medicine.  April 12-13, 2012
Temple University, GI Division and Dept. of Medicine.  April 25, 2012
SUNY Stonybrook, GI Division and Dept. of Medicine.  November 14, 2012
Columbia and Cornell, GI Divisions (Charles A. Flood Memorial Lecture).  December 1, 2012.
Brigham & Women's Hospital, Harvard Medical School. GI Division. April 25, 2013.
Columbia University.  GI Division.  April 29, 2013.
Vanderbilt University.  GI Division.  September 27, 2013.
Drexel University.  Dept. of Medicine (Barbara Frank Visiting Professorship). October 30, 2013.
Newton-Wellesley Hospital, Harvard and Tufts Medical School.  Dept. of Medicine.  (Frederick
    and Irene Stare Visiting Professorship).   November 12-13, 2013.
Raymond and Mortimer Sackler Lecture. Norwalk Hospital Medical Gr Rds. November 14, 2013
Icahn School of Medicine at Mt. Sinai.  GI Division. February 6-7, 2014.
NYU School of Medicine. Dept. of Medicine.  March 25-26, 2014.
Oregon Health Sciences University.  GI Division and Dept. of Medicine.  July 21-22, 2014
University of Kentucky.  GI Division.  November 20-21, 2014
Patrick Calabrese Memorial Lecture, Bridgeport Hospital Medical Gr Rounds. March, 12, 2015
Northwestern University. GI Division and Dept. of Medicine.  April 27-28, 2015.
Jefferson Medical College. GI Division.  June 17, 2015.
New York Medical College. GI Division and Dept. of Medicine.  May 4, 2016
University of Connecticut. GI Division. October 26, 2016.

**Invited Lectures -- Regional Societies**:
Orange County Gastroenterology Society.  October 6, 1987
Southern California GI Endoscopy Society Biennial Symposium.  March 4-6, 1988
San Diego Gastroenterology Society.  June 14, 1989
New Jersey State Gastroenterology Society.  November 2, 1989
Southern California GI Endoscopy Society Biennial Symposium.  February 24-25, 1990
Arkansas-Oklahoma Gastroenterology Society Annual Meeting.  June 22-23, 1990
Kentucky Medical Association Annual Meeting.  September 27, 1990
Kentucky Gastrointestinal Endoscopy Society Annual Meeting.  September 27, 1990
Atlanta Gastroenterology Society.  October 23, 1990

10

Phoenix Society of Gastroenterology.  June 27, 1991
New England Endoscopy Society.  October 9, 1991
New York Academy of Gastroenterology.  December 4, 1991
Southern California GI Endoscopy Society Biennial Symposium. Feb. 29-March 1,1992
Brooklyn Society of Gastroenterology.  March 4, 1992
Pacific Northwest Gastroenterology Society.  September 10, 1992
Virginia Gut Club.  October 22, 1992
New Jersey Society for Gastrointestinal Endoscopy.  March 2, 1993
Michigan Society for Gastrointestinal Endoscopy.  March 23, 1993
New Jersey Society of Gastroenterology Annual Meeting.  June 18, 1993
Sacramento Gut Club.  November 11, 1993
Kansas Gut Club.  April 26, 1994
Orange County Gastroenterology Society.  September 13, 1994
Cobb County (Georgia) Gut Club.  September 20, 1994
San Diego Gastroenterology Society.  January 26, 1995
Jacksonville Gastroenterology Society.  February 28, 1995
Orange County Gastroenterology Society.  March 13, 1995
Southern California Society for Gastroenterology Endoscopy.  March 27, 1995
Pacific Northwest Gut Club.  January 4, 1996
Delaware Valley  Society for Gastrointestinal Endoscopy Annual Meeting. April 24, 1996
New Orleans Gut Club.  April 30, 1996
Chicago Society of Gastroenterology.  June 12, 1996
Houston Gastroenterology Society.  September 12, 1996
New Mexico Society of Gastroenterology.  October 11, 1996
Long Island Gastroenterology Society.  September 24, 1997
Tennessee Society for Gastrointestinal Endoscopy (Annual Meeting).  October 25, 1997
Central Louisiana Gut Club.  March 26, 1998
Arkansas Gut Club.  March 11, 199
Hawaii Gut Club.  March 16, 1999
Utah Gut Club.  July 10, 1999
New England Endoscopy Society.  October 4, 2000
Nebraska Gut Club.  April 4, 2002
Sacramento Gut Club.  September 9, 2002
San Diego GI Society.  June 1, 2004
Jacksonville Gut Club.  June 1, 2005
Pacific Northwest GI Society.  September 29, 2005
Rochester Gut Club.  September 18, 2007.
Phoenix Society of Gastroenterology. February 21, 2008.
North Carolina Society of Gastroenterology Annual Meeting. February 19, 2011
Phoenix Society of Gastroenterology.  Feburary 3, 2012.
New York Society of Gastrointestinal Endoscopy. December 20, 2012.
Southern California Society of Gastroenterology Post DDW Symposium.  June 29-30, 2013
Kentucky Bluegrass Gut Club.  November 20, 2014.
New York Society of Gastrointestinal Endoscopy. December 18, 2014.
New York Society of Gastrointestinal Endoscopy. December 17, 2015

**Invited Lectures -- National, International Scientific Meetings**:
American Society for Gastrointestinal Endoscopy Annual Postgraduate Course.
Los Angeles.  February 4, 1989

11

National Institutes of Health, Consensus Development Conference on Therapeutic Endoscopy and Bleeding Ulcers.  March 6-8, 1989

American College of Gastroenterology Annual Meeting. New Orleans. Oct. 24, 1989

Argentine Society of Gastroenterology Annual Symposium.  March 14-16, 1990

American Society for Gastrointestinal Endoscopy Annual Postgraduate Course. San Antonio.  May 17-18, 1990

National Institutes of Health, Ninth AIDS Clinical Trials Conference.  July 10-13, 1990

Singapore Gastroenterology Society Annual Scientific Meeting.  December 2, 1990

Hong Kong Society of Gastroenterology Digestive Disease Meeting.  Dec. 6-9, 1990

American Society for Gastrointestinal Endoscopy Annual Postgraduate Course. New Orleans.  May 23-24, 1991

American Academy of Family Physicians Annual Assembly.  Washington, D.C. September 28, 1991

American College of Gastroenterology Regional Symposium, Dallas.  Dec. 7, 1991

American Society for Gastrointestinal Endoscopy Annual Postgraduate Course. Washington, D.C. January 24-26, 1992

American Society for Gastrointestinal Endoscopy Annual Scientific Meeting. San Francisco, CA.  May 11-12, 1992

American Society for Gastrointestinal Endoscopy Annual Postgraduate Course. San Francisco, CA.  May 13-14, 1992

American Gastroenterological Association Postgraduate Course.  San Francisco, CA. September 17-19, 1992.

American Academy of Family Physicians Annual Assembly. San Diego, CA October 17, 1992.

American College of Gastroenterology Annual Postgraduate Course.  Miami, Fl. October 24-25, 1992

American Society for Gastrointestinal Endoscopy Annual Postgraduate Course. La Jolla, CA.  February 5-7, 1993

International Congress on the impact of HIV infection on the gastrointestinal tract. Bologna, Italy.  March 5-6, 1993

American Society for Gastrointestinal Endoscopy Annual Scientific Meeting.

12

Boston, MA.  May 19, 1993

American Gastroenterological Association Annual Scientific Meeting. Boston.  May 18, 1993

Annual Congress of the Venezuelan Society of Gastroenterology.
Caracas, Venezuela.  September 7-11, 1993

American Association for the Study of Liver Diseases Annual Postgraduate Course.
Chicago, IL.  November 4-5, 1993

Mexican Society of Gastrointestinal Endoscopy.  Mexico City.  February 2-4, 1994

Fifth Taisho International Symposium on Gastroenterology.  Hakone, Japan.  April 6-7, 1994.

American Gastroenterological Association Annual Scientific Meeting.
New Orleans, LA.  May 15-18, 1994

American Society for Gastrointestinal Endoscopy Annual Postgraduate Course.
New Orleans, LA  May 19-20, 1994.

American Academy of Family Physicians Annual Assembly.  Boston.  Sept. 21, 1994.

American College of Gastroenterology Annual Postgraduate Course.  San Francisco, CA.
September 30, 1994.

World Congress of Gastroenterology, Los Angeles, CA.  October 2-7, 1994

American Association for the Study of Liver Diseases Annual Scientific Meeting.
Workshop Director.  November 15, 1994.

Fifth Erasmus Gastroenterology Day, Erasmus University, Rotterdam.   January 20, 1995

American College of Gastroenterology Regional Postgraduate Course.
Las Vegas, NV.  March 26, 1995

American Gastroenterological Association Annual Postgraduate Course.
San Diego, CA.  May 13-14, 1995

American Gastroenterological Association Annual Scientific Meeting.
San Diego, CA  May 14-17, 1995

American Society of Gastrointestinal Endoscopy Annual Postgraduate Course.
San Diego, CA.  May 18-19, 1995.

American College of Gastroenterology Annual Meeting.  New York. October 18, 1995.

Canadian Association of Gastroenterology Annual Meeting, Banff.  March 7, 1996

British Society of Gastroenterology, Annual Spring Meeting, Brighton. March 21-22, 1996.

13

International Consensus Conference on Non-Variceal Upper GI Hemorrhage.
Milan April 17, 1996.

American Gastroenterological Association Annual Scientific Meeting.
San Francisco.  May 19-22, 1996.

American Society of Gastrointestinal Endoscopy Annual Postgraduate Course.
San Francisco.  May 23-24, 1996.

American Association for the Study of Liver Diseases, Single Topic Symposium, Portal
Hypertension -- Variceal Bleeding, Reston, VA.  June 23-24, 1996.

American College of Gastroenterology Annual Postgraduate Course.
Seattle.  October 19-20, 1996

International Workshop on Helicobacter Pylori.  Hong Kong.  December 1-2, 1996

International Workshop on Therapeutic Endoscopy.  Hong Kong.  December 3-5, 1996

American Society of Gastrointestinal Endoscopy Annual Winter Postgraduate Course.
New York City.  March 7-9, 1997

American Gastroenterological Association Annual Postgraduate Course.
Washington, D.C.  May 10-11, 1997

American Gastroenterological Association and American Society of Gastrointestinal Endoscopy
Annual Scientific Meetings.  Washington, D.C.  May 11-14, 1997

American Society of Gastrointestinal Endoscopy Annual Postgraduate Course.
Washington, D.C.  May 15-16, 1997

Asian Digestive Disease Week.  Hong Kong.  December 12-17, 1997.

American Gastroenterological Association Academic Skills Workshop.
San Diego.  January 15-18, 1998

American Gastroenterological Association Annual Scientific Meeting.  New Orleans, LA.
May 17-20, 1998

American Society of Gastrointestinal Endoscopy Annual Postgraduate Course.
New Orleans, LA.  May 21-22, 1998.

American College of Gastroenterology Annual Meeting: Program Chairman, GI Research:
Investigator, Industry, and FDA Perspectives.  Boston, MA  October 9, 1998.

Fifth International Meeting on Therapeutic Advances in Hepatogastroenterology.  Seville, Spain.
February 8-10, 1999

14

American Gastroenterological Association Annual Scientific Meeting.  Orlando, FL.
May 16-19, 1999

American Society of Gastrointestinal Endoscopy Annual Postgraduate Course.
Orlando, FL.  May 20-21, 1999

Pan American Gastroenterology Congress Postgraduate Course.  Vancouver.
August 31, 1999

American Society of Gastrointestinal Endsocopy Hands-On Endoscopy Course.  Cincinnati.
October 8-9, 1999

10th Taisho Helicobacter Pylori Forum.  Tokyo.  October 16, 1999

American College of Gastroenterology Annual Scientific Meeting.  Phoenix.  October 19,1999

3rd Baveno International Consensus Workshop on Portal Hypertension   Stresa, Italy.
April 12-14, 2000.

American Gastroenterological Association Annual Postgraduate Course.  San Diego, CA.  May
20-21, 2000.

American Gastroenterological Association Annual Scientific Meeting.  San Diego, CA.  May 21-
24, 2000.

American Society of Gastrointestinal Endoscopy Annual Postgraduate Course.  San Diego, CA.
May 25-26, 2000

European H. Pylori Study Group Annual Meeting.  Rome.  October 12-14, 2000.

American College of Gastroenterology Annual Meeting.  New York.  October 16-18, 2000.

American Gastroenterological Association Annual Postgraduate Course.  Atlanta.  May 19-20,
2001.

American Gastroenterological Association Annual Scientific Meeting.  Atlanta.  May 20-23, 2001

Argentine Congress of Gastroenterology and Digestive Endoscopy.  Mar del Plata.  September
22-25, 2001.

American Society of Gastrointestinal Endoscopy Postgraduate Course.  Las Vegas.  October
19, 2001.

University of Bologna Workshop in Upper and Lower Gastrointesinal Disease.  Bologna.
October 26-27, 2001.

American Gastroenterological Association Annual Postgraduate Course.  San Francisco.  May
18-19, 2002.

15

American Gastroenterological Association Annual Scientific Meeting.  San Francisco.  May 19-22, 2002

American Society of Gastrointestinal Endoscopy Postgraduate Course.  Seattle.  October 18, 2002

American College of Gastroenterology Annual Meeting.  Seattle.  October 22, 2002.

American Gastroenterological Association Annual Postgraduate Course.  Orlando.  May 17-18, 2003.

American Gastroenterological Association Annual Scientific Meeting.  Orlando.  May 18-21, 2003.

American Society of Gastrointestinal Endoscopy Annual Fall Postgraduate Course.  Baltimore.  October 10, 2003.

American College of Gastroenterology Annual Scientific Meeting.  Baker Presidential Lecture.  Baltimore.  October 15, 2003.

American College of Surgery Annual Scientific Meeting.  Chicago.  October 20, 2003.

