# VARGAS DEFENDANT'S PRETRIAL MEMO

# EXHIBIT D

# VARGAS TRIAL EXHIBIT LIST

Venue: United States District Court for the Middle District of Pennsylvania
Case Name: Joanna Vargas, Executrix of the Estate of Justino Vargas v. Penn State Milton S. Hershey Medical Center
Case No: 1:16-CV-01657
Submitting Party: Defendant

**Updated 5/1/18**

| Exhibit Number | | Description of Object or Item | Identified | Date entered in Evidence | Witness on Stand |
|---|---|---|---|---|---|
| PTF | DFT | **MEDICAL RECORDS** | | | |
| | D-1 | Medical records of Hershey Medical Center | HMC0001-0235 | | |
| | D-2 | Radiology/Diagnostic Studies of Hershey Medical Center | Radiology DVD | | |
| | D-3 | Medical records of Mecklenberg EMS | MEMS001-034 | | |
| | D-4 | Medical records of Carolinas Medical Center | CMC001-083 | | |
| | D-5 | Records of Mecklenberg Medical Examiner | MME(p)001-005 | | |
| | D-6 | Records of York Pathology Associates including Autopsy Report | YP001-031 | | |
| | D-7 | Death Certificate of Justino Vargas | DC(p)001 | | |
| | D-8 | Medical records of Jawad Farhat, MD re: Mr. Vargas | JF-MR001-277 | | |
| | D-9 | Medical records of GI Associates of St. Augustine | GIA001-041 | | |
| | D-10 | Medical records of Flagler Hospital | FH0001-0808 | | |
| | D-11 | Medical records of Orthopaedic Asso. of St. Augustine | OASA001-156 | | |
| | D-12 | Medical records of Florida Sports Medicine Institute | FSMI(p)001-062 | | |
| | D-13 | Medical records of Pain Management Specialists | PMS001-035 | | |
| | D-14 | Records of Walgreens Pharmacy | WP001-052 | | |
| | D-15 | Medical records of Jawad Farhat, MD re: Mrs. Vargas | JFMRS001-016 | | |
| | D-16 | Records of Leslie Feret, LSW re: Mrs. Vargas | LF001-011 | | |
| | | **EXPERTS** | | | |
| | D-17 | 1/17/17 Report of Pl. Expert Neil Julie, MD | | | |
| | D-18 | 1/10/18 Supplemental Report of Pl. Expert Neil Julie, MD | | | |
| | D-19 | CV of Neil Julie, MD | | | |
| | D-20 | Deposition Transcript of Neil Julie, MD w/ Exhibits | | | |

# VARGAS TRIAL EXHIBIT LIST

Venue: United States District Court for the Middle District of Pennsylvania
Case Name: Joanna Vargas, Executrix of the Estate of Justino Vargas v. Penn State Milton S. Hershey Medical Center
Case No: 1:16-CV-01657
Submitting Party: Defendant

| Exhibit Number | Description of Object or Item | Identified | Date entered in Evidence | Witness on Stand |
|---|---|---|---|---|
| D-20(A) | Videotape Deposition of Neil Julie, MD | (physical exhibit) | | |
| D-21 | 1/30/17 Report of Pl. Expert David Hopkins, ASA | | | |
| D-22 | CV of David Hopkins, ASA | | | |
| D-23 | Undated Report of Defense Expert Loren Laine, MD | | | |
| D-24 | CV of Loren Laine, MD | | | |
| D-25 | Deposition Transcript of Loren Laine, MD w/ Exhibits | | | |
| D-25(A) | Videotape Deposition of Loren Laine, MD | (physical exhibit) | | |
| D-26 | 3/12/18 Report of Defense Expert Stephen Lagana, MD | | | |
| D-27 | CV of Stephen Lagana, MD | | | |
| D-28 | Deposition Transcript of Stephen Lagana, MD w/ Exhibits | | | |
| D-28(A) | Videotape Deposition of Stephen Lagana, MD | (physical exhibit) | | |
| | **DEPOSITION TRANSCRIPTS/VIDEOS** | | | |
| D-29 | Deposition Transcript of Joanna Vargas w/ Errata & Exhibits | | | |
| D-29(A) | Videotape Deposition of Joanna Vargas | | | |
| D-30 | Deposition Transcript of Charles Dye, MD w/ Errata | | | |
| D-31 | Deposition Transcript of Daniel Lotner, MD w/ Errata | | | |
| D-32 | Deposition Transcript of Simon Mucha, MD w/ Errata | | | |
| D-33 | Deposition Transcript of Isabel Brea, MD | | | |
| D-34 | Deposition Transcript of Amy Welch, MD | | | |
| D-35 | Deposition Transcript of Robert E. Thomas, Jr., MD w/ Exhibits | | | |
| D-36 | Deposition Transcript of Jerry Ray w/ Exhibits | | | |
| D-36(A) | Videotape Deposition of Jerry Ray | (physical exhibit) | | |
| D-37 | Deposition Transcript of Philipp Cappuccio | | | |
| D38 | Deposition Transcript of Justin Vargas, Jr. w/ Errata | | | |

