# Exhibit "D"

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOANNA VARGAS, AS EXECUTRIX OF THE ESTATE OF JUSTINO VARGAS, AND IN HER OWN RIGHT** : : : : : PLAINTIFF, : v. : : **PENN STATE HERSHEY MILTON S. HERSHEY MEDICAL CENTER** : : DEFENDANT. : | CIVIL ACTION<br><br>NO. 1:16:CV-01657-YK<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S PROPOSED SPECIAL VERDICT QUESTIONS

Respectfully submitted,

THE BEASLEY FIRM, LLC

Date: 25 May 2018            By: */s/James E. Beasley, Jr.*
                                   JAMES E. BEASLEY, JR.
                                   Attorney for Plaintiff

**Question 1:**

**Do you find that Defendant, Penn State Milton S. Hershey Medical Center, through any of its healthcare providers involved in Justino Vargas' treatment were negligent?**

       _____Yes   _____No

If you answered "Yes," proceed to Question 2.  If you answer Question 1 "No," then plaintiff cannot recover and you should not answer any further questions.  Please inform the court officer.

**Question 2:**

**Was the negligence identified in your response to question 1 a factual cause of the injuries to and death of Justino Vargas?**

       _____Yes   _____No

If you answered "Yes," proceed to Question 3.  If you answer Question 2 "No," the plaintiffs cannot recover and you should not answer any further questions.  Please inform the court officer.

**Question 3:**

**Write the amount of Wrongful Death damages.**

  $_____

**Write the amount of Survival Act damages.**

  $_____

**Question 4:**

**Did the conduct of Penn State Milton S. Hershey Medical Center, through any of its healthcare providers involved in Justino Vargas' treatment, cause Joanna Vargas' physical manifestations and emotional distress?**

_____**Yes**   _____**No**

If you answered "Yes", please state the damages you award to Joanna Vargas for such negligent infliction of emotional distress:

$_____

**SIGN THE VERDICT SHEET BELOW AND RETURN TO THE COURTROOM**

_____
FOREPERSON

Date:_____