# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNA VARGAS,<br>    Plaintiff<br><br>v.<br><br>PENN STATE HERSHEY<br>MILTON S. HERSHEY<br>MEDICAL CENTER,<br>    Defendant | :<br>:<br>:   No. 1:16-cv-01657<br>:<br>:   (Judge Kane)<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, on this 25th day of June 2018, counsel having reported to the Court that the parties have reached a settlement of the above-captioned action (Doc. No. 39), **IT IS ORDERED THAT** this action is dismissed without costs and without prejudice, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated. The Clerk of Court is directed to **CLOSE** the case.

                                                           s/ Yvette Kane
                                                          Yvette Kane, District Judge
                                                          United States District Court
                                                          Middle District of Pennsylvania