# EXHIBIT  B

**The Beasley Firm, LLC**    Case 1:16-cv-01657-YK    Document 41-2    Filed 08/02/18    Page 2 of 4   Print Date: 6/28/2018<br>Print Time:  9:14:04AM

Page 1 of 2

**Case Number:**   762016 - Vargas, Justino, dec. (Joanna, Admx.) v.

Start Date:   01/13/2016
Plaintiff: Vargas, Mr. Justino
Defendant:

Primary Attrny:   JBJ
Sup Attorney 1:   JBJ
Sup Attorney 2:

Referral:

## CASE COSTS

| | | |
|---|---:|---:|
| **EXPERT** | | |
| DAVID L. HOPKINS, A.S.A. | 2,325.00 | |
| DENISE W. GEE, M.D. | 2,250.00 | |
| DOUGLAS K. REX, M.D. | 1,250.00 | |
| FMAS CORPORATION | 14,912.50 | |
| STEPHEN M. LAGANA | 5,000.00 | |
| | | 25,737.50 |
| **MEDICAL RECORDS** | | |
| AMERICAN AIRLINES, INC | 35.00 | |
| THE MCS GROUP, INC. | 343.67 | |
| | | 378.67 |
| **DEPOSITION** | | |
| ESQUIRE | 1,227.25 | |
| HUGHES,ALBRIGHT,FOLTZ & NATALE | 164.20 | |
| ST. AUGUSTINE COURT REPORTERS | 456.75 | |
| ZANARAS REPORTING & VIDEO | 3,763.50 | |
| | | 5,611.70 |
| **RESEARCH** | | |
| LEXISNEXIS | 6.22 | |
| LEXIS-NEXIS RISK SOLUTIONS | 295.66 | |
| RELX INC. DBA LEXISNEXIS | 38.73 | |
| TRANSUNION RISK AND ALTERNATE | 52.00 | |
| TRIALSMITH | 252.00 | |
| | | 644.61 |
| **COPY, POSTAGE, DELIVERY & FAX** | | |
| EQUITRAC | 2,795.36 | |
| UPS | 269.53 | |
| | | 3,064.89 |
| **PROTHONOTARY/COURT** | | |
| USDC FILING FEE . | 400.00 | |
| | | 400.00 |
| | **CASE COSTS** | **$35,837.37** |

| | |
|---|---|
| **Total Case Costs** | 35,837.37 |
| **Costs Recovered** | 0.00 |
| **Unrecovered Costs / (Undistributed Revenue)** | $35,837.37 |

| Date | Payee | Amount | For |
|---|---|---|---|
| 2/25/15 | The Milton S. Hershey Med. Ctr | $28.00 | radiology records |
| 2/26/15 | Fed Ex | $27.63 | Shipping |
| 3/12/15 | Fed Ex | $24.01 | Shipping |
| 3/27/15 | Healthport | $176.39 | Hershey records |
| 3/27/15 | Reliable | $37.80 | Copies of Films |
| 5/22/15 | Expert review (RMD) | $1,250.00 | Expert fee |
| 8/9/15 | Expert Review (DB) | $4,800.00 | Expert fee |
| 6/24/15 | Fed Ex | $82.05 | Shipping |
| 6/24/15 | Reliable | $37.80 | Copy of films |
| 3/29/16 | Bactes | $30.13 | |
| 5/31/16 | Mecklenburg EMS Agency | $10.00 | Medical records |
| 6/17/16 | Bactes | $21.51 | Orthopaedic Associates |
| 6/27/16 | Yergey and Yergey | $1,000.00 | Estate expense |
| 7/11/16 | Fed Ex | $24.58 | Shipping - Yergey |
| 12/20/16 | Reliable | $91.80 | CD Duplication |
| 1/13/17 | One Hour Messenger | $6.25 | Courier |
| 2/11/17 | One Hour Messenger | $6.25 | Courier |
| | Westin Hotel | $828.15 | J.Vargas Hotel - PHL |
| | Photocopying (records) | $179.80 | |

**TOTAL**    **$8,662.15**