# EXHIBIT "E"

IN THE SEVENTH JUDICIAL CIRCUIT COURT IN AND FOR
ST JOHN'S COUNTY, FLORIDA

PROBATE DIVISION
CASE NO.: CP16-0414

IN RE: ESTATE OF

    JUSTINO VARGAS,

        Deceased.
_____/

## LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN:

WHEREAS, JUSTINO VARGAS, a resident of St. John's County, Florida, died on December 3, 2014, owning assets in the State of Florida, and

WHEREAS, JoAnn Vargas has been appointed Personal Representative of the Estate of the Decedent and have performed all acts prerequisite to issuance of Letters of Administration in the Estate,

NOW, THEREFORE, I, the undersigned Circuit Judge, declare JoAnn Vargas duly qualified under the laws of the State of Florida to act as Personal Representative of the Estate of JUSTINO VARGAS, deceased, with full power to administer the Estate according to law; to ask, demand, sue for, recover and receive the property of the Decedent; to pay the debts of the Decedent as far as the assets of the Estate will permit and the law directs; and to make distribution of the Estate according to law.

DONE and ORDERED in Chambers in St. Augustine, St. John's County, Florida this ___ __ day of _____, 2016.

                                                                               *[signature]*
                                                                            08/05/2016
                                                                 _____
                                                                 J. MICHAEL TRAYNOR
                                                                 CIRCUIT JUDGE

Form P-3.0700
Effective January 1, 2016                               1