American Gastroenterological Association Annual Meeting.  New Orleans.  May 15-18, 2004

NIH/AGA Symposium on Advanced Imaging and Technology in Gastrointesinal Neoplasia.  Bethesda.  October 4-5, 2004

American College of Gastroenterology Annual Scientific Meeting.  Orlando.  November 2, 2004

4th Baveno International Consensus Workshop on Portal Hypertension.  Baveno, Italy.  April 27-29, 2005

American Gastroenterological Association Annual Postgraduate Course.  Chicago.  May 14-15, 2005.

American Gastroenterological Association Annual Scientific Meeting.  Chicago.  May 15-18, 2005.

World Congress of Gastroenterology (Are Global Guidelines Feasible).  Montreal. September 12, 2005

United European GI Week (UEGW). (Best of DDW: Acid-Peptic Disorders and Endoscopy) Copenhagen.  October 18, 2005

American College of Gastroenterology Postgraduate Course.  Honolulu.  October 29-30, 2005

American College of Gastroenterology Annual Scientific Meeting. (Moderator, Speaker: Upper GI Bleeding)  Honolulu. October 31, 2005

16

American Gastroenterological Association Annual Postgraduate Course.  Los Angeles.  May 20-21, 2006.

American Gastroenterological Association Annual Scientific Meeting.  Los Angeles. May 21-24, 2006 (including State-of-the-Art Plenary Session Address).

American College of Gastroenterology Annual Postgraduate Course.  Las Vegas.  October 21-22, 2006.

First International Working Party on the Gastrointestinal and Cardiovascular Effects of NSAIDs and Anti-platelet Drugs.  Miami.  November 18-19, 2006

Canadian Association of Gastroenterology Annual Meeting: Consensus Conference on the Use of Cyclooxygenase-2 Inhibitors and Conventional NSAIDs Including Aspirin.  Banff, Alberta.  February 20-21, 2007.

American Gastroenterological Association Annual Postgraduate Course.  Washington, D.C.  May 19-20, 2007.

American Gastroenterological Association Annual Scientific Meeting.  Washington, D.C. May 20-23, 2007

American Association for the Study of Liver Diseases (AASLD) Single Topic Conference: Portal Hypertension and Variceal Bleeding: Unresolved Issues.  Atlanta.  June 4-6, 2007

American College of Gastroenterology Annual Postgraduate Course.  Philadelphia.  October 13-14, 2007.

American Gastroenterological Association Annual Postgraduate Course.  San Diego.  May 17-18, 2008.

American Gastroenterological Association Annual Scientific Meeting.  San Diego. May 18-21, 2008.

South African Gastroenterology Society Annual Congress and The Solly Marks Lecture.  Cape Town.  August 8-11, 2008.

American College of Gastroenterology Annual Postgraduate Course.  Orlando.  October 5-6, 2008.

International Consensus Conference on Nonvariceal Upper Gastrointestinal Bleeding.  Vienna, Austria.  October 22-24, 2008.

PanAmerican Congress of Gastroenterology.  Santiago, Chile.  November 11-14, 2008

American Gastroenterological Association Annual Postgraduate Course.  Chicago.  May 30-31, 2009.

17

American Gastroenterological Association Annual Scientific Meeting.  Chicago.  May 31-June 3, 2009.

American Society for Gastrointestinal Endoscopy First Year Fellows Course.  Oak Brook, IL.  August 1-2, 2009.

American College of Gastroenterology Annual Postgraduate Course.  San Diego.  October 24-25, 2009.

American Association for the Study of Liver Diseases Annual Postgraduate Course.  Boston.  October 30-31, 2010.

Keio Medical Society Meeting.  Tokyo.  November 18, 2010.

Japan & U.S. Collaboration Conference in Gastroenterology. Tokyo. November 19-20, 2010.

American Gastroenterological Association Clinical Congress.  Las Vegas.  January 15-16, 2010.

American Gastroenterological Association Annual Postgraduate Course.  New Orleans.  May 1-2, 2010.

American Gastroenterological Association Annual Scientific Meeting.  New Orleans.  May 2-5, 2010.

5th Baveno International Consensus Workshop on Portal Hypertension.  Stresa, Italy.  May 21-22, 2010

American Association for the Study of Liver Diseases-American Society for Gastrointestinal Endoscopy Annual Course (Co-Chair and Speaker).  Boston, October 29, 2010.

American Gastroenterological Association Annual Clinical Congress. Miami.  January 14-15, 2011

Canadian Digestive Disease Week, February 25-29, 2011. Vancouver.  (Canadian Association of Gastroenterology R.D. McKenna Memorial Lectureship)

La Asociación Española de Gastroenterologia (Spanish Gastroenterology Association) Annual Scientific Meeting.  Madrid.  March 24-25, 2011

American Gastroenterological Association Annual Scientific Meeting.  Chicago.  May 7-10, 2011.

American Gastroenterological Association Annual Postgraduate Course.  San Diego.  May 19-20, 2012.

American Gastroenterological Association Annual Scientific Meeting.  San Diego.  May 19-22, 2012.

18

Sociedad Española de Patología Digestiva (Spanish Society of Digestive Disease) Annual Meeting.  Bilbao.  June 2-5, 2012

American Gastroenterological Association Annual Clinical Congress. San Diego.  January 18-19, 2013.

2nd Gut Microbiota for Health World Summit.  Madrid, Spain.  February 24-26, 2013.

American Gastroenterological Association Annual Postgraduate Course.  Orlando.  May 18-19, 2013.

American Gastroenterological Association Annual Scientific Meeting.  Orlando.  May 18-21, 2013.

American Association for the Study of Liver Diseases (AASLD) and European Association for the Study of the Liver (EASL) Single Topic Conference: Portal Hypertension and Variceal Hemorrhage.  Atlanta.  June 8-9, 2013

Gastroenterology Foundation of South Africa Conference:  NSAIDs, Coxib, Antiplatelet Agents and Anticoagulants.  Cape Town.  September 7-8, 2013.

American College of Gastroenterology Annual Postgraduate Course.  San Diego.  October 12-13, 2013.

United European Gastroenterology Week.  Berlin.  October 14-16, 2013.

American Gastroenterological Association Annual Scientific Meeting.  Chicago.  May 3-6, 2014.

American College of Gastroenterology Annual Postgraduate Course.  Philadelphia. October 18-19, 2014.

American Gastroenterological Association Annual Clinical Congress.  Miami.  January 22-24, 2015

Boston Live Endoscopy Course.  Boston.  October 30-31, 2016.

American Gastroenterological Association Annual Scientific Meeting.  San Diego. May 21-24, 2016

American Association for the Study of Liver Diseases-American Society for Gastrointestinal Endoscopy Annual Course.  Boston, November 11, 2016.

**Teaching Responsibilities (U.S.C. School of Medicine)**:
Lecturer:       Master Professor Rounds, Dept. of Medicine, 1995-1997, 2002, 2003, 2005-2010
                GI/Liver Organ System, 2nd Year Curriculum, 1985 to present
                  USC Internal Medicine Review Course, 1984-1992
                USC Gastroenterology Review Course, 1987, 1989, 1992
                Mechanisms of Disease Course, 4th Year Curriculum, 1986

19

Course Director:     Medical Students
                     Mechanisms of Disease, 4th year Curriculum, 1986
                     GI/Liver Organ System, 2nd Year Curriculum, 1987 to 1991

**Continuing Medical Education—USC School of Medicine**
                     GI Section of ACP Medicine Review Course.  L.A., July 1985
                     H. Pylori Symposium.  Los Angeles, December 2, 1996
                     H. Pylori Symposium.  San Francisco, May 19, 1996
                     Esophageal Disease Symposium. San Francisco,May 20,1996
                     H. Pylori Symposium.  Chicago.  June 21, 1996
                     H. Pylori Symposium.  Boston.  September 20, 1996
                     H. Pylori Symposium.  Long Beach.  April 6, 1996
                     H. Pylori Symposium.  Washington, D.C. May 11, 1997
                     H. Pylori Symposium. Chicago, IL.  October 31, 1997
                     Irritable Bowel Symposium.  Orlando, FL.  May 16, 1999
                     NSAID Gastropathy Symposium.  Orlando FL.  May 17, 1999
                     Gastroenterology Update.  Los Angeles.  April 7, 2001
                     Gastroenterology Update.  Los Angeles.  September 29, 2001
                     Gastroenterology Update.  Los Angeles.  October 12, 2002
                     Gastroenterology Update.  Los Angeles.  Februrary 21, 2004
                     Gastroenterology Update.  Los Angeles.  July 28, 2006

**Teaching Responsibilities (Yale School of Medicine/VA CT)**:
                     MD/PhD Skill Development for Diverse Scientific Careers 2017
                     Professor Rounds 2012 -
                     GI Case Conference (Chair) 2013 -
                     Fellows Clinical Research Conference (Chair) 2012 -
                     Faculty Clinical Research Conference  (Chair) 2012 -
                     GI Fellow Core Curriculum Lectures  2012 -
                     Medical Resident Noon Lectures  2012 -
                     Physician Assistant GI Curriculum  2013-
                     Year 2 Medical Student GI/Liver Module 2015-

**Continuing Medical Education—Yale University School of Medicine**
                     Yale vs. Harvard, The Course.  Bermuda.  April 20-21, 2012.
                     Digestive Disease Week Review, Westbrook, CT  June 15, 2012
                     Yale vs. Harvard, The Course.  Bermuda.  April 19-20, 2013.
                     Yale Liver Update 2013.  Westport, CT.  May 10, 2013
                     Digestive Disease Week Review, Madison, CT.  June 14, 2013
                     Digestive Disease Week Review, Westbrook, CT.  May 30, 2014
                     Yale vs. Harvard, The Course.  Bermuda.  June 14-15, 2014.
                     Yale vs. Harvard, The Course.  Bermuda.  April 17-18, 2015
                     Yale Therapeutic ERCP/EUS Workshop, New Haven, CT.  May 8, 2015
                     Digestive Disease Week Review, Westbrook, CT.  June 12, 2015.
                     Yale Liver Update, New Haven, CT. December 4, 2015.
                     Yale vs. Harvard, The Course.  Bermuda.  April 29-30, 2016
                     Digestive Disease Week Review, Westbrook, CT.  June 10, 2016

**Attending Physician**: LAC+USC Medical Center (through 2011)

20

Kenneth Norris Jr. Cancer Hospital (through 2011)
USC University Hospital (through 2011)
V.A. Connecticut Healthcare System 2011 -

**Committee Service – U.S.C.**:
Curriculum Committee.   1985 to 1990
Committee on Student Performance.   1985 to 1990
Pharmacy & Therapeutics Committee -- Kenneth Norris Jr. Cancer Hospital 1985 to 1996
Medicine Private Practice Advisory Committee.   1987 to 1988
Clinical Access Task Force -- USC University Hospital.   1990
Practice Plan Advisory Committee -- Department of Medicine.   1990 to 1992
Utilization Management Committee -- USC University Hospital.   1991 to 1994
Dean's Committee on Conflict of Interest.   1993
Department of Medicine Professional Services Committee.   1993 to 1996
Department of Medicine Practice Committee.   1993 to 1996
Endoscopy Committee -- USC University Hospital.  1994 to 2003
Committee on Voluntary Faculty.   1995
Department of Medici2ne Development Subcomittee.  1997 to 1999
Faculty Senate: White Paper on Faculty Accountability.  1997
Resource Allocation Committee--USC University Hospital/USC Norris Cancer Hospital  2009-
   2011
Credentials & Privileges Committee—L.A.C. + U.S.C. Healthcare Network  2010-2011
Bylaws Committee—L.A.C. + U.S.C. Healthcare Network  2010-2011
Executive Peer Review Committee—L.A.C. + U.S.C. Healthcare Network (Co-Chair)  2010-
2011
Risk Management Committee—L.A.C. + U.S.C. Healthcare Network  2010-2011

**Elected Service -- USC**:
Medical Faculty Assembly.  1993 to 2001
Medical Faculty Assembly -- Executive Committee.   1995 to 2001
Medical Faculty Assembly -- Treasurer.   1995 to 1996
Medical Faculty Assembly -- Secretary.  1997 to 1998
Medical Faculty Assembly -- President-Elect.  1998-1999
Medical Faculty Assembly -- President.  1999-2000
U.S.C. Academic Senate.  1998-2000
Executive Committee, L.A. County+U.S.C. Medical Center. 1997-2011
Chief of Staff/President, Medical Staff Association, L.A. County + U.S.C. Healthcare Network,
   2010-2011

**Committee Service – Yale/VA Connecticut**
Committee on Integration of Hospital of St. Raphael 2012 - 2013
Clinical Affairs Committee   2012 -
Surgery and Other Invasive Procedures Committee, West Haven VA Medical Center 2013 -
Digestive Diseases Fellowship Review Committee  2015 -

**Publications in Peer Review Journals (H-INDEX = 60)**:
1.    Laine L, Holt K.  Recurrent pericarditis and celiac disease.  JAMA  1984;252:3168.
2.    Chojkier M, Laine L, Conn HO, Lerner E.  Predictors of outcome in major upper
      gastrointestinal hemorrhage.  J Clin Gastroenterol 1986;8:16-22.

21

3. <u>Laine L</u>, Chojkier M.  Hepatic collagen production in the rat is unaffected by methotrexate.  Proc Soc Exp Biol Med 1986;184:194-200.

4. <u>Laine L</u>.  Multipolar electrocoagulation in the treatment of active upper gastrointestinal tract hemorrhage: A prospective controlled trial. N Engl J Med 1987;326:1613-7.

5. <u>Laine L</u>, Politoske EJ, Gill P.  Protein-losing enteropathy in AIDS due to intestinal Kaposi's sarcoma.  Arch Intern Med 1987;147:1174-5.

6. <u>Laine L</u>, Bentley E, Chandrasoma P.  The effect of oral iron therapy on the upper gastrointestinal tract: A prospective evaluation.  Dig Dis Sci 1988;33:172-7.

7. <u>Laine L</u>, Weinstein WM.  Subepithelial hemorrhages and erosions of human stomach. Dig Dis Sci 1988;33:490-503.

8. <u>Laine L</u>, Weinstein WM.  The histology of alcoholic hemorrhagic "gastritis": a prospective evaluation.  Gastroenterology 1988;94:1254-62.