# VARGAS TRIAL EXHIBIT LIST

Venue: United States District Court for the Middle District of Pennsylvania
Case Name: Joanna Vargas, Executrix of the Estate of Justino Vargas v. Penn State Milton S. Hershey Medical Center
Case No: 1:16-CV-01657
Submitting Party: Defendant

| Exhibit Number | Description of Object or Item | Identified | Date entered in Evidence | Witness on Stand |
|---|---|---|---|---|
| D38(A) | Videotape Deposition of Justin Vargas, Jr. | | | |
| D-39 | Deposition Transcript of Justin Philip Vargas | | | |
| D-40 | Deposition Transcript of David Vargas | | | |
| D-41 | Deposition Transcript of Adam Vargas | | | |
| D-42 | Certificate of Non-Appearance for Edward Vargas | | | |
| | **PLEADINGS** | | | |
| D-43 | Plaintiff's Complaint w/ Certificate of Merit | | | |
| D-44 | Defendant's Answer to Plaintiffs' Complaint | | | |
| D-45 | Defendant's Corporate Disclosure Statement | | | |
| D-46 | Plaintiff's Rule 26(a)(1) Initial Disclosures | | | |
| D-47 | Defendant's Rule 26(a)(1) Initial Disclosures | | | |
| | **DISCOVERY** | | | |
| D-48 | Plaintiff's Answers to Defendant's Interrogatories | | | |
| D-49 | Plaintiff's Responses to Defendant's Request for Production of Documents | | | |
| D-50 | Plaintiff's Document Production – February 10, 2017 w/ 19 separate attachments | | | |
| D-51 | Answers and Objections to Plaintiff's Interrogatories and RFP Addressed to Defendant w/ attached Privilege Log | | | |
| D-52 | First Supplemental Answers and Objections to Plaintiff's Interrogatories and RFP Addressed to Defendant w/ attachments and Privilege Log | | | |
| D-53 | Second Supplemental Answers and Objections to Plaintiff's Interrogatories and RFP Addressed to Defendant w/ attachments | | | |

# VARGAS TRIAL EXHIBIT LIST

Venue: United States District Court for the Middle District of Pennsylvania
Case Name: Joanna Vargas, Executrix of the Estate of Justino Vargas v. Penn State Milton S. Hershey Medical Center
Case No: 1:16-CV-01657
Submitting Party: Defendant