9. Pettross CW, Appleman MD, Cohen H, Valenzuela JE, Chandrasoma P, <u>Laine L</u>. Prevalence of Campylobacter pylori and association with antral mucosal histology in subjects with and without upper gastrointestinal symptoms. Dig Dis Sci 1988;33:649-53.

10. <u>Laine L</u>.  A prospective trial of an anti-splatter device for the protection of endoscopic personnel from potentially AIDS-infective fluids.  Gastrointest Endosc 1988;34:470-1.

11. <u>Laine L</u>.  Multipolar electrocoagulation in the treatment of peptic ulcers  with non-bleeding visible vessels: A prospective, controlled trial. Ann  Intern Med 1989;110:510-4.

12. <u>Laine L</u>, Marin-Sorensen M, Weinstein WM.  Campylobacter pylori in alcoholic hemorrhagic "gastritis".  Dig Dis Sci 1989;34:677-80.

13. Valenzuela JE, Schubert T, Fogel MR, Strong RM, Levine J, Mills PR, Fabry  TL, Taylor LW, Conn HO, Posillico JT, Colturie T, Korula J, Grace ND, Griffin PH, Schiff EE, <u>Laine L</u>.  A multicenter, randomized double-blind trial of somatostatin in the management of acute hemorrhage from esophageal varices.  Hepatology 1989;6:958-61.

14. Bonacini M, <u>Laine L</u>, Gal A, Lee MH, Martin JE, Strigle S.  Prospective evaluation of blind brushing of the esophagus for candida esophagitis in patients with human immunodeficiency virus infection.  Am J Gastroenterol  1989;85:385-9.

15. <u>Laine L</u>, Amerian J, Rarick M, Harb M, Gill PS.  The response of symptomatic gastrointestinal Kaposi's sarcoma to chemotherapy:  A prospective evaluation using an endoscopic method of disease quantification.  Am J Gastroenterol 1990;85:959-61.

16. <u>Laine L</u>.  Multipolar electrocoagulation vs. injection therapy in the treatment of bleeding peptic ulcers: A prospective, randomized trial. Gastroenterology 1990;99:1303-6.

17. <u>Laine L</u>.  Bipolar/multipolar electrocoagulation.  Gastrointest Endosc 1990;36:S38-41.

18. <u>Laine L</u>.  Determination of the optimal technique for bipolar electrocoagulation treatment: An experimental evaluation of the BICAP and gold probes.  Gastroenterology 1991;100:107-12

19. <u>Laine L</u>.  Endoscopic therapy for peptic ulcer hemorrhage: Heater probe and alcohol injection.  Gastroenterology 1991;100:575-7.

20. Cook DJ, <u>Laine L</u>, Guyatt GH, Raffin TA.  The role of gastric pH in nosocomial pneumonia: A meta-analysis.  Chest 1991;100:7-13.

21. <u>Laine L</u>.  NSAID-induced gastroduodenal injury: What's the score?  Gastroenterology 1991;101(2):555-557.

22. <u>Laine L</u>.  Upper gastrointestinal tract hemorrhage.  West J Med 1991;155:274-9.

23. Bonacini M, Young T, <u>Laine L</u>.  The causes of esophageal symptoms in human immunodeficiency virus infection: A prospective study of 110 patients.  Arch Int Med 1991;151:1567-72.

22

24. Gilbert DA, Buelow RG, Chung RSK, Cunningham JT, Foutch PG, Laine L, Michaltez PA, Zuckerman G.  Technology assessment status evaluation: Endoscopic band ligation of varices.  Gastrointest Endosc 1991;38:670-2.

25. Gilbert DA, Buelow RG, Chung RSK, Cunningham JT, Foutch PG, Laine L, Michaltez PA, Zuckerman G.  Status Evaluation: Enteroscopy.  Gastroint Endosc     1991;37:673-7.

26. Cook DJ, Salena B, Guyatt GH, Laine L.  Endoscopic therapy for acute non-variceal upper gastrointestinal hemorrhage--a meta-analysis. Gastroenterology 1992;102:139-48.

27. Laine L, Cohen H, Brodhead J, Cantor D, Garcia F, Mosquera M.  A prospective evaluation of immediate vs. delayed refeeding and the prognostic value of endoscopic features in patients with major upper gastrointestinal tract hemorrhage. Gastroenterology 1992;102:314-6.

28. Laine L.  Prophylactic sclerotherapy for esophageal varices.  Gastroenterology 1992;102:367-9.

29. Boosalis MG, Gemayel N, Lee A, Bray G, Laine L, Cohen H.  Cholecystokinin  and satiety: effect of hypothalamic obesity and gastric bubble insertion.  Am J Physiol 1992;262:R241-4.

30. Laine L.  Endoscopic therapy for bleeding ulcers: which thermal method is best? Gastroenterology 1992;102:1083-4.

31. Laine L, Bonacini M, Sattler F, Young T, Sherrod A.  Cytomegalovirus and   candida esophagitis in patients with the acquired immunodeficiency syndrome.  JAIDS 1992;5:605-9.

32. Laine L. Helicobacter pylori and non-ulcer dyspepsia. Gastroenterology 1992;103:340-1.

33. Cook DJ, Laine L.  Indications, technique and complications of balloon tamponade for variceal gastrointestinal bleeding.  J Intensive Care Med 1992;7:212-8.

34. Laine L.  Injection therapy for bleeding ulcers: which solution is best.  Gastroenterology 1992;103:1358-9.

35. Laine L, Dretler RH, Conteas CM, Tuazon C, Koster FM, Sattler F, Islam MZ, Squires K. A randomized trial of fluconazole vs. ketaconazole in the treatment of candida esophagitis.  Ann Intern Med 1992;117:655-660.

36. Laine L, Marin-Sorensen M, Weinstein WM.  Nonsteroidal anti-inflammatory drug-associated gastric ulcers do not require Helicobacter pylori for their development.  Am J Gastroenterol 1992;87:1298-1402.

37. Laine L.  Evaluation of a new double-lumen, direct irrigation injection therapy catheter: Comparison with BICAP, Gold Probe, and Standard injection catheters.  Gastrointest Endosc 1992;38:594-6.

38. Laine L.  Eradication of Helicobacter pylori reduces gastric and duodenal ulcer recurrence.  Gastroenterology 1992;103:1695-1696.

39. Van Allan RJ, Katz M, Johnson MB, Laine L, Liu Y, Ralls PW.  Prospective evaluation of percutaneous therapeutic aspiration in patients with amebic  liver abscess.  Radiology 1992;183:827-830.

40. Leichman L, Silberman H, Leichman CG, Spears CP, Ray M, Muggia FM, Kiyabu M, Radin R, Laine L, Stain S, Fuerst M, Groshen S, Donovan A.  Preoperative systemic chemotherapy followed by adjuvant postoperative intraperitoneal therapy for gastric cancer: a USC pilot study.  J Clin Oncol 1992;10:1933-1942.

41. Laine L.  Bleeding esophageal varices - inject or band?.  Gastroenterology 1992;103:1979-82.

23

42. Gilbert DA, DiMarino AJ, Jr., Jensen DM, Katon RM, Kimmey MB, <u>Laine L</u>, MacFadyen BV, Michaletz PA, Zuckerman G.  Status evaluation: endoscopic ultrasonography. Gastrointest Endosc 1992;38:747-749.

43. Gilbert DA, DiMarino AJ, Jr., Jensen DM, Katon RM, Kimmey MB, <u>Laine L</u>, MacFadyen BV, Michaletz PA, Zuckerman G.  Status evaluation: biliary stents.  Gastrointest Endosc 1992;38:750-752.

44. Gilbert DA, DiMarino AJ, Jr., Jensen DM, Katon RM, Kimmey MB, <u>Laine L</u>, MacFadyen BV, Michaletz PA, Zuckerman G.  Status evaluation: hot biopsy forceps.  Gastrointest Endosc 1992;38:753-755.

45. Gilbert DA, DiMarino AJ, Jr., Jensen DM, Katon RM, Kimmey MB, <u>Laine L</u>, MacFadyen BV, Michaletz PA, Zuckerman G.  Status evaluation: sphincter of Oddi manometry. Gastrointest Endosc 1992;38:756-759.

46. Bonacini M, <u>Laine L</u>.  Detection of cytomegalovirus in the gastrointestinal tract: seeking a gold standard.  Am J Gastro 1993;88:332-333.

47. <u>Laine L</u>.  Upper gastrointestinal bleeding.  Alim Pharm Therap 1993;7:207-32.

48. Bonacini M, Young T, <u>Laine L</u>.  Histopathology of human immunodeficiency virus associated esophageal disease.  Am J Gastroenterol 1993;88:549-51.

49. <u>Laine L</u>, El-Newihi HM, Migicovsky B, Sloane R, Garcia F.  Endoscopic ligation compared with sclerotherapy for treatment of bleeding esophageal varices. Ann Intern Med 1993;119:1-7.

50. <u>Laine L</u>, Garcia F, McGilligan K, Malinko A, Sinatra FR, Thomas DW.  Protein-losing enteropathy and hypoalbuminemia in AIDS.  AIDS 1993;7:837-40.

51. <u>Laine L</u>.  Refining the prognostic value of endoscopy in patients presenting with bleeding ulcers.  Gastrointest Endosc 1993;39:461-2.

52. <u>Laine L</u>.  Acid secretion in HIV infection.  Gastroenterology 1993;105:298-9.

53. <u>Laine L</u>.  Antibiotic therapy alone eradicates Helicobacter pylori and prevents duodenal ulcer recurrence.  Gastroenterology 1993;105:598-9.

54. Yang R, Migicovsky B, Peicher J, <u>Laine L</u>.  Randomized, prospective trial of direct current versus bipolar electrocoagulation for bleeding internal hemorrhoids.  Gastrointest Endosc 1993;39:766-9.

55. <u>Laine L</u>, Bonacini M.  Esophageal disease in HIV infection.   Arch Intern Med 1994;154:1577-1581.

56. <u>Laine L</u>, Freeman M, Cohen H.  Lack of uniformity in diagnosis of endoscopic prognostic features of bleeding ulcers.  Gastrointest Endosc 1994;40:411-417.

57. <u>Laine L</u>, Peterson W.  Bleeding peptic ulcers.  N Engl J Med 1994;331:717-27.

58. <u>Laine L</u>.  The natural history of candida esophagitis after successful treatment in patients with AIDS.  Gastroenterology 1994;107:744-6.

59. Yang R, Naritoku W, <u>Laine L</u>.  Prospective, randomized comparison of disposable and reusable biopsy forceps.  Gastrointest Endosc 1994;40:671-74.

60. <u>Laine L</u>.  GI Bleeding: Identifying the source. Cleveland Clin J Med 1994;61:407-8.

61. Rabeneck L, <u>Laine L</u>.  Esophageal candidiasis in HIV-infected patients: a decision analysis to assess cost-effectiveness of alternative management strategies. Arch Intern Med 1994;154:2705-10.

62. <u>Laine L</u>.  The long-term management of patients with bleeding ulcers: Helicobacter pylori eradication instead of maintenance antisecretory therapy. Gastrointest Endosc 1995;41:77-9.

63. Yang R, <u>Laine L</u>.  Mucosal stripping:  A complication of push enteroscopy. Gastrointest Endosc 1995;41:156-8.

64. <u>Laine L</u>, Cominelli F, Sloane R, Casini-Raggi V, Marin-Sorensen M, Weinstein W.  The

24

interaction of NSAID's and Helicobacter pylori on gastrointestinal injury and prostaglandin production: a controlled double-blind trial.  Alim Pharmacol Ther 1995;9:127-35.

65.  Laine L, Cook D.  Endoscopic ligation compared with sclerotherapy for treatment of esophageal variceal bleeding:  A meta-analysis. Ann Intern Med 1995;123:280-7.

66.  Laine L.  Ligation:  Endoscopic treatment of choice for patients with bleeding esophageal varices?  Hepatology 1995;22:663-5.

67.  Laine L, Stein C, Neil G.  Limited efficacy of omeprazole-based dual and triple therapy for Helicobacter pylori:  A randomized trial employing "optimal" dosing.  Am J Gastroenterol 1995;90:1407-10.

68.  Laine L, Rabeneck L.  Prospective study of fluconazole suspension for the treatment of esophageal candidiasis in patients with AIDS.  Alim Pharmacol Ther 1995;9:553-6.

69.  Laine L, Cohen H, Sloane R, Marin-Sorensen M, Weinstein WM.  Interobserver agreement and predictive value of endoscopic findings for H. pylori and gastritis in normal volunteers.  Gastrointest Endosc 1995;42:420-3.

70.  Laine L, Sloane R,  Ferretti M, Cominelli F.  A randomized double-blind comparison of placebo, etodolac, and naproxen on gastrointestinal injury and prostaglandin production. Gastrointest Endosc, 1995;42:428-33.

71.  Laine L, Chun D, Stein C, El-Beblawi I, Sharma V, Chandrasoma P.  The influence of size or number of biopsies on rapid urease test results:  A prospective evaluation. Gastrointest Endosc, 1996;43:49-53.

72.  Laine L, Stein C, Sharma V.  A prospective outcome of patients with clot in an ulcer and the effect of irrigation.  Gastrointest Endosc 1996;43:107-10.

73.  Laine L, Stein C, Sharma V.  Randomized comparison of ligation vs. ligation plus sclerotherapy in patients with bleeding esophageal varices.  Gastroenterology, 1996;110:529-33.

74.  Lenz HJ, Leichman CG, Danenberg KD, Danenberg PV, Groshen S, Cohen H, Laine L, Crookes P, Silberman H, Baranda J, Garcia Y, Li J, Leichman L. Thymidylate synthase m-RNA in adenocarcinoma of the stomach:  A predictor for primary tumor response and overall survival.  J Clin Oncol 1996;14:176-82

75.  Laine L.  Helicobacter pylori and complicated ulcer diseases.  Am J Med 1996; 100:52S-59S.

76.  Feldman M, Bank S, Graham DY, Laine L, McArthur EK, Sabesin S, Wilcox CM. Task force on training in acid peptic disease. Gastroenterology 1996;110:1276-7.

77.  Laine L. Stein C, Garcia F, Trujillo M, Estrada R.  Prospective evaluation of the macrolide antibiotic dirithromycin for the treatment of Helicobacter  pylori. Aliment Pharmacol Ther 1996;10:269-73.

78.  Laine L., Estrada R, Lewin DN, Cohen H.  The influence of warming on rapid urease test results.  Gastrointest Endosc 1996;44:429-32.

79.  Laine L., Lewin D, Naritoku W, Estrada R, Cohen H.  Prospective comparison of commercially available rapid urease tests for the diagnosis of Helicobacter pylori. Gastrointest Endosc 1996;44:523-6.

80.  Laine L, Estrada R, Trujillo M, Fukanaga K, Neil G.  Randomized comparison of differing periods of twice-a-day therapy for the eradication of Helicobacter pylori.  Aliment Pharmacol Ther. 1996;10:1029-33

81.  Cohen H, Laine L.  Endoscopic methods for the diagnosis of Helicobacter pylori. Aliment Pharmacol Ther 1997;11 (Suppl 1):3-9.

82.  Laine L, Bloom B.  Helicobacter pylori and peptic ulcer disease: selection of antimicrobial therapy.  Pharm Ther 1997;22:175-82.

25

83. Crookes P, Leichman CG, Leichman L, Tan M, <u>Laine L</u>, Stain S, Baranda J, Casagrande Y, Groshen S, Silberman H.  Systemic chemotherapy for gastric cancer followed by postoperative intraperitoneal therapy: a final report.  Cancer 1997;79:1767-75.

84. <u>Laine L</u>, Lewin DN, Naritoku W, Cohen H.  Prospective comparison of H&E, Giemsa, and Genta stains for the diagnosis of Helicobacter pylori.  Gastrointest Endosc 1997;45:463-7.

85. Wilcox CM, Darouiche RO, <u>Laine L</u>, Moskovitz BL, Mallegol I, Wu J.  A randomized, double-blind  comparison of itraconazole oral solution and fluconazole tablets in   the treatment of esophageal candidiasis.  J Infect Dis 1997;176:227-32.

86. <u>Laine L</u>.  Management of actively bleeding esophageal varices. Gastrointest Endosc 1997;46:83-4.

87. <u>Laine L</u>, Frantz JE, Baker A, Neil GA.  A United States multicenter trial of dual and proton pump inhibitor-based triple therapies for Helicobacter pylori.  Aliment Pharmacol Ther 1997;11:913-7.

88. <u>Laine L</u>, Estrada R, Trujillo M, Emami S.  Randomized comparison of ranitidine bismuth citrate-based triple therapies for Helicobacter pylori. Am J Gastroenterol,1997;92:2213-5

89. <u>Laine L</u>, Siddom O, Emami S, Estrada R, Cohen H.  The effect of blood on rapid urease testing of gastric mucosal biopsy specimens.  Gastrointest Endosc 1998;47:141-3.

90. Metzger R, Leichman CG, Danenberg KD, Danenberg PV, Lenz HJ, Hayashi K, Groshen S, Salonga D, Cohen H, <u>Laine L</u>, Crookes P, Silberman H, Baranda J, Konda B, Leichman L.  ERCC1 mRNA levels complement thymidylate synthase mRNA levels in predicting response and survival for gastric cancer patients receiving combination cisplatin and fluorouracil chemotherapy.  J Clin Oncol 1998;16:309-16.

91. <u>Laine L</u>, Fendrick M.  Helicobacter pylori and peptic ulcer disease. Bridging the gap between knowledge and treatment.  Postgrad Med 1998;103:231-43.

92. <u>Laine L</u>, Suchower L, Johnson E, Ronca P, Neil G.  Accuracy of CLOtest after Helicobacter pylori therapy.  Gastrointest Endosc 1998;47:250-3.

93. Schoenfeld P, Cook D, Hamilton F, <u>Laine L</u>, Morgan D, Peterson W.  An evidence-based approach to gastroenterology therapy.  Gastroenterology 1998;114:1318-25.

94. <u>Laine L</u>, Eric Johnson, Lisa Suchower, Phil Ronca, Clara Hwang, Garry Neil.  U.S. double-blind, controlled trials of  omeprazole and amoxicillin for treatment of H. pylori. Aliment Pharmacol Ther 1998;12:377-82.

95. <u>Laine L</u>, Hopkins RJ, Girardi LS.  Has the impact of Helicobacter pylori therapy on ulcer recurrence in the United States been overstated: a meta-analsyis of rigorously designed trials.  Am J Gastroenterol 1998;93:1409-15.

96. <u>Laine L</u>, Estrada R, Trujillo M, Knigge K, Fennerty MB.  The effect of proton pump inhibitor therapy on diagnostic testing for Helicobacter pylori.  Ann Intern Med 1998; 129:547-50.

97. <u>Laine L</u>, Suchower L, Frantz J, Connors A, Neil G.  Emergence of clarithromycin-resistant Helicobacter pylori with amoxicillin co-therapy. Alim Pharmacol Ther 1998;12:887-92.

98. <u>Laine L</u>, Suchower L, Frantz F, Connors A, Neil G.  Twice-daily, 10-day triple therapy with omeprazole, amoxicillin, and clarithromycin for H. pylori eradication in duodenal ulcer disease: results of 3 multicenter, double-blind U.S. trials.  Am J Gastroenterol 1998;93: 2106-12.

99. Sadowski D, Cohen H, <u>Laine L</u>, Greenberg P, Goldstein J, Mihalov M, Cutler AF. Evaluation of the Flexsure HP whole blood antibody test for evaluation of Helicobacter pylori infection.  Am J Gastroenterol 1998;93:2119-23.

26

100. <u>Laine L</u>, Cohen H.  H. pylori--drowning in a pool of blood?  Gastrointest Endosc 1999;49:398-402.

101. <u>Laine L</u>, Estrada R, Trujillo M, Cheybani K, Yeramian P, Smith S, Neil G.  Once-daily therapy for H. pylori infection: a randomized comparison of four regimens.  Am J Gastroenterol 1999;94:962-66.

102. Schoenfeld P, Guyatt G, Hamilton F, <u>Laine L</u>, Cook D, Bjorkman D, Morgan D, Peterson W.  An evidence-based approach to gastroenterology diagnosis.  Gastroenterology 1999;116:1230-7.

103. Chey WD, Murthy U, Shaw S, Zawadski A, Montague J, Linscheer W, <u>Laine L</u>.  A comparison of three fingerstick, whole blood antibody tests for Helicobacter pylori infection.  Am J Gastroenterol 1999;94:1512-6.

104. Chey WD, Murthy U, Toskes P, Carpenter S, <u>Laine L</u>.  The $^{13}$C-urea blood test accurately detects active Helicobacter pylori infection: a United States, multicenter trial.  Am J Gastroenterol 1999;94:1522-4.

105. Cave D, Van Zanten SV, Carter E, Halpern EF, Klein S, Prather C, Stolte M, <u>Laine L</u>.  A multicenter evaluation of the laser assisted ratio analyser (LARA): a novel device for measurement of $^{13}CO_2$ in the $^{13}$C-urea breath test for the detection of Helicobacter pylori infection.  Aliment Pharmacol Ther 1999;13:747-52.

106. <u>Laine L</u>.  Management of acute colonic pseudo-obstruction.  N Engl J Med 1999;341:192-3.

107. <u>Laine L</u>, Harper S, Simon T, Bath R, Johanson J, Schwartz H, Stern S, Quan H, Bolognese J.  A randomized trial comparing the effect of rofecoxib, a COX-2 specific inhibitor, to ibuprofen on the gastroduodenal mucosa of osteoarthritis patients.  Gastroenterology 1999;117:776-83.

108. Schoenfeld P, Kimmer MB, Scheiman J, Bjorkman D, <u>Laine L</u>.  Review article: nonsteroidal anti-inflammatory drug-associated gastrointestinal complications: guidelines for prevention and treatment.  Aliment Pharmacol Ther 1999;13:1273-85.

109. <u>Laine L</u>, Knigge K, Faigel D, Margaret N, Marquis SP, Vartan G, Fennerty MB. Finger-stick H. pylori antibody test: better than laboratory serologic testing?  Am J Gastroenterol 1999;94:3464-7.

110. Glick SN, Ralls PW, Balfe DM, Bree RL, DiSantis DJ, Kidd R, Levine MS, Megibow AJ, Mezwa DG, Saini S, Shuman WP, Greene FL, <u>Laine LA</u>, Lillemoe K. Screening for colorectal cancer. American College of Radiology. ACR Appropriateness Criteria. Radiology 2000;215(Suppl):231-7.

111. Levine MS, Ralls PW, Balfe DM, Bree RL, DiSantis DJ, Glick SN, Kidd R, Megibow AJ, Mezwa DG, Saini S, Shuman WP, Greene FL, <u>Laine LA</u>, Lillemoe K. Imaging recommendations for patients with dysphagia. American College of Radiology. ACR Appropriateness Criteria. Radiology 2000;215(Suppl):225-30.

112. Bree RL, Greene FL, Ralls PW, Balfe DM, DiSantis DJ, Glick SN, Kidd R, Levine MS, Megibow AJ, Mezwa DG, Saini S, Shuman WP, <u>Laine LA</u>, Lillemoe K. Suspected liver metastases. American College of Radiology. ACR Appropriateness Criteria. Radiology 2000;215(Suppl):213-24

113. Shuman WP, Ralls PW, Balfe DM, Bree RL, DiSantis DJ, Glick SN, Kidd R, Levine MS, Megibow AJ, Mezwa DG, Saini S, Greene FL, <u>Laine LA</u>, Lillemoe K. Imaging evaluation of patients with acute abdominal pain and fever. American College of Radiology. ACR Appropriateness Criteria. Radiology 2000;215(Suppl):209-12.

114. Megibow AJ, Ralls PW, Balfe DM, Bree RL, DiSantis DJ, Glick SN, Kidd R, Levine MS, Mezwa DG, Saini S, Shuman WP, Greene FL, <u>Laine LA</u>, Lillemoe K. Acute pancreatitis.

27

American College of Radiology. ACR Appropriateness Criteria. Radiology 2000;215 (Suppl):203-7.

115. DiSantis DJ, Ralls PW, Balfe DM, Bree RL, Glick SN, Kidd R, Levine MS, Megibow AJ, Mezwa DG, Saini S, Shuman WP, Greene FL, Laine LA, Lillemoe K. Imaging evaluation of the palpable abdominal mass. American College of Radiology. ACR Appropriateness Criteria. Radiology 2000;215(Suppl):201-2.

116. Saini S, Ralls PW, Balfe DM, Bree RL, DiSantis DJ, Glick SN, Kidd R, Levine MS, Megibow AJ, Mezwa DG, Shuman WP, Greene FL, Laine LA, Lillemoe K. Liver lesion characterization. American College of Radiology. ACR Appropriateness Criteria. Radiology 2000;215(Suppl):193-9.

117. Kidd R, Mezwa DG, Ralls PW, Balfe DM, Bree RL, DiSantis DJ, Glick SN, Levine MS, Megibow AJ, Saini S, Shuman WP, Greene FL, Laine LA, Lillemoe K. Imaging recommendations for patients with newly suspected Crohn's disease, and in patients with known Crohn's disease and acute exacerbation or suspected complications. American College of Radiology. ACR Appropriateness Criteria. Radiology 2000;215 (Suppl):181-92.

118. Saini S, Ralls PW, Balfe DM, Bree RL, DiSantis DJ, Glick SN, Levine MS, Megibow AJ, Shuman WP, Greene FL, Laine LA, Lillemoe K, Brown M, Berland L. Suspected abdominal abscess. American College of Radiology. ACR Appropriateness Criteria. Radiology 2000;215(Suppl):173-9.

119. Balfe DM, Levine MS, Ralls PW, Bree RL, DiSantis DJ, Glick SN, Megibow AJ, Saini S, Shuman WP, Greene FL, Laine LA, Lillemoe K. Evaluation of left lower quadrant pain. American College of Radiology. ACR Appropriateness Criteria. Radiology 2000;215 (Suppl):167-71.

120. Ralls PW, Balfe DM, Bree RL, DiSantis DJ, Glick SN, Levine MS, Megibow AJ, Saini S, Shuman WP, Greene FL, Laine LA, Lillemoe K. Evaluation of acute right lower quadrant pain. American College of Radiology. ACR Appropriateness Criteria. Radiology 2000;215(Suppl):159-66.

121. Bree RL, Ralls PW, Balfe DM, DiSantis DJ, Glick SN, Levine MS, Megibow AJ, Saini S, Shuman WP, Greene FL, Laine LA, Lillemoe K. Evaluation of patients with acute right upper quadrant pain. American College of Radiology. ACR Appropriateness Criteria. Radiology 2000;215(Suppl):153-7.

122. Shuman WP, Ralls PW, Balfe DM, Bree RL, DiSantis DJ, Glick SN, Levine MS, Megibow AJ, Saini S, Greene FL, Laine LA, Lillemoe K, Berland L. Imaging of blunt abdominal trauma. American College of Radiology. ACR Appropriateness Criteria. Radiology 2000;215(Suppl):143-51.

123. Megibow AJ, Ralls PW, Balfe DM, Bree RL, DiSantis DJ, Glick SN, Levine MS, Saini S, Shuman WP, Greene FL, Laine LA, Lillemoe K, Mezwa D. Pre-treatment staging of colorectal cancer. American College of Radiology. ACR Appropriateness Criteria. Radiology 2000;215(Suppl):135-42.

124. Balfe DM, Ralls PW, Bree RL, DiSantis DJ, Glick SN, Levine MS, Megibow AJ, Saini S, Shuman WP, Greene FL, Laine LA, Lillemoe K, Kidd R. Imaging strategies in the initial evaluation of the jaundiced patient. American College of Radiology. ACR Appropriateness Criteria. Radiology 2000;215(Suppl):125-33

125. DiSantis DJ, Ralls PW, Balfe DM, Bree RL, Glick SN, Levine MS, Megibow AJ, Saini S, Shuman WP, Greene FL, Laine LA, Lillemoe K. The patient with suspected small bowel obstruction: imaging strategies. American College of Radiology. ACR Appropriateness Criteria. Radiology 2000;215(Suppl):121-4.

28

126.  Hawkey C, <u>Laine L</u>, Simon T, Beaulieu A, Maldonado-Cocco J, et al. Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis.  A randomized, double-blind, placebo-controlled trial.  Arthritis Rheum 2000;43:370-7.
127.  Yang R, Ng S, Nichol M,  <u>Laine L</u>.  A cost and performance evaluation of disposable and reusable biopsy forceps in GI endoscopy.  Gastrointest Endosc 2000;51:266-70.
128.  <u>Laine L</u>, Frantz J, Suchower L, Neil G.  Endoscopic biopsy requirements for post-treatment diagnosis of Helicobacter pylori.  Gastrointest Endosc 2000;51:664-9.
129.  <u>Laine L</u>, Ahnen D, McClain C, Solcia E, Walsh JH.  Potential gastrointestinal effects of long-term acid suppression with proton pump inhibitors.  Aliment Pharmacol Ther 2000;14:651-68.
130.  Peterson WL, Fendrick AM, Cave DR, Peura DA, Garabedian-Ruffalo SM, <u>Laine L</u>.  Helicobacter pylori-related disease.  Guidelines for testing and treatment.  Arch Intern Med 2000;160:1285-91.
131.  Bombardier C, <u>Laine L</u>, Reicin A, Shapiro D, Burgos-Vargas R, Davis B, Day R, Bosi Ferraz M, Hawkey CJ, Hochberg MC, Kvien TK, Schnitzer TJ.  Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis.  N Engl J Med 2000;343:1520-8.
132.  <u>Laine L</u>, Fennerty MB, Osato M, Sugg J, Suchower L, Probst P, Levine JG.  Esomeprazole-based Helicobacter pylori eradication therapy and the effect of antibiotic resistance:  Results of 3 U.S. Multicenter, Double-Blind Trials.  Am J Gastroenterol 2000;95:3393-8.
133.  <u>Laine L</u>.  Approaches to NSAID use in the high-risk patient.  Gastroenterology 2001;120:594-606.
134.  <u>Laine L</u>, Schoenfeld P, Fennerty MB.  Helicobacter pylori therapy for treatment of non-ulcer dyspepsia:  A meta-analysis of randomized controlled trials.  Ann Intern Med 2001;134:361-9.
135.  Hawkey CJ, <u>Laine L</u>, Harper SE, Quan HUI, Bolognese JA, Mortensen E.  Influence of risk factors on endoscopic and clinical ulcers in patients taking rofecoxib or ibuprofen in two randomized controlled trials.  Aliment Pharmacol Ther 2001;15:1593-1601.
136.  <u>Laine L</u>, Estrada R. Randomized trial of normal saline solution injection versus bipolar electrocoagulation for treatment of patients with high-risk bleeding ulcers: Is local tamponade enough?  Gastrointest Endosc 2002;55:6-10.
137.  <u>Laine LA</u>.  Association of Helicobacter pylori with gastro-oesophageal reflux disease.  Eur J Gastroenterol Hepatol 2001;13(Suppl 3):S3-5.
138.  <u>Laine LA</u>.  What is adequate symptom control?  Eur J Gastroenterol Hepatol 2001;13(Suppl 3):S35-6
139.  <u>Laine LA</u>.  Strategies in patients poorly responsive to initial proton pump inhibitor treatment.  Eur J Gastroenterol Hepatol 2001;13(Suppl 3):S58-60.
140.  <u>Laine LA</u>.  Intermittent treatment courses as a strategy for long-term care.  Eur J Gastroenterol Hepatol 2001;13(Suppl 3):S70-2.
141.  <u>Laine L</u>.  The effect of Helicobacter pylori infection on nonsteroidal anti-inflammatory drug-induced upper gastrointestinal tract injury.  Aliment Pharmacol Ther 2002;16(Suppl 1):34-9.
142.  <u>Laine L</u>.  Gastrointestinal safety of coxibs and outcome studies:  What's the verdict?  J Pain Symptom Manage.  2002;23:S5-10.
143.  <u>Laine L</u>. Dhar V. Helicobacter pylori eradication does not worsen quality of life related to reflux symptoms: a prospective trial. Aliment Pharmacol Ther 2002;16:1143-8.
144.  <u>Laine L</u>.  Esomeprazole in the treatment of Helicobacter pylori.  Aliment Pharmacol Ther

29

2002;16(Suppl 4):115-8.

145. Simon LS, Smolen JS, Abramson SB, Appel G, Bombardier C, Brater DC, Breedveld FC, Brune K, Burmester GR, Crofford LJ, Dougados M, DuBois RN, Fitzgerald GA, Frishman W, Garcia Rodriguez LA, Hochberg MC, Kalden JR, Laine L, Langman MJ, Prescott SM, van de Putte LB, Whelton A, White WB, Williams GH. Controversies in COX-2 selective inhibition.  J Rheumatol 2002;29:1501-10.

146. Laine L. Management of ulcers with adherent clots. Gastroenterology 2002;123:632-6.

147. Ofman J, Wallace J, Badamgarav D, Chiou CF, Henning J, Laine L. The cost-effectiveness of competing strategies for the prevention of recurrent peptic ulcer hemorrhage.  Am J Gastroenterol 2002;97:1941-50.

148. Laine L, Bombardier C, Hawkey CJ, Davis B, Shapiro D, Brett C, Reicin A.  Stratifying the risk of NSAID-related upper gastrointestinal clinical events: results of a double-blind outcomes study in patients with rheumatoid arthritis.  Gastroenterology 2002;123:1006-12.

149. Laine L.  The GI effects of nonselective NSAIDs and COX-2-selective inhibitors.  Sem Arthritis Rheum 2002;32(Suppl 1):25-32.

150. Laine L, Sugg J.  Effect of Helicobacter pylori eradication on development of erosive esophagitis and gastroesophageal disease symptoms: a post hoc analysis of eight double-blind prospective studies.  Am J Gastroenterol 2002;97:2992-7.

151. Laine L, Connors LG, Reicin A, Hawkey CJ, Burgos-Vargas R, Schnitzer TJ, Yu Q, Bombardier C.  Serious lower gastrointestinal clinical events with non-selective NSAID or coxib use.  Gastroenterology 2003;124: 288-92.

152. Laine L, Hunt R, El-Zimaity H, Nguyen B, Osato M, Spenard J. Bismuth-based quadruple therapy using a single capsule of bismuth biskalcitrate, metronidazole and tetracycline given with omeprazole vs. omeprazole, amoxicillin, and clarithromycin for eradication of *H. pylori* in duodenal ulcer patients. A prospective, randomized, multicenter, North American trial. Am J Gastroenterol 2003;98:562-7.

153. Laine L.  Gastrointestinal effects of NSAIDs and coxibs.  J Pain Symptom Manage 2003;25 (Suppl);S32-40.

154. Laine L.  Endoscopic therapy for bleeding ulcers:  Room for improvement?  Gastrointest Endosc 2003 57:557-60.

155. Laine L.  Is it time for quadruple therapy to be first line?  Can J Gastroenterol 2003;17 (Suppl):1-3.

156. Hawkey CJ, Laine L, Simon T, Quan H, Shingo S, Evans J. Incidence of gastroduodenal ulcers in patients with rheumatoid arthritis after 12 weeks of rofecoxib, naproxen, or placebo: a multicentre, randomised, double blind study. Gut 2003;52:820-6.

157. Laine L.  Evidence-based medicine:  clinical judgment is required.  Gastroenterology 2003;124:1726.

158. Laine L, Wogen J, Yu H.  Gastrointestinal healthcare resource utilization with chronic use of COX-2 specific inhibitors vs. traditional NSAIDs.  Gastroenterology 2003;125:389-95.

159. Laine L. Is it time for quadruple therapy to be first line?  Can J Gastroenterol. 2003;17(Suppl B):33B-35B.

160. Dubois RW, Melmed GY, Henning JM, Laine L.  Guidelines for the appropriate use of non-steroidal anti-inflammatory drugs, cyclo-oxygenase-2-specific inhibitors and proton pump inhibitors in patients requiring chronic anti-inflammatory therapy.  Aliment Pharmacol Ther 2004;19:197-208.

161. Higgins PDR, Davis KJ, Laine L.  Systematic review:  The epidemiology of ischaemic colitis.  Aliment Pharmacol Ther. 2004;19:729-738.

30

162.   Ofman JJ, Badamgarav E, Henning JM, Knight K, <u>Laine L</u>.  Utilization of nonsteroidal anti-inflammatory drugs and antisecretory agents:  a managed care claims analysis.  Am J Med 2004;116:835-42.

163.   <u>Laine L</u>, Maller ES, Yu C, Quan H, Simon T.   Ulcer formation with low-dose enteric-coated aspirin and the effect of COX-2 selective inhibition:  A double-blind trial.  Gastroenterology 2004;127:395-402.

164.   Rubenstein JH, <u>Laine L</u>.  Systematic review:  The hepatotoxicity of non-steroidal anti-inflammatory drugs.  Aliment Pharmacol Ther 2004;20:373-80.

165.   <u>Laine L</u>. Treatment of nonvariceal upper GI hemorrhage: what's happening in the real world.  Am J Gastroenterol 2004;99:1247-9.

166.   Conrad SA, Gabrielli A, Margolis B, Quartin A, Hata, JS, Frank WO, Bagin RG, Rock JA, Hepburn B, <u>Laine L</u>.  Randomized, double-blind comparison of immediate-release omeprazole oral suspension versus intravenous cimetidine for the prevention of upper gastrointestinal bleeding in critically ill patients.  Crit Care Med 2005;33:760-5.

167.   Rostom A, Goldkind L, <u>Laine L</u>. Nonsteroidal anti-inflammatory drugs and hepatic toxicity: a systematic review of randomized controlled trials in arthritis patients. Clin Gastroenterol Hepatol 2005;3:489-98.

168.   McQuaid KR, <u>Laine L</u>.  Early heartburn relief with proton pump inhibitors: a systematic review and meta-analysis of clinical trials.  Clin Gastroenterol Hepatol 2005;3:553-63.

169.   Rao SSC, Ozturk R, <u>Laine L</u>. Clinical Utility of Diagnostic Tests for Constipation in Adults: A Systematic Review.  Am J Gastroenterol 2005;100:1605-15.

170.   <u>Laine LA,</u> Nathwani RA, Naritoku W. The effect of GI bleeding on Helicobacter pylori diagnostic testing: a prospective study at the time of bleeding and 1 month later. Gastroinest Endosc 2005;62:853-9.

171.   Nathwani RA, Suh J, Simpson N, Shaposhnikov R, Chang A. <u>Laine L</u>. Foreign body "bezoar".  Gastrointest Endosc 2006;63:150.

172.   Goldkind L, <u>Laine L</u>. A systematic review of NSAIDs withdrawn from the market due to hepatotoxicity: lessons learned from the bromfenac experience.  Pharmacoepidemiol Drug Safety 2006;15:213-20.

173.   Pais SA, Nathwani R, Dhar V, Nowain A, <u>Laine L</u>. Effect of frequent dosing of an oral proton pump inhibitor on intragastric pH. Aliment Pharmacol Ther 2006;23:1607-11.

174.   <u>Laine L</u>.  GI risk and risk factors of NSAIDs.  J Cardiovasc Pharmacol 2006;47(Suppl 1):S60-6.

175.   <u>Laine L</u>.  The gastroenterology boards.  Gastrointest Endosc 2006;64:246-7.

176.   Cannon CP, Curtis SP, Bolognese JA, <u>Laine L</u>.   Clinical trial design and patient demographics of the Multinational Etoricoxib and Diclofenac Arthritis Long-term (MEDAL) Study Program: Cardiovascular outcomes with etoricoxib versus diclofenac in patients with osteoarthritis and rheumatoid arthritis.  Am Heart J 2006;152:237-45.

177.   McQuaid KR, <u>Laine L</u>. Systematic Review and Meta-analysis of Adverse Events of Low-dose Aspirin and Clopidogrel in Randomized Controlled Trials.  Am J Med 2006;119:624-638

178.   <u>Laine L</u>. Smith R, Min K, Chen C, Dubois, RW.  Systematic review:  Lower gastrointestinal adverse effects of nonsteroidal anti-inflammatory drugs.  Aliment Pharmacol Ther 2006;24:751-67.

179.   <u>Laine L</u>. Gastrointestinal bleeding with low-dose aspirin:  what's the risk?  Aliment Pharmacol Ther 2006;24:897-908.

180.   Cannon CP, Curtis SP, FitzGerald GA, Krum H, Kaur A, Bolognese JA, Reicin AS, Bombardier C, Weinblatt ME, van der Heijde D, Erdmann E, <u>Laine L</u>. Cardiovascular outcomes with etoricoxib and diclofenac in patients with osteoarthritis and rheumatoid

31

arthritis in the Multinational Etoricoxib and Diclofenac Arthritis Long-term (MEDAL) programme: a randomised comparison. Lancet 2006;368:1771-81.

181.   Laine L, Curtis SP, Cryer B, Kaur A, Cannon CP. Assessment of upper gastrointestinal safety of etoricoxib and diclofenac in patients with osteoarthritis and rheumatoid arthritis in the Multinational Etoricoxib and Diclofenac Arthritis Long-term (MEDAL) programme: a randomised comparison. Lancet 2007;369:465-73.

182.   Spiegel BMR, Esrailian E, Laine L, Chamberlain MC.  Clinical impact of adjuvant chemotherapy on glioblastoma multiforme:  a meta-analysis.  CNS Drugs;2007;21:775-87.

183.   Schreiner GC, Laine L, Murphy SA, Cannon CP. Evaluation of proton pump inhibitor use in patients with acute coronary syndromes based on risk factors for gastrointestinal bleed. Crit Pathways Cardiol 2007;6:169-72.

184.   Fried M, Quigley EM, Hunt RH, Guyatt G, Anderson BO, Bjorman DJ, Farthing MJ, Fedail SS, Green-Thompson R, Hampton J, Krabshuis J, Laine L, Horton R. Are global guidelines desirable, feasible and necessary? Nature Clin Pract Gastroenterol Hepatol 2008;5:2-3.

185.   Fried M. Quigley EM, Hunt RH, Guyatt G, Anderson BO, Bjorkman DJ, Farthing MJ, Fedail SS, Green-Thompson R, Hampton J, Krabshuis J, Laine L, Horton R. Is an evidence-based approach to creating guidelines always the right one?. Nature Clin Pract Gastroenterol Hepatol 2008;5:60-1.

186.   Laine L, Long GL, Bakos GJ, Vakharia OJ, Cunningham C.  Optimizing bipolar electrocoagulation for endoscopic hemostasis: Assessment of factors influencing energy delivery and coagulation.  Gastrointest Endosc 2008;67:502-8.

187.   Fried M, Quigley EM, Hunt RH, Guyatt G, Anderson BO, Bjorkman DJ, Farthing MJ, Fedail SS, Green-Thompson R, Hampton J, Krabshuis J, Laine L, Horton R. Can global guidelines change health policy?.  Nature Clin Pract Gastroenterol Hepatol 2008;5:120-1.

188.   McQuaid KR, Laine L. A systematic review and meta-analysis of randomized, controlled trials of moderate sedation for routine endoscopic procedures.  Gastrointest Endosc 2008;67:910-23.

189.   de Franchis R, Eisen GM, Laine L, Fernandez-Urien I, Herrerias JM, Brown RD, Fisher L, Vargas HE, Vargo J, Thompson J, Eliakim R.  Esophageal capsule endoscopy for screening and surveillance of esophageal varices in patients with portal hypertension. Hepatology 2008;47:1595-603.

190.   Laine L, Shah A, Bemanian S. Intragastric pH with oral vs intravenous bolus plus infusion proton pump inhibitor therapy in patients with bleeding ulcers.  Gastroenterology 2008;134:1836-41.

191.   Laine L, Takeuchi K, Tarnawski A.  Gastric mucosal defense and cytoprotection: bench to bedside.  Gastroenterology 2008;135:41-60.

192.   Kline MM, Ewing M, Simpson N, Laine L. The utility of intraluminal impedance in patients with gastroesophageal reflux disease-like symptoms but normal endoscopy and 24-hour pH testing.  Clin Gastroenterol Hepatol 2008;6:880-5.

193.   Vakil N, Laine L, Talley NJ, Zakko SF, Tack J, Chey WD, Kralstein J, Earnest DL, Ligozio G, Cohard-Radice M. Tegaserod treatment for dysmotility-like functional dyspepsia: results of two randomized, controlled trials.  Am J Gastroenterol 2008;103:1906-19.

194.   Elmunzer BJ, Young SD, Inadomi JM, Schoenfeld P, Laine L.  Systematic review of the predictors of recurrent hemorrhage after endoscopic hemostatic therapy for bleeding peptic ulcers.  Am J Gastroenterol 2008;103:2625-32.

32

195. Chan FKL, Abraham NS, Scheiman JS, Laine L.  Management of patients on nonsteroidal anti-inflammatory drugs: a clinical practice recommendation from the first international working party on gastrointestinal and cardiovascular effects of nonsteroidal anti-inflammatory drugs and anti-platelet agents.  Am J Gastroenterol 2008;103:2908-18.

196. Laine L, Curtis SP, Langman M, Jensen DM, Cryer B, Kaur A, Cannon CP. Lower gastrointestinal events in a double-blind trial of the cyclo-oxygenase-2 selective inhibitor etoricoxib and the traditional nonsteroidal anti-inflammatory drug diclofenac.  Gastroenterology 2008;135:1517-25.

197. Laine L, White WB, Rostom A, Hochberg M.  COX-2 selective inhibitors in the treatment of osteoarthritis.  Sem Arthitis Rheum 2008;38:165-87.

198. Esrailian E, Gralnek IM, Jensen D, Laine L, Dulai JS, Eisen G, Spiegel BMR.  Evaluating the process of care in non-variceal upper gastrointestinal hemorrhage: a survey of experts vs. non-expert gastroenterologists.  Aliment Pharmacol Ther 2008;28:1199-208.

199. Laine L, McQuaid KR.  Endoscopic therapy for bleeding ulcers:  an evidence-based approach based on meta-analyses of randomized controlled trials.  Clin Gastroenterol Hepatol 2009;7:33-47.

200. Laine L, Goldkind L, Curtis SP, Connors L, Zhang Y, Cannon C.  How common is diclofenac-associated liver injury?  Analysis of 17,289 arthritis patients in a long-term prospective clinical trial.  Am J Gastroenterol 2009;104:356-62.

201. Palta R, Sahota A, Bemarki A, Salama P, Simpson N, Laine L.  Foreign body ingestion: characteristics and outcomes in a lower socioeconomic population with predominantly intentional ingestion.  Gastrointest Endosc 2009;69:426-33.

202. Laine L. Proton pump inhibitors and bone fractures?. Am J Gastroenterol 2009:104(2 Suppl):S21-6.

203. Combe B, Swergold G, McLay J, McCarthy T, Zerbini C, Emery P, Connors L, Kaur A, Curtis S, Laine L, Cannon CP.  Cardiovascular safety and gastrointestinal tolerability of etoricoxib vs diclofenac in a randomized controlled clinical trial (The MEDAL study).  Rheumatology 2009;48:425-32.

204. Spiegel BM, Farid M, van Oijen MG, Laine L, Howden CW, Esrailian E.  Adherence to best practice guidelines in dyspepsia: a survey comparing dyspepsia experts, community gastroenterologists and primary-care providers.  Aliment Pharmacol Ther 2009;29:871-81.

205. Krum H, Swergold G, Curtis SP, Kaur A, Wang H, Smugar SS, Weir MR, Laine L, Brater DC, Cannon CP. Factors associated with blood pressure changes in patients receiving diclofenac or etoricoxib: results from the MEDAL study.  J Hypertension 2009;27:886-93.

206. Krum H. Curtis SP. Kaur A. Wang H. Smugar SS. Weir MR. Laine L. Brater DC. Cannon CP.  Baseline factors associated with congestive heart failure in patients receiving etoricoxib or diclofenac: multivariate analysis of the MEDAL program.  Eur J Heart Failure 2009;11:542-50.

207. Sharma P, Chey W, Hunt R, Laine L, Malfertheiner P, Wani S.  Endoscopy of the esophagus in gastroesophageal reflux disease: are we losing sight of symptoms? Another perspective.  Dis Esoph 2009;22:461-6.

208. Laine L, Connors L, Griffin MR, Curtis SP, Kaur A, Cannon CP.  Prescription rates of protective co-therapy for NSAID users at high GI risk and results of attempts to improve adherence to guidelines.  Aliment Pharmacol Ther 2009;30:767-74.

209. Laine L, Hennekens, C. Proton pump inhibitor and clopidogrel interaction: fact or fiction. Am J Gastroenterol 2010;105:34-41.

210. Laine L, Spiegel B, Rostom A, Moayyedi P, Kuipers EJ, Bardou M, Sung J, Barkun AN. Methodology for randomized trials of patients with nonvariceal upper gastrointestinal

33

   bleeding: recommendations from an international consensus conference.  Am J
   Gastroenterol 2010;105:540-50.
211. Kim JJ, Simpson N, Klipfel N, DeBose R, Barr N, Laine L. Cytomegalovirus infection in
   patients with active inflammatory bowel disease.  Dig Dis Sci 2010;55:1059-65.
212. Laine L, Sahota A, Shah A.  Does capsule endoscopy improve outcomes in obscure
   gastrointestinal bleeding? Randomized trial versus dedicated small bowel radiography.
   Gastroenterology 2010;138:1673-80.
213. Laine L.  Primary prophylaxis of esophageal variceal bleeding: an endoscopic approach.
   J Hepatol 2010;52:944-5.
214. Laine L, Curtis SP, Cryer B, Kaur A, Cannon CP. Risk factors for NSAID-associated
   upper GI clinical events in a long-term prospective study of 34,701 arthritis patients.
   Aliment Pharmacol Ther 2010;32:1240-8.
215. Bhatt DL, Cryer BL, Contant CF, Cohen M, Lanas A, Schnitzer TJ, Shook TL, Lapuerta
   P, Goldsmith MA, Laine L, Scirica BM, Murphy SA, Cannon CP. Clopidogrel with or
   without omeprazole in coronary artery disease.  N Engl J Med 2010;363:1909-17.
216. Abraham NS, Hlatky MA, Antman EM, Bhatt DL, Bjorkman DJ, Clark CB, Furberg CD,
   Johnson DA, Kahi CJ, Laine L, Mahaffey KW, Quigley EM, Scheiman J, Sperling
   LS, Tomaselli GF. ACCF/ACG/AHA 2010 expert consensus document on the
   concomitant use of proton pump inhibitors and thienopyridines: a focused update of the
   ACCF/ACG/AHA 2008 expert consensus document on reducing the gastrointestinal
   risks of antiplatelet therapy and NSAID use. Am J Gastroenterol 2010;105:2533–2549;
   and J Am Coll Cardiol 2010;56:2051-66; and Circulation 2010; 122:2619-2633.
217. Laine L, Shah A.  Randomized trial of urgent vs. elective colonoscopy in patients
   hospitalized with lower GI bleeding.  Am J Gastroenterol 2010;105:2636-41.
218. Laine L, Katz PO, Johnson DA, Ibegbu I, Goldstein MJ, Chou C, Rossiter G, Lu Y.
   Randomised clinical trial: a novel rabeprazole extended release 50 mg formulation vs.
   esomeprazole 40 mg in healing of moderate-to-severe erosive oesophagitis – the results
   of two double-blind studies.  Aliment Pharmacol Ther 2011;33:203-12.
219. Laine L. Proton pump inhibitor co-therapy with clopidogrel:  Is there GI benefit or
   cardiovascular harm?  Gastroenterology 2011;140:769-82.
220. Ruff CT, Morrow DA, Jarolim P, Ren F, Contant CF, Kaur A, Curtis SP, Laine L, Cannon
   CP, Brune K.  Evaluation of NT-proBNP and high sensitivity C-reactive protein for
   predicting cardiovascular risk in patients with arthritis taking longterm nonsteroidal
   antiinflammatory drugs. J Rheumatol 2011;38:1071-8.
221. McQuaid KR, Laine L, Fennerty MB, Souza R, Spechler SJ. Systematic review: the role
   of bile acids in the pathogenesis of gastro-oesophageal reflux disease and related
   neoplasia. Aliment Pharmacol Ther 2011;34:146-65.
222. Laine L, Jensen DM. ACG Practice Guidelines:  Management of patients with ulcer
   bleeding.  Am J Gastroenterol 2012;107:345-60.
223. Laine L, Kivitz AJ, Bello AE, Grahn AY, Schiff MH, Taha AS. Double-blind randomized
   trials of single-tablet ibuprofen/high-dose-famotidine vs. ibuprofen alone for reduction of
   gastric and duodenal ulcers.  Am J Gastroenterol 2012;107:379-86.
224. Dadabhai AS, Fenkel JM, Brown DB, Laine L. Balloon-occluded retrograde transvenous
   obliteration for the treatment of gastric varices.  Hepatology 2012;55:1301-4.
225. Laine L, Yang H, Chang SC, Datto C. Trends for incidence of hospitalization and death
   due to GI complications in the United States from 2001 to 2009. Am J Gastro
   2012;107;1190-5.
226. Enestvedt BK. Tofani C. Laine LA. Tierney A. Fennerty MB. 4-liter split-dose
   polyethylene glycol is superior to other bowel preparations, based on systematic review

34

and meta-analysis. Clin Gastroenterol Hepatol 2012;10:1225-31

227. Krum H, Swergold G, Gammaitoni A, Peloso PM, Smugar SS, Curtis SP, Brater DC, Wang H, Kaur A, Laine L, Weir MR, Cannon CP. Blood pressure and cardiovascular outcomes in patients taking nonsteroidal antiinflammatory drugs. Cardiovasc Ther 2012;30:342-50.

228. Laine L. Blood transfusion for gastrointestinal bleeding.  N Engl J Med 2013;368:75-6.

229. Aslanian H, Laine L. Hemostatic powder spray for GI bleeding.  Gastrointest Endosc 2013;77:508-10.

230. Sheibani S, Kim JJ, Chen B, Park S, Saberi B, Keyashian K, Buxbaum J, Laine L. Natural history of acute upper GI bleeding due to tumors:  short-term success and long-term recurrence with or without endoscopic therapy.  Aliment Pharmacol Ther 2013;38:144-50.

231. de Groot NL, van Haalen HG, Spiegel BM, Laine L, Lanas A, Focks JJ, Siersema PD, van Oijen MG.  Gastroprotection in low-dose aspirin users for primary and secondary prevention of ACS: Results of a cost-effectiveness analysis including compliance. Cardiovasc Drugs Ther 2013;27:341-57.

232. Bhala N, Emberson J, Merhi A, Abramson S, Arber N, Baron JA, Bombardier C, Cannon C, Farkouh ME, FitzGerald GA, Goss P, Halls H, Hawk E, Hawkey C, Hennekens C, Hochberg M, Holland LE, Kearney PM, Laine L, Lanas A, Lance P, Laupacis A, Oates J, Patrono C, Schnitzer TJ, Solomon S, Tugwell P, Wilson K, Wittes J, Baigent C. Vascular and upper gastrointestinal effects of non-steroidal anti-inflammatory drugs: meta-analyses of individual participant data from randomised trials.  Lancet 2013;382:769-79.

233. Saliminejad M. Bemanian S. Ho A. Spiegel B. Laine L.  The yield and cost of colonoscopy in patients with metastatic cancer of unknown primary.  Aliment Pharmacol Ther 2013;38:628-33.

234. Sahakian AB, Aslanian HR, Mehra M, Rossi F, Laine L, Sanchez M, Ciarleglio MM, Adimoolam V, Siddiqui UD.  The utility of esophagogastroduodenoscopy before endoscopic ultrasonography in patients undergoing endoscopic ultrasonography for pancreatico-biliary and medistinal indications.  J Clin Gastroenterol 2013;47:857-60.

235. Kim JJ, Sheibani S, Park S, Buxbaum J, Laine L.  Causes of bleeding and outcomes in patients hospitalized with upper gastrointestinal bleeding. J Clin Gastroenterol 2014;48:113-8.

236. Kim JJ, Han A, Yan A, Cao D, Laine L.  Gastroenterologists' practice patterns for positive fecal occult blood test.  J Clin Gastroenterol 2014;48:119-26.

237. Hecht GA, Blaser MJ, Gordon J, Kaplan LM, Knight R, Laine L, Peek R, Sanders ME, Sartor B, Wu GD, Yang VW.  What is the value of a Food and Drug Administration new drug application for fecal microbiota transplantation to treat Clostridium difficile infection? Clin Gastroenterol Hepatol 2014;12:289-91.

238. Buxbaum J, Yan A, Yeh K, Lane C, Nguyen N, Laine L.  Aggressive hydration with lactated Ringer's solution reduces pancreatitis after endoscopic retrograde cholangiopancreatography.  Clin Gastroenterol Hepatol 2014;12:303-7.

239. Kim JJ, Lee JS, Olafsson S, Laine L.  Low adherence to Helicobacter pylori testing in hospitalized patients with bleeding peptic ulcer disease. Helicobacter 2014;19:98-104.

240. Laine L, Ganz RA. Our new president—John I. Allen, MD, MBA, AGAF. Gastroenterology 2014;146:1408-12.

241. Laine L.  NSAID-associated gastrointestinal bleeding: assessing the role of concomitant medications. Gastroenterology 2014;147:730-3.

242. Chaptini L, Chaaya A, Depalma F, Hunter K, Peikin S, Laine L.  Variation in polyp size

35

estimation among endoscopists and impact on surveillance intervals.  Gastrointest Endosc 2014;80:652-9.

243.  Clark BT, Rustagi T, <u>Laine L</u>. What level of bowel prep quality requires early repeat colonoscopy: systematic review and meta-analysis of the impact of preparation quality on adenoma detection rate.  Am J Gastroenterol 2014;109:1714-23.

244.  Sachar H, Vaidya K, <u>Laine L</u>.  Intermittent vs continuous proton pump inhibitor therapy for high-risk bleeding ulcers:  a systematic review and meta-analysis.  JAMA Intern Med 2014;174:1755-62.

245.  Park WG, Shaheen NJ, Cohen J, Pike IM, Adler DG, Inadomi JM, <u>Laine LA</u>, Lieb JG 2nd, Rizk MK, Sawhney MS, Wani S.  Quality indicators in EGD.  Gastrointest Endosc 2015;81:17-30 and Am J Gastroenterol 2015;110:60-71.

246.  Solad Y, Wang C, <u>Laine L</u>, Deng Y, Schartz H, Ciarleglio MM, Aslanian HR. Influence of colonoscopy quality measures on patients' colonoscopist selection.  Am J Gastroenterol 2015;110:215-9.

247.  Kim JJ, Walia S, Lee SH, Patel B, Vetsa M, Zhao Y, Srikureja W, <u>Laine L</u>. Lower yield of endoscopic ultrasound-guided fine-needle aspiration in patients with pancreatic head mass with a bilary stent. Dig Dis Sci 2015;60:543-9.

248.  <u>Laine L</u>, Kaltenbach T, Barkun A, McQuaid KR, Subramanian V, Soetikno R . SCENIC international consensus statement on surveillance and management of dysplasia in inflammatory bowel disease.  Gastroenterology 2015;148:639-51  and Gastrointest Endosc 2015;81:489-501.

249.  Chaptini L, <u>Laine L</u>. Can I improve my adenoma detection rate? J Clin Gastroenterol 2015;49:270-81

250.  Yan K, Bridges JFP, Augustin S, <u>Laine L</u>, Garcia-Tsao G, Fraenkel L.  Factors impacting physicians' decisions to prevent variceal haemorrhage. BMC Gastroenterol 2015;15:55.

251.  Muniraj T, Aslanian HR, <u>Laine L</u>, Farrell J, Ciarleglio MM, Deng Y, Ho H, Jamidar PA. A double-blind, randomized, sham-controlled trial of the effect of a radiation-attenuating drape on radiation exposure to endoscopy staff during ERCP. Am J Gastroenterol 2015;110:690-6.

252.  Lee F, Ohanian E, Rheem J, <u>Laine L</u>, Che K, Kim JJ.  Delayed endoscopic retrograde cholangiopancreatography is associated with persistent organ failure in hospitalised patients with acute cholangitis. Aliment Pharmacol Ther 2015;42:212-20.

253.  Kelly CR, Kahn S, Kashyap P, <u>Laine L</u>, Rubin D, Atreja A, Moore T, Wu G.  Update on fecal microbiota transplantation 2015: Indications, methodologies, mechanisms, and outlook.  Gastroenterology 2015;149:223-37.

254.  Vardi M, Cryer BL, Cohen M, Lanas A, Schnitzer TJ, Lapuerta P, Goldsmith MA, <u>Laine L</u>, Doros G, Liu Y, McIntosh AI, Cannon CP, Bhatt DL.  The effects of proton pump inhibition on patient-reported severity of dyspepsia when receiving dual anti-platelet therapy with clopidogrel and low-dose aspirin: analysis from the Clopidogrel and the Optimization of Gastrointestinal Events Trial.  Aliment Pharmacol Ther 2015;42;365-74.

255.  Rustagi T, Aslanian H, <u>Laine L</u>.  Treatment of refractory gastrointestinal strictures with Mitomycin C:  A systematic review.  J Clin Gastroenterol 2015;49:837-47.

256.  Lieberman D, Brill J, Canto M, DeMarco D, Fennerty B, Gupta N, <u>Laine L</u>, Lightdale C, Montgomery E, Odze R, Rex D, Sharma P, Kochman M, Tokar J. Management of diminutive colon polyps based on endoluminal imaging.  Clin Gastroenterol Hepatol 2015;13:1860-6.

257.  Sharma P, Brill J, Canto M, DeMarco D, Fennerty B, Gupta N, Laine L, Lieberman D, Lightdale C, Montgomery E, Odze R, Tokar J, Kochman M.  White Paper AGA: advanced imaging in Barrett's esophagus. Clin Gastroenterol Hepatol 2015;13:2209-18

36

258. Sanduleanu S, Kaltenbach T, Barkun A, McCabe RP, Velayos F, Picco MF, Laine L, Soetikno R, McQuaid KR. A roadmap to the implementation of chromoendoscopy in inflammatory bowel disease colonoscopy surveillance practice. Gastrointest Endosc 2016;83:213-22.

259. Clark BT, Protiva P, Nagar A, Imaeda A, Ciarleglio MM, Deng Y, Laine L. Quantification of adequate bowel preparation for screening or surveillance colonoscopy in men. Gastroenterology 2016;150:396-405.

260. Sahakian AB, Laine L, Jamidar PA, Siddiqui UD, Duffy A, Ciarleglio MM, Deng Y, Nagar A, Aslanian HR. Can a Computerized Simulator Assess Skill Level and Improvement in Performance of ERCP? Dig Dis Sci 2016;61:722-30.

261. Sharma P, Brill J, Canto M, DeMarco D, Fennerty B, Gupta N, Laine L, Lieberman D, Lightdale C, Montgomery E, Odze R, Tokar J, Kochman M. White Paper AGA: advanced imaging in Barrett's Esophagus.  Clin Gastroenterol Hepatol 2016;13:2209-18.

262. Vaduganathan M, Bhatt DL, Cryer BL, Liu Y, Hsieh WH, Doros G, Cohen M, Lanas A, Schnitzer TJ, Shook TL, Lapuerta P, Goldsmith MA, Laine L, Cannon CP. Proton-Pump Inhibitors Reduce Gastrointestinal Events Regardless of Aspirin Dose in Patients Requiring Dual Antiplatelet Therapy. J Am Coll Cardiol 2016;67:1661-71.

263. Soetikno R, Kaltenbach T, McQuaid KR, Subramanian V, Kumar R, Barkun AN, Laine L. Paradigm Shift in the Surveillance and Management of Dysplasia in Inflammatory Bowel Disease. Dig Endosc 2016;28:266-73.

264. Kaltenbach T, McQuaid KR, Soetikno R, Laine L. Improving detection of colorectal dysplasia in inflammatory bowel disease surveillance. Gastrointest Endosc 2016;83:1013-4.

265. Langberg KM, Parikh ND, Deng Y, Ciarlegio M, Laine L, Aslanian HR. Digital chromoendoscopy utilization in clinical practice: A survey of gastroenterologists in Connecticut. World J Gastrointest Pharmacol Ther. 2016;7:268-73.

266. Laine L. Deflating balloon tamponade: Should we expand the use of stents for severe refractory esophageal variceal bleeding?. Hepatology 2016;63:1768-70.

267. Laine L. Clinical Practice. Upper gastrointestinal bleeding due to a peptic ulcer. N Engl J Med 2016;374:2367-76.

268. Clark B, Parikh N, Laine L. Yield of repeat forward-view examination of the right side of the colon in screening and surveillance colonoscopy. Gastrointest Endosc 2016;84:126-32.

269. Graham DY, Laine L.  The Toronto Helicobacter pylori consensus in context. Gastroenterology 2016;151:9-12.

270. Laine L, Nagar A. Long-term PPI use: balancing potential harms and documented benefits.  Am J Gastroenterol 2016;111:913-5.

271. Park S, Laine L. Pursuing a clinical academic career during gastroenterology fellowship. Dig Dis Sci 2016;61:2162-4.

272. Sheibani S, Khemichian S, Kim JJ, Hou L, Yan AW, Buxbaum J, Dara L, Laine L. Randomized trial of 1-week versus 2-week intervals for endoscopic ligation in the treatment of patients with esophageal variceal bleeding.  Hepatology 2016;64:549-55.

273. Parikh ND, Chaptini L, Njei B, Laine L.  Diagnosis of sessile serrated adenomas/polyps with image-enhanced endoscopy: a systematic review and meta-analysis.  Endoscopy 2016;48:731-9.

274. Clark BT, Laine L.  High-quality bowel preparation is required for detection of sessile serrated polyps.  Clin Gastroenterol Hepatol 2016;14:1155-62.

275. Vaduganathan M, Cannon CP, Cryer BL, Liu Y, Hsieh WH, Doros G, Cohen M, Lanas A, Schnitzer TJ, Shook TL, Lapuerta P, Goldsmith MA, Laine L; Bhatt DL.  Efficacy and

37

safety of proton-pump inhibitors in high-risk cardiovascular subsets of the COGENT trial. Am J Med 2016;129:1002-5.

276.  Popov VB, Thompson CC, Kumar N, Ciarleglio MM, Deng Y, <u>Laine L</u>.  Effect of intragastric balloons on liver enzymes: a systematic review and meta-analysis.  Dig Dis Sci 2016;61:2477-87.

277.  <u>Laine L</u>.  Risk assessment tools for gastrointestinal bleeding.  Clin Gastroenterol Hepatol 2016;14:1571-3.

278.  Buxbaum J, Leonor P, Tung J, Lane C, Sahakian A, <u>Laine L</u>. Randomized trial of endoscopist-controlled vs. assistant-controlled wire-guided cannulation of the bile duct. Am J Gastroenterol 2016;111:1841-7.

279.  Park S, Abdi T, Gentry M, <u>Laine L</u>. Histological disease activity as a predictor of clinical relapse among patients with ulcerative colitis: systematic review and meta-analysis. Am J Gastroenterol 2016;111:1692-1701.

280.  Stanley A, <u>Laine L</u>, Dalton HR, Ngu J, Schultz M, Abazi R, Zakko L, Thornton S, Wilkinson K, Khor CJL, Murray IA, Laursen SB. Comparison of risk scoring systems for patients presenting with upper gastrointestinal bleeding: international multicentre prospective study. BMJ 2017;356:i6432.

281.  Zakko L, Rustagi T, Douglas M, <u>Laine L</u>. No benefit from platelet transfusion for gastrointestinal bleeding in patients taking antiplatelet agents.  Clin Gastroenterol Hepatol 2017;15:46-52.


**Correspondence in Peer Review Journals**:

1.  <u>Laine L</u>.  Endoscopic coagulation for gastrointestinal bleeding.  N Engl J Med 1988;318:187-8.

2.  Valenzuela JE.  Schubert T, Posillico J, <u>Laine L</u>.  Somatostatin for acute  hemorrhage from esophageal varices.  Hepatology 1990;12:625-6.

3.  <u>Laine L</u>.  Cost-effective treatment of candida esophagitis.  Ann Intern Med 1993;118:825.

4.  <u>Laine L</u>.  H. pylori eradication in gastroesophageal reflux disease.  Gastroenterology 1997;113:2019-20.

5.  Bombardier C, <u>Laine L</u>, Reicin A.  Upper gastrointestinal toxicity of rofecoxib and naproxen.  N Engl J Med 2001;344:1398-9.

6.  <u>Laine L</u>.  Reply-potential gastrointestinal effects of longterm acid suppression with proton pump inhibitors.  Aliment Pharmacol Ther 2001;15:1085-6.

7.  <u>Laine L</u>, Fennerty MB, Schoenfeld P. Helicobacter pylori eradication therapy for nonulcer dyspepsia.  Ann Intern Med 2002;136:555.

8.  <u>Laine L</u>.  Helicobacter pylori eradication on esophagitis and GERD: response to Dr. Loffeld.  Am J Gastroenterol 2003;98:1202-3.

9.  <u>Laine L</u>., Dubois RW.  Reply-"Guidelines or marketing for non-steroidal anti-inflammatory drug and proton pump inhibitor use?"  Aliment Pharmacol Ther 2004;19:1324-5

10.  <u>Laine L</u>. Higgins PDR.  Author's reply-Epidemiology of ischaemic colitis.  Aliment Pharmacol Ther 2004;20:698-9.

11.  <u>Laine L</u>. Reply-"Endoscopic ulcers with low-dose aspirin and reality testing". Gastroenterology 2005;128:807-8.

12.  Laine L, McQuaid K. Bleeding complications related to aspirin dose. Am J Cardiol 2005; 96:1035-6.

13.  Laine L, McQuaid K. Reply-Early heartburn relief with proton pump inhibitors and the marketing of Zegerid.  Clin Gastroenterol Heptatol 2005;3:1047.

38

14. <u>Laine L</u>, McQuaid K.  Bleeding complications related to aspirin dose. Am J Cardiol 2005;96:1035-6.
15. <u>Laine L</u>. Systematic review of endoscopic therapy for ulcers with clots: Can a meta-analysis be misleading?. Gastroenterology 2005;129:2127.
16. Bombardier C, <u>Laine L</u>, Burgos-Vargas R, Davis B, Day R, Ferraz MB, Hawkey CJ, Hochberg MC, Kvien TK, Schnitzer TJ, Weaver A. Response to expression of concern regarding VIGOR study. N Engl J Med 2006;354:1196-8.
17. <u>Laine L</u>. Risk of low-dose aspirin: emphasis on outliers undermines the credibility of the conclusions: author's reply. Aliment Pharmacol Ther 2007;25:346-7.
18. Bhatt DL, <u>Laine L</u>, Cannon CP.  Authors' reply: clopidogrel with or without omeprazole in coronary disease.  N Engl J Med 2011;364:682-3.
19. Bombardier C, <u>Laine L,</u> Day R, Hawkey CJ, Hochberg MC, Schnitzer TJ.  Rofecoxib and clinically significant gastrointestinal events.  Am J Med Sci 2011;342:438-9.
20. <u>Laine L</u>, Jensen DM, McQuaid KR. Response to Letter.  Am J Gastroenterol 2012;107:1591.
21. Kim JJ, Lee F, <u>Laine L</u>. Letter: acute cholangitis: understanding predictors of outcome - authors' reply. Aliment Pharmacol Ther 2015;42:778.
22. <u>Laine L</u>, Kaltenbach T, Barkun A, McQuaid KR, Subramanian V, Soetikno R.  Response to Editorial of Peter D.R. Higgins (July 2015). Am J Gastroenterol 2015;110:1734-5.
23. Vaduganathan M, Bhatt DL, Cryer BL, Liu Y, Hsieh WH, Doros G, Cohen M, Lanas A, Schnitzer TJ, Shook TL, Lapuerta P, Goldsmith MA, <u>Laine L</u>, Cannon CP.  Reply: High risk of gastrointestinal bleeding on dual antiplatelet treatment. J Am Coll Cardiol 2016;68:981-2.
24. Vaduganathan M, Cannon CP, Cryer BL, Liu Y, Hsieh WH, Doros G, Cohen M, Lanas A, Schnitzer TJ, Shook TL, Lapuerta P, Goldsmith MA, Laine L, Bhatt DL. Efficacy and safety of proton-pump inhibitors in high-risk cardiovascular subsets of the COGENT trial. Am J Med 2016;129:1002-5.

**Publications in Non-Peer-Review Journals**:
1. <u>Laine L</u>. Bleeding ulcers--injection therapy.  In Gastrointestinal Endoscopy: Diagnostic and Therapeutic Procedures.  American Society for Gastrointestinal Endoscopy. Manchester, MA.  1989, pp 435-4.
2. <u>Laine L</u>.  Are gastritis and peptic ulcers infectious diseases?  Contemp Intern Med 1990;2:22-33.
3. <u>Laine L</u>.  Upper gastrointestinal bleeding.  Decision Making in GI.  Disease 1991;14:1-7.
4. <u>Laine L</u>.  Bipolar electrocoagulation of bleeding ulcers.  Gastrointest Endosc Clin N Amer 1991;1:291-302.
5. <u>Laine L</u>.  Helicobacter pylori, gastric ulcer, and noxious agents on the gastric mucosa. Gastroenterol Clin N Am 1993;22:117-25.
6. <u>Laine L</u>.  Commentary on "Endoscopic injection for bleeding peptic ulcers" and  "Endoscopic injection for bleeding duodenal ulcers".  ACP J Club 1992;Sept-Oct: 38-9(Ann Intern Med vol 117, suppl 2).
7. <u>Laine L</u>.  Equipment review: endoscopic treatment of upper gastrointestinal bleeding. World Gastroenterology News 1994;1:6-7.
8. <u>Laine L</u>.  GI Focus (American College of Gastroenterlogy):  Helicobacter pylori.  1994
9. <u>Laine L</u>.  Evaluation and management of the patient with bleeding peptic ulcer.    Clinical Update (American Society for Gastrointestinal Endoscopy) 1994;2:1-4.
10. <u>Laine L</u>.  Swallowing difficulties in a patient with HIV: The case against endoscopy.  J Critical Illness 1994;9:825-6.

39

11. <u>Laine L</u>.  Management of upper gastrointestinal bleeding.  Gastrointest Dis Today 1995;4:11-18.
12. <u>Laine L</u>.  H. Pylori eradication protocols.  Part III: emerging regimens examined. The DHI Report, 1996;2:1-2.
13. Laine L.  Commentary on "Octreotide after endoscopic variceal ligation reduces recurrent bleeding".  ACP Journal Club 1996;66:
14. <u>Laine L</u>.  Nonsteroidal anti-inflammatory drug gastropathy.  Gastrointest Endosc Clin N Am 1996;6:489-504.
15. Bonacini M, <u>Laine L</u>.  Esophageal disease in patients with AIDS: Diagnosis and treatment.  Gastrointest Endosc Clin N Am 1998;8:811-23.
16. <u>Laine L</u>.  Foreword: Helicobacter Pylori.  Gastroenterol Clin N Am 2000;29:xi-xii.
17. <u>Laine L</u>.  Commentary on "Octreotide reduces rebleeding more than does vasopressin or terlipressin in patients with esophageal varices".  ACP Journal Club 2001;135:51.
18. <u>Laine L</u>.  Commentary on "Omeprazole was better than H. pylori eradication for preventing recurrent bleeding in patients receiving naproxen".  ACP Journal Club 2001; 135:92.
19. <u>Laine L</u>. Commentary on "Celecoxib was as effective as diclofenac plus omeprazole in reducing recurrent ulcer bleeding in arthritis.  ACP Journal Club 2003;139:12.
20. <u>Laine L</u>.  Commentary on "Coxibs were not cost-effective for arthritis pain in patients with average risk for ulcer complications.  ACP Journal Club 2003;139:53.
21. <u>Laine L</u>.  Commentary on "Coxibs were not cost-effective for arthritis pain in patients with average risk for ulcer complications.  Evidence Based Medicine 2003;8:159
22. <u>Laine L</u>.  The role of proton pump inhibitors in NSAID-associated gastropathy and upper gastrointestinal symptoms.  Rev Gastroenterol Disord 2003;3(Suppl 4):S30-9.
23. <u>Laine L</u>. An evidence-based approach to safety:  Safety of long-term use of proton pump inhibitors.  Evidence Based Medicine in Gastric Disorders.  Nov. 2003.  McMahon Publishing Group.
24. <u>Laine L</u>.  Bleeding ulcers with visible vessels or clots: Is IV PPI therapy enough? Evidence-based Gastroenterology 2004;5:6-7.
25. <u>Laine L</u>.  Proton pump inhibitor co-therapy with nonsteroidal anti-inflammatory drugs— nice or necessary?  Rev Gastroenterol Disord 2004;4(Suppl 4):S33-41.
26. <u>Laine L</u>.  Upper Gastrointestinal Bleeding.  ASGE Clinical Update.  2007;14(3):1-4.

**Book Editor**:
1. Yamada T, Alpers DH, <u>Laine L</u>, Owyang C, Powell D, eds.  Textbook of Gastroenterology, 3rd Edition.  Lippincott-Williams & Wilkins, 1999.
2. Yamada T, Alpers DH, <u>Laine L</u>, Owyang C, Powell D, eds.  Atlas of Gastroenterology, 2nd Edition.  Lippincott-Williams & Wilkins, 1999.
3. Yamada T, Alpers DH, Kaplowitz N, <u>Laine L</u>, Owyang C, Powell D, eds.  Textbook of Gastroenterology, 4th Edition.  Lippincott-Williams & Wilkins, 2003.
4. Yamada T, Alpers DH, Kaplowitz N, <u>Laine L</u>, Owyang C, Powell D, eds.  Atlas of Gastroenterology, 3rd Edition.  Lippincott-Williams & Wilkins, 2003.

**Book Chapters**:
1. Isenberg J, Mc Quaid KR, <u>Laine L</u>, Rubin W.  Diseases of the stomach and duodenum: Helicobacter pylori, peptic ulcer diseases and gastritis.  In Textbook of Gastroenterology. Yamada T, Ed. J.B. Lippincott Company.  1991 pp. 1241-98.
2. Mc Quaid KR, <u>Laine L</u>.  Acid peptic disorders.  In Atlas of  Gastroenterology.  Yamada T, (Ed.)  J.B. Lippincott Company, 1992 pp. 164 -71.

40

3.  Laine L.  Endoscopic therapy of non-variceal bleeding: Bipolar/multipolar  probe.  In Gastrointestinal Bleeding.  Schuman BM, Sugawa C, Lucas C, (Eds.) Igaku-Shoin Medical Publishers 1992 pp. 314-23.

4.  Peterson WL, Laine L.  Gastrointestinal bleeding.  In Gastrointestinal Disease, 5th Edition.  Sleisenger MH, Fordtran JS, Ed.  W.B. Saunders Company 1993; pp. 162-92.

5.  Laine L.  Techniques and results for control of gastrointestinal bleeding: bipolar/multi-polar electrocoagulation and heater probe.  In: Barkin JS, O'Phelan CA (Eds).  Advanced therapeutic endoscopy. 2nd Ed.  New York: Raven Press 1994; pp. 119-23.

6.  Isenberg J, McQuaid KR, Laine L, Walsh JH.  Acid Peptic Disorders.  In  Textbook of Gastroenterology.  Yamada T, Ed. J.B. Lippincott Co. 2nd Edition 1995;1347-1430.

7.  Laine L.  Gastrointestinal bleeding.  In Sleisenger and Fordtran's Gastrointestinal Disease, 6th Edition.  Feldman M, Scharschmidt B, Sleisenger MH, Eds.  W.B. Saunders Co. 1997; pp. 198-219.

8.  Del Valle J, Cohen H, Laine L, Scheiman J.  Acid Peptic Disorders.  In Textbook of Gastroenterology, 3rd Edition.  Yamada T, Alpers DH, Laine L, Owyang C, Powell D, Eds. Lippincott Williams & Wilkins.  1999; pp. 1370-1444.

9.  Cohen H, Laine L.  Helicobacter pylori and nonulcer dyspepsia.  In Dyspepsia.  Johnson DA, Katz PO, Castell DO, Eds.  American College of Physicians.  Philadelphia, PA.  2000; pp 63-77.

10. Fennerty MB, Laine LA.  How to explain outcome differences in dyspepsia studies.  Helicobacter pylori:  Basic Mechanisms to Clinical Cure 2000.  Hunt RH, Tytgat GNJ, Eds.  Kluwer Academic Publishers.  2000; pp. 421-5.

11. Laine L.  Gastrointestinal Bleeding.  In Harrison's Principles of Internal Medicine, 15th Edition.  Braunwald E, Fauci AS, Kasper DL, Hauser SL, Longo DL, Jameson JL, Eds.  The McGraw-Hill Companies, Inc.  2001; pp. 252-4.

12. Laine LA, Burroughs AK, Silvain C, Vinel JP, Bosch J.  Treatment of the acute bleeding episode.  In Portal Hypertension III.  De Franchis R, Ed.  Blackwell Science.  2001; pp. 134-69.

13. Laine L. Helicobacter pylori eradication does not benefit non-ulcer dyspepsia.  Helicobacter pylori:  Basic Mechanisms to Clinical Cure 2002.  Hunt RH, Tytgat GNJ, Eds.  Kluwer Academic Publishers.  2002; pp.275-81.

14. Laine L. Is it time for quadruple therapy to be first line?  Helicobacter pylori:  Basic Mechanisms to Clinical Cure 2002.  Hunt RH, Tytgat GNJ, Eds.  Kluwer Academic Publishers.  2002; pp.347-51.

15. Laine L.  Gastrointestinal Bleeding.  In Harrison's Principles of Internal Medicine, 16th Edition.  Kasper DL, Braunwald E, Fauci AS, Hauser SL, Longo DL, Jameson JL, Eds.  The McGraw-Hill Companies, Inc.  2005; pp. 235-8.

16. Laine L, Planas R, Nevens F, Banares R, Patch D, Bosch J.  Treatment of the acute bleeding episode.  In Portal Hypertension IV.  Proceedings of the Fourth International Consensus Workshop on Methodology of Diagnosis and Treatment.  De Franchis R, Ed.  Blackwell Publishing.  2006; pp. 217-42.

17. Laine L.  Gastrointestinal Bleeding.  In Harrison's Principles of Internal Medicine, 17th Edition.  Fauci AS, Braunwald E, Kasper DL, Hauser SL, Longo DL, Jameson JL, Loscalzo J, Eds.  The McGraw-Hill Companies, Inc.  2008; pp. 257-60.

18. Laine L.  Treatment of acute bleeding.  In Portal Hypertension V.  Proceedings of the Fifth Baveno International Consensus Workshop.  De Franchis R, Ed. Wiley-Blackwell.  2011; pp. 103-115.

19. Laine L.  Gastrointestinal Bleeding.  In Harrison's Principles of Internal Medicine, 18th Edition.  Longo DL, Fauci AS, Kasper DL, Hauser SL, Jameson JL, Loscalzo J, Eds.

41

The McGraw-Hill Companies, Inc.  2012; pp. 320-4.

20.    Laine L.  Gastrointestinal Bleeding. In Harrison's Principles of Internal Medicine, 19th Edition.  Kasper DL, Fauci AS, Kasper DL, Hauser SL, Longo KL, Jameson JL, Loscalzo J, Eds.  McGraw-Hill Education.  2015; pp. 276-9.