| | Exhibit Number | Description of Object or Item | Identified | Date entered in Evidence | Witness on Stand |
|---|---|---|---|---|---|
| | D-54 | Objections and Responses to Plaintiff's Interrogatories and RFP Directed to Defendant (July 18, 2017) w/ attachments | | | |
| | D-55 | Objections and Responses to Plaintiff's 17 August 2017 RFP Directed to Defendant | | | |
| | | **MISCELLANEOUS EXHIBITS** | | | |
| | D-56 | Hershey Medical Center Billing Records | 3002-3010 | | |
| | D-57 | Insurance Records of First Coast Service Options of FL – Medicare | FCSOM0001 – 0123 | | |
| | D-58 | 10/17/16 Corre. from FL Medicaid Recovery – No Lien | | | |
| | D-59 | 6/30/17 Corre. from CMS Medicare – No Lien | | | |
| | D-60 | US Airways/American Airlines Flight Incident Report | USAIR(p)001-006 | | |
| | D-61 | US Airways Tickets/Information 11/28/14 and 12/3/14 Flights | | | |
| | D-62 | Text Messages produced 1/16/18 | | | |
| | D-63 | Joanna Vargas's Handwritten Notes | | | |
| | D-64 | Plaintiff's Income Tax Returns 2007, 2009 and 2014 | | | |
| | D-65 | HMC Chart Locator and Chart Access Logs (Redacted) | 4173-4178 | | |
| | D-66 | Exam Audit Trail (Redacted) | 4179-4181 | | |
| | D-67 | Diagnostic Exam & Results Audit Trail (Redacted) | 4182-4186 | | |
| | D-68 | Screen Shots of Endoscopy Diagnostic Exam Audit Trail Log (Redacted) | 4187-4194 | | |
| | D-69 | Pager Records of Dr. Daniel Lotner (Redacted) | 3011-3012 | | |
| | D-70 | Pager Records of Dr. Simon Mucha (Redacted) | 4277-4279 | | |
| | D-71 | Pager Records of Dr. Charles Dye (Redacted) | 4280-4281 | | |
| | D-72 | Pager Records of Dr. Amy Welch (Redacted) | 4282-4283 | | |

# VARGAS TRIAL EXHIBIT LIST

Venue: United States District Court for the Middle District of Pennsylvania
Case Name: Joanna Vargas, Executrix of the Estate of Justino Vargas v. Penn State Milton S. Hershey Medical Center
Case No: 1:16-CV-01657
Submitting Party: Defendant

| Exhibit Number | Description of Object or Item | Identified | Date entered in Evidence | Witness on Stand |
|---|---|---|---|---|
| D-73 | Pager Records of Dr. Isabel Brea (Redacted) | 4284 | | |
| D-74 | Endoscopy Manual Table of Contents (Updated 2/10/14) | 4153-4155 | | |
| D-75 | Clinical Practice Manual Nursing Table of Contents (Updated 12/31/13) | 4168-4172 | | |
| D-76 | Policy 8-02-007 Admission and Discharge (Effective 2/12) | 4271-4273 | | |
| D-77 | Policy 8-01-001 EGD (Effective 12/13) | 4318-4320 | | |
| D-78 | Policy 8-02-002 Endoscopy Standard of Care (Effective 12/14) | 4162-4167 | | |
| D-79 | Policy 8-01-008 Gastric Analysis (Effective 3/10) | 4321-4323 | | |
| D-80 | Policy 413NAM Departure Against Medical Advice (Effective 10/12) | 4324-4326 | | |
| D-81 | Policy E-8CPMN Emergency Department Standard of Care (Effective March 2014) | 4327-4332 | | |
| D-82 | Policy E-4CPMN Endoscopy Standard of Care (Effective 12/14) | 4333-4338 | | |
| D-83 | Policy I-13CPMN Intermediate Care Unit Standard of Care (Effective 2/13) | 4339-4343 | | |
| D-84 | Letters of Administration | | | |
| D-85 | Radiology Film History | 3000 | | |
| D-86-90 | Demonstrative Exhibits / Anatomic Illustrations TBD | | | |
| | **PLAINTIFFS' EXHIBITS** | | | |
| | Photographs | | | |
| | Articles | | | |
| | Timeline | | | |

# VARGAS TRIAL EXHIBIT LIST

Venue: United States District Court for the Middle District of Pennsylvania
Case Name: Joanna Vargas, Executrix of the Estate of Justino Vargas v. Penn State Milton S. Hershey Medical Center
Case No: 1:16-CV-01657
Submitting Party: Defendant

| Exhibit Number | Description of Object or Item | Identified | Date entered in Evidence | Witness on Stand |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **DEFENDANT'S EXHIBITS** | | | |
| | Photographs | | | |
| | Articles | | | |
| | Timeline | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |